FILED

2003 OCT 14 P 12: 23

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : CIVIL ACTION NO. 3:01CV1913(DJS) |
| Plaintiff, | : |
| V. | : |
| INVESTIGATOR LARRY LYNCH PATROMAN WILLIAM KAMINSKI | : |
| Defendants. | : OCTOBER 10, 2003 |

## MOTION FOR CLARIFICATION

In its Ruling and Order dated September 2, 2003, the Court requested "that the defendants' ensure that any existing evidence relating to this case be preserved." See Ruling and Order of 9/2/03 at 5. The evidence relating to this case at issue, however, is also the subject of an Order concerning release of property entered by the Connecticut Superior Court (DiPentima, J.) in the related criminal action entitled State of Connecticut v. Howard Gombert, No. LLI-CR00-100901-T, pending in the Superior Court for the Judicial District of Litchfield at Litchfield. See Exhibit A (Order concerning release of property of 9/24/03).

Pursuant to Judge DePentima's Order concerning the release of Mr. Gombert's property, the property is to be turned over to the examiner of seized property for disposition if the plaintiff does not

340598
33960.00197

claim it within six months. Since the evidence is properly under the jurisdiction of the Connecticut Superior Court, the defendants' request that this Court clarify its ruling regarding the plaintiff's property.

> RESPECTFULLY SUBMITTED,
> DEFENDANTS,
> LARRY LYNCH and
> WILLIAM KAMINSKI
>
> By: _____
> JAMES N. TALLBERG, ESQ.
> Federal Bar No. ct17849
> Updike, Kelly & Spellacy, P.C.
> One State Street
> Hartford, CT 06123
> Tel. (860)548-2600

340598

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed, postage prepaid this 10th day of October 2003, to the following pro se party and counsel of record:

Howard John Gombert, Jr. #108050
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

340598