UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 20  P 4: 49

US

HOWARD JOHN GOMBERT, JR.

v.

INVESTIGATOR LARRY LYNCH
PATROLMAN WILLIAM KAMINSKI

PRISONER
CIV. NO.   3:01CV1913(DJS)(TPS)

## NOTICE TO PARTIES

This file is maintained in Bridgeport.

**You should file all filings with the Office of the Clerk, United States District Court for the District of Connecticut at 915 Lafayette Boulevard, Bridgeport, CT 06604.**

You should include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at (203) 579-5861.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK