UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 28 P 3: 21
US DISTRICT COURT
HARTFORD CT

HOWARD JOHN GOMBERT, JR.      :
                              :         PRISONER
v.                            :   Case No. 3:01CV1913(DJS)(TPS)
                              :
LARRY LYNCH, et al.           :

RULING AND ORDER

Defendants have filed a motion seeking clarification of the court's September 3, 2003 order in light of an order of the Connecticut Superior Court.

In the order, this court denied two discovery related motions filed by plaintiff as premature and requested that the defendants "ensure that any existing evidence relating to this case be preserved." The defendants have attached to their motion a copy of an order issued by the state court in a related criminal action. The state court order provides that, with certain exceptions, all items of property belonging to plaintiff, which are in defendants' possession be returned to him or, if not claimed within six months, be turned over to the Examiner of Seized Property for disposition. (See Defs.' Ex. A.)

Plaintiff's motions for discovery reference various documents, including photographs, test results, statements made

by plaintiff or Ms. Gunderman, search warrants, receipts and other paperwork related to this case. This is the evidence the court intended when it requested the defendants to preserve evidence in the September 3, 2003 order. Although the state court order does not identify any property, this court determines that the reference to sale of the property belonging to plaintiff contemplates tangible physical property rather that the documents noted in plaintiff's discovery motion. In addition, the documents referenced in plaintiff's discovery motion would have been obtained or created in connection with plaintiff's arrest and prosecution and would not belong to plaintiff.

Accordingly, defendants' motion for clarification [**doc. #28**] is **GRANTED**. Defendants are requested to preserve any documentary evidence they gathered in connection with plaintiff's arrest and prosecution.

SO ORDERED in Hartford, Connecticut, this 28th day of October, 2003.

_____
Dominic J. Squatrito
United States District Judge