FILED

2004 FEB 25 P 1:39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| Defendants. | : FEBRUARY 24, 2004 |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Larry Lynch and William Kaminski respectfully move to dismiss the plaintiff's Complaint for failure to state a claim upon which relief can be granted for all claims made against them.

A memorandum in support of this motion is attached hereto.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
LARRY LYNCH and
WILLIAM KAMINSKI

By:_____
JAMES N. TALLBERG, ESQ.
Federal Bar No. ct17849
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123
Tel. (860)548-2600

352950

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed, postage prepaid this 24th day of February 2004, to the following pro se party and counsel of record:

Howard John Gombert, Jr. #108050
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

352950

2