UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*
*2004 MAR 11  P 4: 13*
*U.S. DISTRICT COURT*
*BRIDGEPORT, CONN*

Howard John Gombert Jr.#108050

    Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913(djs)(TPS)

DATE, March 8,2004


**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT.**


    The plaintiff respectfully asks that the Court Deny the defendant's Motion to dismiss,for the following reasons-

    1) The plaintiff can not answer a motion made by the defendant's if the defendant's **DO NOT** serve a copy of that said motion to the plaintiff,<u>as is the case with the Defendant's motion to dismiss</u>!
    The plaintiff only found out about the defendant's motion to dismiss after recieving an **ORDER OF NOTICE TO PRO SE LITIGANT**, telling the plaintiff that he had 21 days in which to respond to the defendant's motion.The Plaintiff recieved this order from the Court on March 4,2004.
    The plaintiff called the court's clerk's office,and was told by the court clerk that the defendant's motion to dimiss,did in fact carry a certification claiming that a copy was mailed to the plaintiff on febuary 24,2004.The plaintiff has never recieved a copy of this motion.This goes to show how deceitful and little respect the defendant's have of the Law or for the court's rules.
  They seem to think that the Law and the rules should be followed by everyone but them,or only when it serves their purposes,which in part is what brought this suit in the first case.

    2) The petitioner thinks that the defendant's and their attorney beleive that the court will believe them over the petitioner when they lie to the court,because after all the petitioner is incarcerated.But what the defendant's and their attorney fail to realize is that by the petitioner being incarcerated,it would be real easy for the court to find out that it is the petitioner who is being truthful,and that the defendant's certification on their motion to dismiss is untrue,so there for the court should deny the

Pg.1

defendant's motion to dismiss!
   The petitioner does not believe the Court, and knows that the defendant's and their attorney know that all <u>legal mail</u> in <u>any</u> form, must be signed for by the inmate before he recieves it at MacDougal Correctional Center. Legal mail is any thing from The Court, Law enforcement, and from Attorney's.
   So it would be real easy for the court to check and see what the inmate(as the petitioner is) has recieved in legal mail, and would easily see that the petitionor has recieved nothing from the defendant's or their attorney, that the defendant's certification cannot be true!

   3) This is not the first time that the defendant's have filed a motion and did not send a copy to the petitioner, as they are supposed to do, and claimed that they did.
   They filed a motion for an extension of time dated June 6, 2003, this motion the plaintiff only found out about after the court sent him a copy, by which time it had already been granted, and the petitioner's response did not matter. To the plaitiff it looks like the defendant's are attempting to get their motion to dismiss granted by not giving the plaintiff the chance to answer with an objection to their motion, as they did with their motion for extension of time.


   4) The only legal mail the petitioner has received during Febuary 24, 2004 and March 8, 2004 is

   A) on Febuary 26, 2004, -U.S Marshal Service-U.S Courthouse, 141 church st-Mezzanine, New Haven, Ct, 06510-2030

   B) on March 1, 2004, -Attorney Mr. Kent Dragger, Appeal attorney-2911 Dixwell Ave, Hamden, Ct, 06518

   C) on March 4, 2004, -Clerk U.S District Court-U.S Courthouse 915 Lafayette Boulevard, Bridgeport. Ct, 06604

   The plaintiff is including copies of the inmate receipt of legal correspondence, as well as his request for the mail room for said receipts.( see pages 5-8 ) These receipts show behond any dought that the plaintiff has never recieved a copy of the defendant's motion to dismiss. So once again the plaintiff respectfully asks that the court deny the defendant's motion to dismiss the plaintiff's complaint.

While the plaintiff has no idea what the defendant's motion to dismiss contains.The plaintiff would like to clear up a couple of things for the court,incase the defendant's try to use them in their motion.

1) on September 2,2003 the court ordered that the plaintiff complete forms and return them to the court with three copies of his amended complaint within 20 days from the date of that order, so that the U.S Marshal could effect service on the defendant's by mail in their individual capacites and could effect personal service of the amended complaint on the New Milford town clerk in their official capacities.
   The plaintiff recieved this order on September 10,2003,at that time he noticed that he was short one form.The next day September 11,2003 the plaintiff called the court clerk,and had the form mailed to him,and finished the forms that he did have.
   On September 15,2003 the plaintiff recieved the form from the court clerk,and finished filling it out,and then put all the forms in to the mail to the court the same day.
   On November 24,2003 the plaintiff called the court clerk to see what was going on with the service of the amened complaint.The court clerk that handles prisoners complaints was not in,so a message was left.
   After not hearing anything from the court clerk,the plaintiff called again on December 23.2003.The plaintiff was told that for some reason his paper work had not been sent on to the U.S Marshal, that she would make sure that it went out right away.
   The plaintiff hopes that the court will not allow the defendant's to use the delay in the court clerk's office as any kind of excuse to get the plaintiff's complaint against them dismissed or any thing.After all the plaintiff did do his best to do as the court ordered,the paperwork was mailed back to the court with time to spare.

2) When the plaintiff called the court clerk on March 4,2004, he was told that for some reason part of the papers that where to be served was returned by the U.S Marshal unserved.
   The paperwork that the plaintiff recieved back from the U.S Marshal,the plaintiff cannot read what is written by the U.S Marshal,because it is so faint,or compleatly faded out that it is totaly unreadable.So the plaintiff has no idea what problems the U.S Marshal may have had in serving the amended complaint.
   The plaintiff asks the court to Let him know what the U.S Marshals problem in serving the amended complaint to the defendant's or to the town of New Milford's Clerk,and give him the chance to try to correct the problem,which he will do promply given the chance.No harm has fallen the defendant's by this delay,because they were served with a copy of the original complaint,the amended complaint is only to give more details.

The plaintiff hopes that the court see's that the plaintiff is being truthfull, and denies the defendant's motion to dismiss the plaintiff's complaint against them. So that the plaintiff gets a chance to try to hold the defendant's responsable for their actions.

Respectfully Submitted
By the Plaintiff;

Howard J. Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080

## CERTIFICATION

This certiy's that a copy of the foregoing **Response to the Defendant's motion to Dismiss**, was mailed to the defendant's attorney, Mr. James N. Tallberg, at One State Street, P.O. Box 231277, Hartford, Ct, 06123-1277 on March 8th, 2004.

Respectfully Submitted
By the Plaintiff;

Howard J. Gombert Jr. #108050
1153 East street South
Suffield, Ct. 06080

The plaintiff hopes that the court see's that the plaintiff is being truthfull, and denies the defendant's motion to dismiss the plaintiff's complaint against them. So that the plaintiff gets a chance to try to hold the defendant's responsable for their actions.

Respectfully Submitted
By the Plaintiff;

*[signature: Howard J. Gombert Jr.]*

Howard J. Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080

## CERTIFICATION

This certiy's that a copy of the foregoing **Response to the Defendant's motion to Dismiss**, was mailed to the defendant's attorney, Mr. James N. Tallberg, at One State Street, P.O. Box 231277, Hartford, Ct, 06123-1277 on March 8th, 2004.

Respectfully Submitted
By the Plaintiff;

*[signature: Howard J. Gombert Jr.]*

Howard J. Gombert Jr. #108050
1153 East street South
Suffield, Ct. 06080



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL  J-2 Cell #54                     DATE  3-6-04
INMATE NAME  Howard Gombert                          NUMBER  108050
REQUEST  Could I please get copies of the sign in sheets used to Recieve legal mail For myself, Showing what legal mail I Recieved between Feb 24, 2004 and march 6, 2004, of course all other inmates names can be Blacked out.
                                      Thank you.

(CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN**_____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO**_____  **DATE RECEIVED**_____
**ACTED ON BY**_____
**ACTION TAKEN AND/OR RESPONSE**_____

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE**_____
**SIGNATURE OF STAFF MEMBER**_____

MACDOUGALL-WALKER C.I.
Case 3:01-cv-01913-DJS    Document 36    Filed 03/11/2004    Page 6 of 8

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 2-26-04    Unit: J    Page 2 of 2

| Inmate Name | | | | | |
|---|---|---|---|---|---|
| Gumbart 108050 | J 79 | | | may Havrn US BPT | |

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 3-1-04   Unit: J   Page 2 of 2

| Inmate Name | Pod | Inmate Signature | Sender | Staff Signature |
|---|---|---|---|---|
| Gumbart 108050 | J 79 | N. Banchut | OCPD Hamden | Glm |

If an inmates refuses to sign his Legal Mail, Write "Refused to Sign" in the Inmate Signature Block, and have the Pod Officer note the refusal in the Unit Log Book.

Supervisor's Signature

Pg, 7

## INMATE RECEIPT OF LEGAL CORRESPONDENCE

Today's Date: 3·4·04   Unit: J   Page 2 of 3

| Inmate Name | Bed | Inmate Signature | Code | Staff |
|---|---|---|---|---|
| Gambut 108050 | J 54 | [signature] | USDC BPT | . |