**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard John Gombert Jr. | 3:01CV1913(DJS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Investigator Larry Lynch, ET AL | Summons + AMENDED COMPLAINT |

FILED  2004 MAR 22 P 4:25  U.S. DISTRICT COURT  BRIDGEPORT, CONN

PRISONER

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrolman William Kaminski C/o NewMilford Town Clerk

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NewMilford Townhall, Annex !0 Main Street, NewMilford, Ct.06776

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Howard John Gombert Jr.#108050
1153 East Street South
Suffield, Ct.06080

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"OFFICIAL CAPACITIES"/IFP

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Howard John Gombert Jr. | | None | 9-15-03 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.I.W. | 12/19/03 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
DONNA RAMSEY - DEPUTY TOWN CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/1/04   Time: 11:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 24.48 | — | 69.48 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard John Gombert Jr | 3:01CV1913(DJS)   %%% |
| DEFENDANT | TYPE OF PROCESS |
| Investigator Larry Lynch, ET AL | Summons + AMENDED Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Investigator Larry Lynch C/O NewMilford Town Clerk

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

NewMilford Townhall, Annex 10 Main Street, NewMilford, Ct. 06776

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

"OFFICIAL CAPACITIES"
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06989

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"OFFICIAL CAPACITIES"/IFP

Signature of Attorney or other Originator requesting service on behalf of:    [X] PLAINTIFF   [ ] DEFENDANT

Howard John Gombert Jr.

TELEPHONE NUMBER: none    DATE: 9-15-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W. | Date: 12/19/03 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
DONNA RAMSEY - DEPUTY TOWN CLERK

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/1/04    Time: 11:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 24.48 | — | 69.48 | | | |

REMARKS: