United States District Court **FILED**
District Of Connecticut

2004 JUN 18 P 4:03

Howard John Gombert Jr. #108050

U.S. DISTRICT COURT
Bridgeport, CONN

          v.s                      CIV.NO.3;01CV1913(DJS)(TPS)
Investigator Larry Lynch &
Patrolman William Kaminski           DATE: June 17, 2004

### Motion For Reconsideration For the Appointment Of Counsel To The Petitioner.

   The petitioner asks that the court reconsider and appoint counsel to the plaintiff in this cause of action. The plaintiff has filed motions with the court for the appointment of counsel, which at that time was denied by the court.
   In denying petitioner counsel, the court relied on three (3) issues, issues which the plaintiff has now met, as asked by the court. So, therefore, the petitioner asks that the court reconsider it's past decision and appoint the petitioner counsel.
      The petitioner bases his motion on the following:

**1. The petitioner must demonstrate that he is unable to obtain counsel.**
     The petitioner has satisfied the court by showing the court letters of denials from several different attorneys. The court was satisfied when it wrote in it's ruling: **"The plaintiff has attached letters from several attorneys and legal assistance programs declining assistance."**
     The petitioner will also include several more letters of denials by private attorneys to show that the situation has not changed. **(SEE EXIBIT A,B,C,)**

    2. The second issue of the ruling was that the District Court must: "determine whether the indigent's petition seems likely to be of substance." The questions that are being raised in this complaint are:

    (a) Were the plaintiff's constitutional rights violated when the plaintiff sought the arrest of a person who admitted to assaulting the plaintiff, which right's were denied by the defendant's because the petitioner is a man and the party that assaulted him is a female.

-1-

(b) Was the New Milford Police Department (Lynch) justified in searching the plaintiff's automobile, and seizing property without a search warrant, when the automobile was parked on priviate property, (Plaintiff's Driveway) and was not constituting a nuisance in any way. Furthermore, the property seized was protected from removal by the plaintiff because the plaintiff was in police custody.
Thus, the New Milford Police (Lynch) violated the plaintiff's constitutional rights against unlawful search and seizure.

(c) The New Milford Police Deparment (Lynch) refused to return plaintiff's property, although the case was disposed of, and that the property was not ever evidence in any case, and that the state court had ordered him to return it to the plaintiff.
It took a second court order to get the property returned to the plaintiff. But even then, it all was not returned to the petitioner. Some of the property was destroyed, some property the plaintiff still has not been able to find out where it is, why it's there, and under who's authority it was taken. So, once again, the plaintiff's rights against illegal seizure of property were violated.

(d) When the plaintiff made a complaint to the New Milford Police Department (Lynch) that all of his belongings were being removed and stolen, against the plaintiff's wishes, from **322A Asptuck Ridge Road, New Milford, Ct.** The defendant not only knew that it was going on, but were party to some of it, and when the plaintiff made a complaint, asking for equal protection under the law, he was ignored by the defendant's. As a result, the plaintiff has lost everything that he ever owned, and was denied his basic civil rights by the defendants.


3. The third issue in the ruling denying counsel was that: "service had not yet been effected on the defendant's and that the defendant's have not yet responded to the complaint."
In this regards, the plaintiff offers that he has effected service on the defendant's as of May 23, 2003. ( SEE EXIBIT D, &, E)
The defendant's have had more than enough time to answer the complaint made by the plaintiff against them. But instead of answering the complaint, they have filed, **not one, but two (2)**, separate motions trying to get the plaintiff's complaint dismissed. Neither of those motions addressed any of the facts of the complaint.

The <u>first</u> motion to Dismiss made by the defendant's was basically about the way service of the complaint was made on the defendant's. The defendant's motion to dismiss the plain--tiff's complaint was **DENIED** by the Court.

The defendant's, instead of making any attempt to answer the plaintiff's complaint against them, then filed a <u>second</u> motion to dismiss the plaintiff's complaint against them. This motion is still before this Court.

This defendant's motion is basically asking the Court to dismiss the plaintiff's complaint against them because the plaintiff was forced to plea guilty under the <u>Alfford Doctrine</u> in the criminal cases that were against him. They seem to think that just because the plaintiff is paying for his wrong doings, that makes their denial of his <u>Constitutional Rights</u> acceptable and that they should not be held accountable for their wrong doings. That they are above the <u>Laws</u> that they have sworn to uphold!

The defendant's motion want's the Court to believe that the plaintiff's complaint is about **Malicious prosecution, False arrest,** and, or **False imprisonment.** Their motion to dismiss is misleading and deceitful, and is trying to get the Court to dismiss the plain--tiff's complaint against them on a basis that has absolutely nothing to do with the plaintiff's complaint against them. The plaintiff has not made any of the defendant's claims against them in the plaintiff's complaint.

Instead of responding to the issue's within the plaintiff's complaint the defendant's are trying and hoping to get the plaintiff's complaint dismissed on any frivolous grounds that they can think up, in hopes of not actualy having to answer the plain--tiff's complaint against them, because they know that they were and are wrong in violating the plaintiff's Civil Right's.

The plaintiff also wants to remind the Court that this <u>second</u> motion to dismiss made by the defendant's, that even though their motion to dismiss was certified that a copy of their motion was mailed to the plaintiff, the plaintiff did not recieve a copy from then, The plaintiff was supplied by the Court a copy. For failure to get a copy of their motion to dismiss to the plaintiff, that should be reason enough for the Court to deny their motion to dismiss the plaintiff's complaint.

The plaintiff hopes that the Court will put a stop to the defendant's filing of the same motions over and over. That they should put every thing in one motion, not to keep trying different ways, to get their way, When the Court has already denied them once.

Other reasons the plaintiff would like the Court to take into consideration while it reconsider's it's past decision and appoint the plaintiff counsel.

(1) The plaintiff has no legal knowledge or any under standing of how to use a Law Libary (if and when he is even able to get access to one!) He can only use common sence in answering the Court and the defendant's motions. So this puts the plaintiff at a great disavanage against the defendant's attorney.

(2) Because the plaintiff is incarcerated he is not able gather evidence or witnesses or to interview possible witnesses, or to do any kind of research that may need to be done in perparing his case against the defendant's. The plaintiff will need some one with some legal knowledge to help him with this.

The plaintiff wants to thank the Court for it's time and hopes that it will see that the plaintiff really does need cousel to help the plaintiff try to protect his rights.

RESPECTFULLY THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield, Ct. 06080


-ORDER-

After hearing the foregoing Motion, it is hereby;

**GRANTED / DENIED**

DATE: _____    _____

Judge / Court Clerk

-4-

### -CERTIFICATION-

This is to certify that a copy of the foregoing motion has been mailed, postage paid to the Defendant's counsel of record, Mr James N. TallBerg, at One State Street, Hartford, Ct. 06123. On _June_, _17th_, 2004.

The Plaintiff,

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

July 23, 2002

Mr. Howard J. Gombert, Jr. #108050
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470-5500

Dear Mr. Gombert:

    We are in receipt of your recent letter in which you request legal assistance through our pro bono program. Our Pro Bono Committee has reviewed your request. We regret that we will not be able to represent you at this time.

                                                   Very truly yours,

                                                   Day, Berry & Howard LLP

# Shipman & Goodwin LLP
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Sheila A. Huddleston
Phone: (860) 251-5723
Fax: (860) 251-5699
shuddleston@goodwin.com

July 23, 2002

Mr. Howard J. Gombert, Jr.
#108050
50 Nunnawauk Road
P. O. Box 5500
Newtown, CT 06470-5500

Dear Mr. Gombert:

    Your request for legal assistance was forwarded to me. I am sorry to report that Shipman & Goodwin LLP cannot help you. Our ability to take pro bono cases is limited, and with regard to civil cases brought by inmates, we generally take such cases only rarely, and usually only when appointed by a court.

                                Sincerely yours,

                                Sheila A. Huddleston

Hartford        Stamford        Lakeville        Boston



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 24, 2003

Howard Gombert. #108050
Ellis MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Dear Mr. Gombert,

Thank you for contacting the CCLU.

Unfortunately, we no longer have the staff available to respond personally to each letter we receive, and we are only able to provide legal assistance in a small number of cases.

If you are seeking legal assistance, you should contact the Lawyer Referral Service of your local County Bar Association. These numbers are listed below:

| | |
|---|---|
| Fairfield County | 800-972-9628 |
| | 203-335-4116 |
| Hartford, Litchfield, Tolland, Windham, and Middlesex Counties | 860-525-6052 |
| New Haven County (Waterbury) | 203-562-5750 |
| New London County | 860-889-9384 |

We are sorry we cannot assist you in your case.

U.S. Department of Justice
United States Marshals Service

Case 3:01-cv-01413-DJS    Document 40    Filed 06/18/2004    Page 9 of 10

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard Joan Command Jr # 108050 | 3:01CV1413(DJS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Patrolman William Kaminski

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

New Milford Police Dept, Rt 202, New Milford, CT 06776

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Howard John Command Jr # 108050
1153 East Street South
Suffield CT 06080

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                  Fold

Signature of Attorney or other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: NONE
DATE: 03/04/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED        **3. NOTICE OF SERVICE**        FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard John [illegible] Jr #105850 | 3:01CV1913 (DJS) |
| DEFENDANT | TYPE OF PROCESS |
| Investigator Larry Lynch " et al " | Summons & Complaint |

**SERVE AT:**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Investigator Larry Lynch
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): New Milford Police Dept. At 900 New Milford, CT 06776

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Howard John [illegible] Jr. #105850
1153 East Street South
Suffield, CT 06080

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: None
DATE: 03/06/03

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service / Time / am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)