UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 18  P 4: 04

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913(DJS)(TPS)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DATE: June 17, 2004

## MOTION FOR DISCOVERY

The Plaintiff, Howard John Gombert Jr, requests that the Defendant(s) Investigator Larry Lynch, and Patrolman William Kaminski, or any other Goverment agency that they have worked with, to respond to this motion for discovery within 45 days.
The Plaintiff requests that the Defendant(s) Produce and turn over legible copies of the documents, photographs, and other items requested for within this Motion:

(1) Copies of all police notes refering to either Mr.Gombert, or Miss Jane M.Gunderman on or after febuary 26,2001.

(2) Copies of all statements refering to Mr.Gombert in any way taken by,or with any officer within the New Milford Police Department,on or after Febuary 26,2001.

(3) Copies of any and all Searchwarrants used to search and seize any of Mr.Gombert's property or belongings,either from his 1984 Firebird Reg #234NSS,or at the Residence at 322a Asptuck Ridge Road,New Milford,Ct. or the Residence of his father's Mr. Howard J.Gombert Sr. at 9 Elmwood Road,New Fair Field,Ct.

(4) Copies of any thing signed by anyone giving permission to search anything that contained belongings of Mr.Gombert,that was not searched with a searchwarrant.

(5) Copies of all receipts for Mr.Gombert's property or belongings that was either siezed or taken into police custody for any reason(Per Connecticut State Statue  Sec,54-36F.)from either his fire bird reg#234NSS or from 322a Asptuck Ridge road, New Milford,Ct.or 9 Elmwood Road,New Fairfield,Ct.

(6) Copies of any and all paperwork allowing any other Police or goverment agency to take possession of Mr.Gombert's belonging's that were in the New Milford Police department's possession.

(7) Copies of any and all paperwork that would show who was allowed to go through Mr.Gombert's belonging's that were in police custody at New Milford Police Department,as well as to under who's authority they were allowed to do so.

(8) Copies of all Photo's that were taken of Mr.Gombert and of Miss Jane M.Gunderman on or after Febuary 26,2001.

(9) Copies of all Photo's that were taken of the 1984 Firebird Reg # 234NSS that was parked behind the residence at 322a Asptuck Ridge Road, New Milford, Ct.

(10) Copies of all Photo's that were taken inside the residence at 322a Asptuck Ridge Road, New Milford, Ct.

(11) Copies of any and all medical tests that were taken on either Mr Gombert or Miss Jane M.Gunderman for the New Milford Police Department on or after Febuary 26,2001.

The Plaintiff respectfully asks that the Defendants give the above requested information, and documents to the plaintiff in a timely manner.

RESPECTFULLY SUBMITTED BY
THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. /108050
1153 East Street South
Suffield, Ct. 06080


-ORDER-

After hearing the foregoing Motion For Discovery, it is hereby:

GRANTED / DENIED

DATE:_____      _____
                              Judge / Court Clerk

### -CERTIFICATION-

    This is to Certify that a copy of the foregoing Motion For Discovery has been mailed, postage prepaid this 17th day of June, to the Defendant's Counsel of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct, 06123.

                                       The Plaintiff.

                                       *Howard John Gombert Jr*
                                       Howard John Gombert Jr #108050
                                       1153 East Street South
                                       Suffield, Ct. 06080