UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 28 P 3: 22
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR., <br> Plaintiff, <br><br> v. <br><br> LARRY LYNCH, et al., <br> Defendants. | : <br> : <br> : PRISONER <br> : Case No. 3:01CV1913(DJS)(TPS) <br> : <br> : <br> : |

RULING AND ORDER

Plaintiff has filed two motions. In the first motion, he seeks reconsideration of the denial of his motion for appointment of counsel. Motions for reconsideration must be filed within ten days from the date of the ruling for which reconsideration is sought. See D. Conn. L. Civ. R. 7(c). The court denied plaintiff's motion for appointment of counsel on September 3, 2003. Thus, the motion for reconsideration [doc. #40] is **DENIED** as untimely filed.

Even if plaintiff had filed a second motion for appointment of counsel, the request should be denied. The court denied plaintiff's first motion for appointment of counsel, in part, because defendants had not yet responded to the merits of the complaint. To date, that still has not occurred. The court has ordered defendants to file their answer to the amended complaint on or before July 6, 2004. Thus, the court still has not been able to

evaluate the merits of plaintiff's claims. Any renewed motion for appointment of counsel would be denied as premature.

In his second motion, plaintiff seeks discovery from the defendants. Rule 5(e) of the Local Rules of Civil Procedure provides that discovery requests should not be filed with the court. Thus, plaintiff should submit his request for documents to defendants' attorney, not to the court. Plaintiff's motion [**doc. # 41**] is **DENIED** without prejudice to plaintiff serving discovery requests on defendants' attorney.

**SO ORDERED.**

Entered this 28th day of June, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge