UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. : | CASE NO. 3:01-1913(DJS) |
| Plaintiff, : | |
| v. : | |
| LARRY LYNCH and : | |
| WILLIAM KAMINSKI : | |
| Defendants. : | JUNE 30, 2004 |

**DEFENDANTS' ANSWER AND SPECIAL DEFENSES**

The Defendants Larry Lynch and William Kaminski (the "Defendants") by and through their attorneys, Updike, Kelly & Spellacy, P.C., answer the Plaintiff's Complaint as follows:

**A.   PARTIES**:

1.   The Defendants have insufficient knowledge or information upon which to form a belief and therefore leave the Plaintiff to his proof.

2.   The Defendants admit only that Larry Lynch is a member of the New Milford Police Department.  The Defendants do not have sufficient knowledge or information upon which to form a belief regarding the remainder of Paragraph Number 2 and therefore leave the Plaintiff to his proof.

3.   The Defendants admit only that William Kaminski is a member of the New Milford Police Department.  The Defendants do not have sufficient knowledge or information upon which to

367394

form a belief regarding the remainder of Paragraph Number 3 and therefore leave the Plaintiff to his proof.

**B.    JURISDICTION:**

1-2.    As the allegations contained in Paragraphs B. 1-2 contain the Plaintiff's statement of jurisdiction, no response is required or made.

**C.    NATURE OF THE CASE:**

As to the allegations contained in Section C., entitled "Nature of the Case", the Defendants admit only that the plaintiff was lawfully arrested. The Defendants do not have sufficient knowledge or information upon which to form a belief regarding the remainder of the allegations in this section of the Complaint and therefore leave the Plaintiff to his proof.

**D.    CAUSE OF ACTION:**

As to the allegations contained in Section D., entitled "Cause of Action", the Defendants admit only that the plaintiff was lawfully arrested and that, in connection with his arrest and a subsequent investigation, certain evidence was lawfully seized. The Defendants deny that the plaintiff's rights were violated. The Defendants do not have sufficient knowledge or information upon which to form a belief regarding the remainder of the allegations in this section of the Complaint and therefore leave the Plaintiff to his proof.

**E.    PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF:**

Not applicable.

**F.    PREVIOUSLY DISMISSED ACTIONS OR APPEALS:**

Not applicable.

367394

**G.    REQUEST FOR RELIEF:**

1-3.    The Defendants deny the plaintiff's request for relief.

## BY WAY OF AFFIRMATIVE DEFENSE

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiff has failed to state claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The actions and conduct of the Defendants, to the extent that they occurred as alleged, were objectively reasonable under the circumstances of which they were aware, and they enjoy qualified immunity from all liability therefor.

**THIRD AFFIRMATIVE DEFENSE**

The actions and conduct of the Defendants did not violate any clearly established constitutional or federal statutory right of which they reasonably should have been aware, and they are entitled to qualified immunity.

Respectfully submitted,
DEFENDANTS
LARRY LYNCH and
WILLIAM KAMINSKI

By:_____
JAMES N. TALLBERG, ESQ.
Federal Bar Number ct17849
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

367394

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed by first class mail, postage prepaid, this ___ day of June, 2004 to the following pro se party and counsel of record:

Howard John Gombert, Jr.
1153 East Street South
Suffield, CT 06080

INMATE NO. 108050

By:_____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

- 

367394

4