UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -2 P 3: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &

Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913 (DJS)(TPS)

DATE: June 29, 2004

### -MOTION TO COMPEL DISCOVERY-

The Plaintiff respectfully moves pursuant to **RULES 34 (b)**, and **37 (a), Fed, R.Civ.P.**, For an order compelling the defendant(s) to produce for inspection, and copying the document(s), Note(s), statement(s), and Photograph(s) asked for in the plaintiff's first motion for discovery dated **June 30, 2003**, as well as the plaintiff's second motion for discovery dated dated **June 17**, of the year **2004**.

THE PLAINTIFF;

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield, Ct. 06080

### -ORDER-

After hearing the foregoing motion to Compel Discovery, it is hereby;

GRANTED / DENIED

DATE:_____          _____

JUDGE/COURT CLERK

## -CERTIFICATION-

This is to Certify that a copy of the foregoing motion to Compel Discovery was mailed, postage prepaid on this 29 day of June of the year 2004, to the defendant's attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123.

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080