UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT     JUL 0 2 2004

Howard John Gombert Jr.#108050           :
                                         :
                                         :                    PRISONER
                 Vs.                     :          CIV.NO.3:01CV1913(DJS)(TPS)
                                         :
Investigator Larry Lynch  &              :
                                         :
Patrolman William Kaminski               :          DATE: June 29,2004


-REQUEST FOR ADMISSIONS-

       Pursuant to **RULE 36,Fed.R.Civ.P.**,Plaintiff requests that the
defendant's Investigator Larry Lynch,and Patrolman William
Kaminski each make the following admissions within 30 days of the
date of this request.


DEFENDANT:_____

                ( Please Print Name )


1) On February 29,2000 where you a sworn police officer for the
town of NewMilford,Ct?      YES  /  NO

2) Do you as a police officer for the town of New Milford,Ct receive
any mail at the police Department?    YES  /  NO

3) Did you arrest Mr Gombert Jr. involving a domestic dispute?
                      YES  /  NO

4) Is it your sworn duty as a police officer to uphold the laws of
the state of Connecticut?  YES  /  NO

5) If a citizen has been physically assaulted,do they have the
right to file a complaint? YES  /  No

6) Does being a New Milford Police officer make you above the laws
that you as a police officer are sworn to uphold?
                      Yes  /  NO

7) As a New Milford Police officer is it your sworn duty to take, and investigate any complaint made by any citizen?
                              YES  /  NO

8) As a NewMilford Police Officer is it your right or duty to deny any citizen the right to file a criminal complaint?
                              YES  /  NO

9) As a New Milford Police officer do you have the right to say who can,and who can not make a criminal complaint?
                              YES  /  NO

10) Is burning someone with a cigarette a crime?
                              YES  /  NO

11) Is kicking someone against their will,a crime?
                              YES  /  NO

12) Is grabbing someone by their testicles against their will,a crime?                    YES  /  NO

13) Is grabbing someone against their will by their testicals an sexual assault?          YES  /  NO

14) Was there a burn on Mr.Gombert's neck?
                              YES  /  NO

15) Was there a Lump on Mr.Gombert's head?
                              YES  /  NO

16) Was there a mark on Mr Gombert's back?
                              YES  /  NO

17) Where Mr.Gombert's injury's photographed at the new Milford police Department?         YES  /  NO

18) Did Mr.Gombert clearly state that he wanted to file a complaint against Miss Gunderman?    YES  /  NO

19) Did Mr.Gombert state that his injury's were made by Miss. Gunderman?                   YES  /  NO

20) Did Mr.Gombert state that himself and Miss Gunderman had several fights over the weekend of Febuary 25-27 of the year 2000?                         YES / NO

21) Did Mr.Gombert state that Miss Gunderman had kicked him in the back on saterdaynight Febuary 26,2000?
                                  YES / NO

22) When Mr.Gombert stated that he wanted to file a criminal complaint against Miss Gunderman was he allowed to do so?
                                  YES / NO

23) Did Mr.Gombert state that his relationship with Miss Gunderman had always been rough,and at times got very physical?
                                  YES / NO

24) Did Mr Gombert State that both himself and Miss Gunderman had been arrested for assaulting each other in Danbury,CT?
                                  YES / NO

25)Did Mr.Gombert state that Danbury Court had made Miss Gunderman go to anger management?
                                  YES / NO

26) Did Mr.Gombert state that Miss Gunderman going to anger managment had only made her worst?
                                  YES / NO

27) Was Mr.Gombert offered to go to the hospital,or to have a doctor look at his injury's while he was at the New Milford Police department?                  YES / NO

28) Was there any kind of investigation into Miss Gunderman's physical health?          YES / NO

29) When Mr.Gombert stated that Miss.Gunderman had been having woman problems ever sence she had the baby,was this looked into?
                                  YES / NO

29) Was Mr.Gombert asked about his and Miss Gunderman's arrest in Danbury?                  YES / NO

30) When Mr.Gombert stated that himself and Miss Gunderman had tryed to have sex,but could not because it was to painfull for her,was this investigated?        YES / NO

31) Did anyone speak to Mr.Gombert before he was arrested?
                                  YES / NO

32) Did anyone speak to Mr.Gombert's employer about his where abouts between Febauary 26-28,2000. Prior to his arrest?
                                  YES / NO

33) Was there any kind of investigation into Miss gunderman's mental Health,when she told police she was on medications?
                              YES  /  NO

34) Did you made any attempt to question possible witnesses prior to arresting Mr.Gombert?
                              YES  /  NO
35) Did you make any attempt to check phone calls to and from Mr.Gombert's residence between the time period of Febauary 26-29,2000?                    YES  /  NO

36) Did anyone question Mr.Gombert and investigate what he stated happened before he was arrested?
                              YES  /  NO

37) Did Mr.Gombert state that on the morning of Febauary 27,2000, while he was down in the basement,Miss Gunderman had came down the stairs yelling,throwing a blue silk night shirt at him,screaming at him that he was cheating on her?
                              YES  /  NO

38) Did Mr.Gombert state that when he came upstairs,himself and Miss Gunderman started arguing?
                              YES  /  NO

39) Did Mr.Gombert state that while they were arguing Miss Gunderman took the cigarette that she was smoking ,and put it out on his neck?
                              YES  /  NO

40) Did Mr.Gombert state that later on when he thought Miss Gunderman had calmed down,he went to help her get up on the bed,at which time she grabbed him by the testicals,and stated to him that she was going to rip them off for him cheating on her?
                              YES  /  NO

41) When Mr.Gombert was arrested he was putting things of his into one of his vehicles?        YES  /  NO

42) Did Mr Gombert state that every time he wanted to leave Miss Gunderman,she would threaten him,by saying that she would not allow him to ever see his daughter again?
                              YES  /  NO

43) Did Mr.Gombert state that he had told Miss Gunderman that morning Febaury 29,2000,that when he came back from traffic court,he was leaving her?                YES  /  NO

44) Did Mr.Gombert Give anyone in the NewMilford PoliceDepartment permission to searh anything of his to your knowledge?
                         YES  /  NO
45) Did Mr.Gombert give his permission for anyone in the New Milford Police Department to remove any thing belonging to him from his place of residence,to your knowledge?
                         YES  /  NO

46) Did Mr.Gombert give his permission to anyone in the New Milford Police Department to remove any thing from any of his vehicles,that were legally parked at his place of residence,to the best of your knowledge?
                         YES  /  NO

47) At the time of Mr.Gombert's Arrest,did he ask anyone within the New Milford Police Department to protect his property,to the best of your knowledge?
                         YES  /  NO

48) Was the search of Mr.Gombert's 1984 Firebird plate No.234NSS Done without him knowing that it had been doneat the time of his arrest,to the best of your knowledge?
                         YES  /  NO

49) Was Mr.Gombert told that you were going to seize some of his personal property?      YES  /  NO

50) Was Mr.Gombert told that you had some of his personal property at the time of his arrest?
                         YES  /  NO

51) When Mr.Gombert found out that you had some of his personal property,did he send a Mr.Lou Panico with a signed release to get that property in April of 2000?
                         YES  /  NO

52) Did you refuse to release Mr.Gombert's personal property?
                         YES  /  NO

53) Have you ever received any mail from Mr.Gombert?
                         YES  /  NO

54) Did you ever investigate any of Mr Gombert's complaint's?
                         YES  /  NO

55) Did Mr.Gombert try to make any complaint's?
                         YES  /  NO

56) Is it against the law for a woman to assault a man?
                              YES   /   NO

57) Do you feel that a man who is assaulted by a woman,and makes
a complaint about it,is less of a man?
                              YES   /   NO

58) Do you think what Miss Gunderman did to Mr.Gombert was assault?
                              YES   /   NO

59) Did Miss Gunderman show you were some of Mr.Gombert's belongings
where?                        YES   /   NO

60) Did you or anyother police officer from the NewMilford police
department see any kind of verbal or physical fight between Mr.
Gombert and Miss Gunderman?
                              YES   /   NO

61) When Mr Gombert made the complaint to you that his belongings
had disappeared from the residence that he had shared with Miss
Gunderman,did you investigate his complaint?
                              YES   /   NO

62) Did you te  Miss Gunderman not to touch any of the stuff that
was in the basment of the residence,because it was a crime scene?
                              YES   /   NO

63) Did you remove any thing from the basment of the residence
that Mr.gombert shared with Miss Gunderman?
                              YES   /   NO

64) Is it alright for a woman to assault a man?
                              YES   /   NO

65)When you went to Mr.Gombert's residence could you tell what
some of his belongings were?
                              YES   /   NO

66) Where there any witnesses that had actually seen the fights
between Mr.Gombert and Miss Gunderman on the weekend of
february 25-27 of 2000?
                              YES   /   NO

67) Did you know that Miss Gunderman was removing Mr Gombert's
belonging's from the residence?
                              YES   /   NO

68) Do women have more rights than men?
                              YES   /   NO

69) Is Mr.Gombert intitled to the same right's and protections under the laws as any other citizen?

                              YES  /  NO

70) Where you present when police officer's from New York state searched the basment at the residence that Mr.Gombert had shared with Miss.Gunderman?       YES  /  NO

71) Did Mr.Gombert send you a List of his belongings that were missing from the residence that he had shared with Miss Gunderman?

                              YES  /  NO

72) Did you allow the New York police to remove some of Mr.Gombert's belongings from the basment of his residence?

                              YES  /  NO

73) Did Miss Gunderman assault Mr.Gombert?

                              YES  /  NO

74)Did you under stand the questions that you just answered?

                              YES  /  NO

75) Did you answer all of the questions truthfully?

                              YES  /  NO


     I,Defendant,_____ have answered the

foregoing questions truthfully,and to the best of my ability.


     _____                    _____
          DATE                               SIGNATURE


     _____                    _____
          DATE                          WITNESS SIGNATURE

-**ORDERED**-

After hearing the Foregoing,it is hereby ordered;

GRANTED   /   DENIED

_____                    _____
        DATE                                JUDGE   /   COURT CLERK


-**CERTIFICATION**-

This is to certify that a copy of the foregoing,**Request For Admissions**,was mailed postage prepaid on this __a9__ day of __June__ of the year 2004,to the defendant's attorney of record,Mr.James N. Tallberg,at One State Street,Hartford,Ct.06123.


THE PLAINTIFF:

_Howard John Gombert Jr._
Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080