UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -2 P 3: 46
U.S. DISTRICT COURT
BRIDGEPORT,CONN

|  |  |
|---|---|
| Howard John Gombert Jr.#108050 | PRISONER |
| Vs. | CIV.No.3:01CV1913(DJS)(TPS) |
| Investigator Larry Lynch & |  |
| Patrolman William Kaminski | DATE: June 29,2004 |

### -PLAINTIFF"S MOTION FOR PARTIAL SUMMARY JUDGMENT-

Pursuant to **Rule 56,Fed,R.Civ.P.**,Plaintiff Mr.Howard John Gombert Jr.Requests this Court to grant him Summary Judgment as to the liability of the defendant's Investigator Larry Lynch and Patrolman William Kaminski,for damages for denying the plaintiff his Civil Right's against Illegal Search and Seizure and to equal Right's and Protections under the Law.The reasons there fore are set forth in the plaintiff's affidavit in support of this motion.

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080

-ORDER-

After hearing the foregoing motion, it is hereby ordered
GRANTED / DENIED

_____         _____
        DATE                      JUDGE / COURT CLERK

-CERTIFICATION-

This is to certify that a copy of the foregoing **Plaintiff's Motion for Partial Summary Judgment**, was mailed postage prepaid on this __29__ day of __June__, of the year 2004, To the defendant's attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123.

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080