UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL -2 P 3: 46

U.S. DISTRICT COURT
BRIDGEPORT CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

CIV.NO.3:01cv1913(DJS)(TPS)

DATE: June 29, 2004

-REQUEST FOR ENTRY OF DEFAULT-

TO: Clerk of the Court for the District of Connecticut,

You will please enter the default of the defendant's, Investigator Larry Lynch, and Patrolman William Kaminski, for the failure to plead, or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of the plaintiff, Howard John Gombert Jr.

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield, Ct. 06080

## -ORDER-

After hearing the foregoing, it is hearby ordered.

GRANTED / DENIED

_____                    _____
Date                                    Judge / Court clerk

## -CERTIFICATION-

This is to certify that a copy of the foregoing **Request for Entry of Default**, was mailed postage prepaid to the defendant's attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123. On this __29__ day of __June__, 2004.

THE PLAINTIFF:

*Howard John Gombert Jr*
Howard John Gombert Jr#108050
1153 East Street South
Suffield, Ct. 06080