UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -2 P 3:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN
PRISONER

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

CIV.NO.3:01CV1913 (DJS)(TPS)

DATE: June 29,2004

-AFFIDAVIT FOR ENTRY OF DEFAULT-

The Plaintiff Mr.Howard John Gombert Jr.,being duly sworn deposes and says;

1) I am the Pro se plaintiff in the above entitled matter.

2) The Defendant's,Investigator Larry Lynch,and Patrolman William Kaminski were served a copy of the Summons and Complaint as appears from the proof of servive on file.

3) The Defendants Investigator Larry Lynch and Patrolman William Kaminski have not filed or served an answer as may be permitted by law although more than 55 days have passed since the date of service.

June 29, 2004
( Date )

Howard John Gombert Jr.
Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.o6080

Sworn to before me this
29th day of June ,2004.

( Notary )

JACQUELINE BACH
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2008

-ORDER-

After hearing the foregoing motion, it is hearby ordered

GRANTED / DENIED

_____          _____
        DATE                          JUDGE / COURT CLERK

-CERTIFICATION-

This is to certify that a copy of the foregoing AFFIDAVIT FOR ENTRY OF DEFAULT, was Mailed postage prepaid to the defendant's attorney of record, Mr James N. Tallberg, at One State Street, Hartford, Ct. 06123. On this __29__ day of __June__, 2004.

THE PLAINTIFF:

*Howard John Gombert Jr*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080