UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Howard John Gombert Jr.#108050 : | FILED |
| Vs. : | PRISONER P 3: 46 |
| Investigator Larry Lynch & : | CIV.NO.3:01CV1913(DJS)(TPS) |
| Patrolman William Kaminski : | U.S. DISTRICT COURT |
| : | DATE; June 29,2004 BRIDGEPORT CONN |

-SECOND AFFIDAVIT FOR ENTRY OF DEFAULT-

The plaintiff, Howard John Gombert Jr., being duly sworn deposes and says;

1) Service of the **Complaint**, was made upon the defendant's, May 23,2003. At that time the defendant's filed a **MOTION FOR AN EXTENSION OF TIME**, dated June 6,2003, which was **Granted**, by the Court.

2) The defendant's then filed a **MOTION TO DISMISS THE PLAINTIFF"S COMPLAINT**, Dated July 7,2003. The defendants motion to dismiss was in principal about the way service had been made upon them, But made no attempt to answer the plaintiff's complaint against them. The Court **DENIED** the motion.

3) The defendants then filed a **MOTION FOR CLARIFICATION**, Dated October 10,2003. The motion was in principal about property of the plaintiff's that was in the defendant's possession. Once again the defendant's made no attempt to answer the plaintiff's complaint against them.

4) Service of the **AMENDED COMPLAINT**, was made upon the defendant's on March 1,2004, at this time the defendant'd again filed a **MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**, Dated February 24,2004. This time their motion in principal wanted the Court to Dismiss the Complaint because of his conviction, and once again made no attempt to answer the plaintiff's complaint. The defendant's motion was **DENIED** by the Court.

June 29,2004
DATE

Howard John Gombert Jr

Sworn before me this
29th day of June, 2004.

_____
Notary

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006

## -ORDER-

After hearing the foregoing, it is hereby ordered;

GRANTED   /   DENIED

_____                          _____
DATE                                            JUDGE   /   COURT CLERK

## -CERTIFICATION-

This is to certify that a copy of the foregoing, **Second affidavit for entry of default**, was mailed postage prepaid to the defendats attorney of record, Mr. James N. Tallberg at One State Street, Hartford, Ct. 06123, on this __29__ day of __June__, 2004.

THE PLAINTIFF;

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080