UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 15 P 4:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913 (DJS)(TPS)

DATE; July /2,2004

**-PLAINTIFF'S RESPONSE TO THE DEFENDANT'S ANSWER AND SPECIAL DEFENSES-**

The defendants answer to the plaintiff's Complaint is just away of saying they answered the plaintiff's Complaint,without actually answering any of the facts contained within the complaint.

The defendant's claim to have "insufficient knowledge or information" is untruthfull!

The defendant's have been involved in every part of this case from the begining,it was the defendant's who illegaly searched the plaintiff's vehicle without a searchwarrent,it was the defendant's who photographed injury's on the plaintiff,it was the defendant's who have written statments,and signed then,about issues contained within the plaintiff's Complaint,and it was the defendant who has even tryed to testify against the plaintiff in Danbury Superior Court about issues contained in the plaintiff's Complaint.

So there for the defendant's answer to the Court can only be untruthfull and another attempt at deceiving the Court.The defendant's not only have all the information involving this case,but they also have a full working knowledge of the issues contained within the plaintiff's Complaint against them.

The defendant's answer just further shows just how untruthfull and deceitfull the defendant's have been or have tryed being,through out every part of this complaint.

Pg.1

## -NATURE OF THE PLAINTIFF'S CASE AGAINST THE DEFENDANT'S-

**Claim 1.** The Plaintiff can show beyond any doubt-
A. That he told the defendant's that he had been assaulted by his exgirlfriend several times over the weekend of February 25-27,2000.
B. That he told the defendants that he wanted to make a criminal complaint against his ex girlfriend for assault.
C. That the defendant's ignored evidence that supported the plaintiff's complaint against his ex.
D. That the defendant's had enough evidence to bring the criminal complaint against the plaintiff's ex, yet failed to do so.
E. That there was physical visible injury's on the plaintiff.
F. That even after the plaintiff's ex admitted in Court that she had assaulted the plaintiff, still the plaintiff's complaint was not acted on by the defendant's.
G. That both of the defendant's are sworn police offices who are sworn to uphold the law, and to protect citizens of this Country regardless of color, race, or sex.

   These actions in the very least show that the defendant's denied the plaintiff his right to equal protection under the law, because he is a man. That is a violation of the plaintiff's Civil Right's!


**Claim 2.** The Plaintiff can show beyond any doubt-
A. That the defendant's knew that they did not have a searchwarrent to search the plaintiff's vehicle.
B. That the defendant's had **NO** legal reason to enter or search the plaintiff's vehicle.
C. That the defendant's knew that the Plaintiff's vehicle was legaly parked at his residence when they illegaly searched the vehicle.
D. That the plaintiff is the sole owner of the vehicle.
E. That the defendant's knew that the vehicle was legally registered to the plaintiff.

F. That the vehicle was not involved in any crime that they were investigating, or any other possible crime.
G. That the defendant's knew that the plaintiff did **NOT** give them permission to enter the vehicle, or search it.
H. That the plaintiff did not give the defendant's permission to remove any thing from his vehicle.
I. That the defendant's illegaly kept personal property of the plaintiff's from him.
J. That the defendant's went threw(searched) the personal property they illegaly removed from the plaintiff's vehicle, such as a locked steel security box, at the time they had <u>NO</u> search warrent to do so, and showed photo's(the nude photo's of the plaintiff with some of his ex girlfriend's)to people.

   Some of the defendant's actions would be criminal were they not police officer's.
   In the very least in this part of the plaintiff's complaint against the defendant's, Because the defendant's are police officer's and have a working knowledge of a citizen's Constitutional Right's they are guilty of violating the Plaintiff's right's against illegal search and seizure, and also clearly violated the plaintiff's right's to privacy.

<u>Claim 3</u>. The Plaintiff can show-
A. That the plaintiff had personal belongings at the residence at which they arrested him.
B. That after the plaintiff was arrested the plaintiff's ex was removing the plaintiff's belonging's from the residence.
C. That the defendant knew that property belonging to the plaintiff was being removed without the plaintiff's permission or knowledge.
D. That the plaintiff mailed not one, but two notarized letters with inventorys of the missing belongings, making a complaint against the plaintiff's ex.
E. That the defendant took no action at all on the plaintiff's complaint.

F. That because the defendant's took no action on the plaintiff's complaint,the plaintiff lost every thing,that now there is no hope on recovering any of the plaintiff's belonging's,as there would have been had they acted when the complaint was first made.

The defenant's once again knowingly violated the plaintiff's Civil Right's,by denying the plaintiff any protection under the law.

### -DEFENANT'S CLAIMS OF DEFENSE-

1. The defendant's are once again trying to use the plaintiff's arrest as a defense for them violating the plaintiff's right's.
(a) the plaintiff being arrested does not make it alright,or an excuse to violate the plaintiff's Civil Right's.Even when a citizen is arrested he is intitled to his Civil Rights!
(b) The plaintiff's arrest has no real barring on this civil case because the case is not about the plaintiff's arrest or conviction, so should not be aloud to be used as a defense by the defendants.
(c) The defendant's want the Court to believe that their actions in violating the plaintiff's rights (which they basicaly admitt they did with this defense) were objectively reasonable under the circumstances of which they were aware,so they enjoy qualified immunity from all liability therefor.If this were true then that would put the defendant's above the law,that would make it so they could violate anyone's Civil Right's and not be held responsible for their actions,this defies common sence.
(d) The defendant's are New Milford Police officer's who are trained, and sworn to uphold the laws ,and to protect the citizens right's.
Do not or at least should not enjoy qualified immunity,when they knowing and willfully violate a citizens civil Rights,which is what happened in this case.There is no way that the defendant's can expect any reasonable person to believe that they did not know what they were doing to the plaintiff.So the plaintiff hopes the

Court will not allow the defendant's to use qualified immunity as a possible defence in this case.

### -CONCLUSION-

The defendant's do not answer any of the plaintiff complaint against them,except that in the defendant's SECOND AFFIRMATIVE DEFENSE,they in principal admitt that what the plaintiff's states in his complaint happened,,yet try to deceive the Court that what they did was reasonable,legal,or that they did not know what they were doing was in violation of the plaintiff's Civil Rights.

The plaintiff is sure that the Court will have no problem in seeing that the defendants knowingly violated the plaintiff's Civil Right's over and over again,once the Court starts seeing the facts in this case,the documented facts that is in the defendant's possession alone will prove the plaintiff's case against them.

The plaintiff knows that the defendant's know that they do not have any legal reasons or defense for violating the plaintiff's Civil Right's as they did,that the only thing that they and their attorney's can hope for is that knowing the plaintiff has no choice but to act in pro se in this case,that not knowing the laws or the Rules of the Court,That the plaintiff will make some mistake that will give them some technically in which to get this case against them dismissed.The plaintiff hopes that the Court will not allow that to happen.

RESPECTFULLY SUBITTED
BY THE PLAINTIFF;

*Howard John Gombert Jr*
Howard J.Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080

### -CERTIFICATION-

This is to Certify that a copy of the foregoing **PLAINTIFF'S RESPONSE TO THE DEFENDANT'S ANSWER AND SPECIAL DEFENSES**, was mailed postage prepaid to the defendants attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123, on this 12th day of July, 2004.

RESPECTFULLY THE PLAINTIFF;

*Howard John Gombert Jr*
Howard J. Gombert Jr #108050
1153 East Street South
Suffield, Ct. 06080