UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT, JR. | : | PRISONER |
| | : | CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| LARRY LYNCH & WILLIAM KAMINSKI | : | |
| | : | |
| Defendants. | : | AUGUST 3, 2004 |

## DEFENDANTS' RESPONSE TO THE PLAINTIFF'S
## MOTION TO COMPEL DISCOVERY

Defendants Larry Lynch and William Kaminski (collectively "the defendants") hereby respond to the plaintiff's Motion to Compel Discovery, dated June 29, 2004. Plaintiff's motion seeks:

an order compelling the defendant(s) to produce for inspection, and copying the document(s), Notes(s), statement(s), and Photograph(s) asked for in the plaintiff's first motion for discovery dated June 30, 2003, as well as the plaintiff's second motion for discover dated dated [sic] June 17, of the year 2004.

The discovery sought by the plaintiff was provided to him on or about the date that he filed the present Motion to Compel. Therefore, an order compelling production is not necessary.

                          Respectfully submitted,
                          Defendants Larry Lynch and William Kaminski


                          By: _____
                              JAMES N. TALLBERG, ESQ. (ct17849)
                              Updike, Kelly & Spellacy, P.C.
                              One State Street, P. O. Box 231277
                              Hartford, CT 06123-1277
                              (860) 548-2600

369972

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this ___ day of August 2004, to the following pro se plaintiff:

Howard J. Gombert, Jr.
#108050
1153 East Street South
Suffield, Ct. 06080

By:_____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

369972                                  2