UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT, JR. | : | PRISONER |
| | : | CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| LARRY LYNCH & WILLIAM KAMINSKI | : | |
| | : | |
| Defendants. | : | AUGUST 3, 2004 |

## DEFENDANTS' OBJECTION TO THE PLAINTIFF'S
## MOTION FOR DEFAULT JUDGMENT

Defendants Larry Lynch and William Kaminski (collectively "the defendants") respectfully object to the plaintiff's Motion for Default Judgment, dated June 29, 2004. Because the defendants' had previously filed a motion to dismiss, the Court had the power to establish a new deadline for the defendants' Answer. Fed. R. Civ. P. 12(a)(4). The Court did so in its order of June 10, 2004, in which it stated "Defendants are directed to file their answer within twenty (20) days from the date of this order." Ruling on Defendants' Motion to Dismiss at 6. In compliance with this Order, the defendants' filed an Answer on or about June 30, 2004. Prior to the expiration of the twenty day window, the plaintiff filed this Motion for Default Judgment. Because the Court had established a deadline for the defendants' Answer, and because the defendants complied with that Order, the defendants respectfully submit that the plaintiff's motion for default judgment should be denied.

369985

Respectfully submitted,
Defendants Larry Lynch and William Kaminski


By: _____
      JAMES N. TALLBERG, ESQ. (ct17849)
      Updike, Kelly & Spellacy, P.C.
      One State Street
      P. O. Box 231277
      Hartford, CT 06123-1277
      (860) 548-2600

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this ___ day of August 2004, to the following pro se plaintiff:

Howard J. Gombert, Jr.
#108050
1153 East Street South
Suffield, Ct. 06080

      By:_____
           JAMES N. TALLBERG, ESQ.
           Updike, Kelly & Spellacy, P.C.