

FILED

2004 AUG 12 P 4: 35

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : AUGUST 11, 2004 |

### MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants Larry Lynch and William Kaminski by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by sixty (60) days, in order to complete outstanding discovery and to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery | August 9, 2004 | **October 9, 2004** |
| Dispositive Motions | September 9, 2004 | **November 9, 2004** |

All other deadlines are similarly to be extended.

In support of this Motion, the parties represent as follows:

1. The plaintiff is a pro se party and is incarcerated, making conducting discovery difficult.

371013

2. The parties have exchanged written discovery and on August 4, 2004, the defendant's counsel took the plaintiff's deposition at MacDougall Correctional Facility.

3. On August 4, 2004, the undersigned spoke with the plaintiff, Howard Gombert and he agreed that the parties should seek this extension.

4. Despite the diligence of the parties, it does not appear that they will be able to complete discovery within the present deadlines.

5. A trial date has not been assigned to this matter.

371013

**WHEREFORE**, the defendants, Larry Lynch and William Kaminski, request that their Motion to Extend the Scheduling Order of sixty (60) days be granted.

>
> DEFENDANTS,
> LARRY LYNCH AND WILLIAM KAMINSKI
>
> By: _____
> JAMES N. TALLBERG, ESQ.
> Federal Bar Number Ct17849
> UPDIKE, KELLY & SPELLACY, P.C.
> One State St., P.O. Box 231277
> Hartford, CT 06123-1277
> Tel. No. (860) 548-2600

371013

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail, First Class, postage prepaid this 11th day of August 2004, to the following counsel of record:

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

371013