UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 11  P 3: 26
U.S. DISTRICT COURT

HOWARD JOHN GOMBERT, JR., :
    Plaintiff, :
: PRISONER
v. : Case No. 3:01CV1913(DJS)(TPS)
:
LARRY LYNCH, et al., :
    Defendants. :

RULING AND ORDER

Plaintiff has filed two motion to compel production of documents and a motion seeking entry of default. For the reasons that follow, all three motions are denied.

Plaintiff asks the court to enter the default of the defendants for failure to plead. Defendants have filed their answer and are not in default. Accordingly, plaintiff's motion for entry of default [doc. #46] is DENIED.

Plaintiff also has filed two motion to compel discovery. Rule 37, D. Conn. L. Civ. R., provides in relevant part:

> No motion pursuant to Rules 26 through 37, Fed. R. Civ. P., shall be filed unless counsel making the motion has conferred with opposing counsel and discussed the discovery issues between them in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution.

The purpose of this rule is to encourage the parties to make a good faith effort to resolve the dispute without the intervention of the

court. See Getschmann v. James River Paper Co., Inc., Civil 5:92cv163 (WWE), slip op. at 2 (D. Conn. January 14, 1993) (court should not "become unnecessarily involved in disputes that can and should be resolved by the parties"). In addition, Rule 37 requires that any discovery motion be accompanied by a memorandum of law "contain[ing] a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed...."

Plaintiff does not indicate in either motion that he has contacted defendants' attorney and made a good faith effort to resolve these matters. Thus, his motions to compel [**docs. ## 44, 48**] are **DENIED** without prejudice.

Should plaintiff file another motion to compel in the future, he is advised that Rule 37(a)3 requires that any discovery motion be accompanied by a memorandum of law

> contain[ing] a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed, and immediately following each specification shall set forth the reason why the item should be allowed or disallowed.... Every memorandum shall include, as exhibits, copies of the discovery requests in dispute.

Neither of plaintiff's motions complied with this requirement.

**SO ORDERED** this 10th day of August, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge