UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 17 A 10: 25
U.S. DISTRICT COURT
HARTFORD, CT.

HOWARD JOHN GOMBERT, JR.,
    Plaintiff,

v.

LARRY LYNCH, et al.,
    Defendants.

PRISONER
Case No. 3:01CV1913(DJS)(TPS)

### RULING AND ORDER

Defendants' motion for extension of time to complete discovery and file a motion for summary judgment [doc. #52] is **GRANTED**. Discovery shall be completed on or before **October 9, 2004** and dispositive motions shall be filed on or before **November 9, 2004**.

**SO ORDERED** this 17th day of August, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge