UNITED STATES DISTRICT COURT
District of Connecticut

2004 AUG 19 P 3:20

U.S. DISTRICT COURT

| | |
|---|---|
| Howard John Gombert Jr.#108050<br>plaintiff<br><br>Vs.<br><br>Investigator Larry Lynch &<br>Patrolman William Kaminski<br>defendant(s) | PRISIONER<br>CIV.NO.3:01CV1913 (DJS)(TPS)<br><br>DATE; August 13, 2004 |

### -PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF SCHEDULING ORDER-

    The Plaintiff Does agree with the Defendant's that an extension of time is needed because Discovery has not been completed
    But the Plaintiff wants the Court to be aware that it is not in anyway the Plaintiff's fault that Discovery has not been completed.The Plaintiff has tryed over and over again to get the Discovery materials that the Plaintiff needs from the defendant's and still has not been able to do so.The Defendant's are not turning over the requested Discovery materials in a timly fashion or in any other way.

    That is why the Plaintiff has filed a Motion to Compel Discovery,and the Plaintiff would respectfully ask that the court would grant the Plaintiff's Motion Compeling Discovery,so that Discovery could be completed as soon as possible.

                                       THE PLAINTIFF;

                                       */s/ Howard John Gombert jr*
                                       Howard John Gombert Jr.#108050
                                       1153 East Street South
                                       Suffield,Ct.06080

**- CERTIFICATION -**

This is to certify that a copy of the foregoing was mailed postage prepaid to the defendants attorney of record Mr James N.Tallberg,at One State Street.Hartford,Ct.on the 13th day of August,2004.

THE PLAINTIFF;

*[signature]*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080