UNITED STATES DISTRICT COURT
District Of Connecticut

Howard John Gombert Jr.#108050 :
   plaintiff,     :
   Vs.        : CIV.NO.3:01CV1913(DJS)(TPS)
Investigator Larry Lynch & :
Patrolman William Kaminski : DATE: August 13, 2004

PRISONER

2004 AUG 19 P 3:20

U.S. DISTRICT COURT

-**PLAINTIFF'S ANSWER TO DEFENDANT'S OBJECTION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT**-

  The Defendant's in their "OBJECTION" state"that the Plaintiff has failed to submit any evidence,and has failed to cite any law supporting his argument.Rather,the Plaintiff has submitted a brief list of unsupported allegations consisting largely of conclusory statments of law and in no way sufficient to support a judgement in his favor"

  The Defendant's can make this statment,only because they know that they are in possession of most of the evidence that the Plaintiff will need to support and prove his case against the Defendant's.So far for the most part they have been able to keep that evidence from the Plaintiff,and is why the Plaintiff has been forced to ask the Court to **"COMPEL DISCOVERY"**.Which that the Defendant's have objected to,because they know that once the Court Orders Discovery,the Plaintiff will have no problem in proving his Complaint against the defendant's beyond any doubt.

  The Plaintiff's"Motion for Partial Summary Judgement" was filed and based on four (4) facts.These facts the Defendant's can try to dispute,but they will not be able to change what is the truth and the facts of this case.

  The following is the undisputable facts of this case that the Plaintiff asks the Court for Partial Summary Judgment,

Pg.1

1) That I,Howard John Gombert Jr,am the Plaintiff in the above intitled matter.

   a) I do not believe there is any dispute here.

2) The Plaintiff alleges that the Defendant's violated my civil Rights when they denied me my rights to equal protection under the Law when I was assaulted by my exgirlfriend.

**Undisputable facts**

   a) The Plaintiff was assaulted by his exgirlfriend on the night of Saterday February 26,2000,because he called her a name during an argument.

   b) The Plaintiff and his exgirlfriend assaulted each other during a argument on Sunday morning on February 27,2000,the
     fight was over the plaintiff's affair with Mrs Jill kalinoski.

   c) The Plaintiff while being arrested for assaulting his exgirlfriend,stated to Patrolman William Kaminski that he wanted to file assault charges against his exgirfriend.

   d) The Plaintiff showed physical injury's that supported his claims of being physically assaulted by his exgirlfriend.

   e) There was no witnesses to support either the Plaintiff's or his exgirlfriend's side of the actual assaults.

   f) The Defendant's took pictures of the Plaintiff's physical injury's.

   g) The Plaintiff's exgirlfriend admitted to assaulting the Plaintiff in family Court on June 19,2000.

   h) The Plaintiff's exgirlfriend was never charged with assaulting the Plaintiff.

3) The Plaintiff alleges that the Defendant's violated my Right's against illegal search and seizure,when the Defendant's illegally searched my vehicle,and removed personal property from said vehicle.

**Undisputable facts**

   a) The 1984 Firebird Reg.#234NSS,was legaly parked at the Plaintiff's place of residence,at the time that it was illegally searched by the Defendant's.

    b) The Plaintiff is the sole owner of the 1984 Firebird Reg. #234NSS.

    c) The Defendant's did not have the owners ( The plaintiff ) permission to search the vehicle ( 1984 Firebird Reg#234NSS ).

    d) The Plaintiff "DID""NOT"ask the Defendant's or any other New Milford Police officer to protect any thing belonging to him when the Plaintiff was in the custody of the New Milford Police.

    e) The defendant's searched the Plaintiff's vehicle, 1984 Firebird Reg.#234NSS on February 29,2000, without a search warrant, or consent to do so.

    f) The Defendant's removed property from said vehicle illegally during that search of the Plaintiff's vehicle on February 29,2000.

4) The Defendant's violated my Right's to equal protection under the Law, when they ignored my complaint that my property was missing from my place of residence.

**Undisputable facts**

    a) Two copies of a notarized letter making the complaint was mail postage prepaid to Investigator Larry Lynch on or about November 3,2001, making the complaint that the Plaintiff's exgirlfriend had taken all of the Plaintiff's personal belonging's, and a list of the missing belongings. The Defendant's never acted in anyway on this complaint.

    b) The Defendant's had a working knowledge that the Plaintiff had all belongings at 322a Asptuck Ridge road, New Milford, Ct, because they had gone threw the plaintiff's belongings at said address, so when the plaintiff made the complaint, they knew of the belongings that the Plaintiff's exgirlfriend took.

    c) When the Plaintiff's exgirlfriend made the false complaint that she was missing jewerly that she never had, the Defendant's did all they could to try to charge the Plaintiff with a crime that never happened and they knew it, yet when the Plaintiff's exgirlfriend stole the all the Plaintiff's personal belongings, the defendants ignored the Plaintiff's Complaint.

The Defendant's were served with the "**Complaint**" on May 23,2003 and they filed for an "EXTENTION OF TIME" on June 17,2003. The Defendant's then filed a "MOTION TO DISMISS" on July 7,2003. On September 2,2003, the Court "DENIED" the Defendant's Motion. In the mean time the Defendant's had at least four (4) months in which to answer the Plaintiff's complaint and did not do so. They tryed to get it dismissed without answering it.

The Defendant's were then served with the AMENDED COMPLAINT" on March 1,2004. Yet the some how filed their second "MOTION TO DISMISS" on February 24,2004, six (6) days before they were served with the "AMENDED COMPLAINT". This Motion was also "DENIED" by the Court.

The Defendant's also filed a "Motion for Clarification" on October 10,2003, which was "GRANTED" by the court.

The defendant's found the time to file four (4) motions, before they findly find the time to file "DEFENDANT'S ANSWER AND SPECIAL DEFENSES" on June 30,2004. which to this date the Court has not answered on.

The Defendant's in their Answer made no attempt deny the Plaintiff's claims, so they were undisputed and are fact, on this the Plaintiff asks For Partial Summary judgement.

As the Plaintiff stating 'specific citations', or a 'concise statement of undisputed facts', The Plaintiff really does not under stand what the defendant's are talking about. But the Plaintiff has stated the facts of this case, and the defendant's have not denied them. For the defendant's to deny the facts in this case would mean they would have to lie.

The Defendant's and their attorney know that they have the Plaintiff at a great disadvantage,because the Plaintiff has no real legal knowledge,does not know how to use a legal libary, when and if he's able to get to one,has no way of understanding all the court precedings,and is having a real hard time finding out what Motions should be filed and when,never mind finding out what the different motions are.The Plaintiff has had to rely on asking other inmates for help,and as the court surly knows that isn't really helpfull.The Plaintiff had to even ask the Defendant's attorney what (SIC) ment,the Plaintiff had thought that they were Laughing at him before they explained what it ment.

What the Plaintiff is trying to explain is that the defendant's want the Plaintiff to state different laws and cite memorandum of laws,and things like that,that they know that the Plaintiff can not do.The Defendant's as police officer's use what laws they want to,bend and outright break the ones that don't fit their purposes,they violate or uphold who's civil right's that want to,and for the most part seem to get away with it,other wise they would not do it as easily and with total disregard for the law as they have done in this case.They rely on covering up what they do,and if they can't do that.Then they have their attorney and his law firm to find some loop hole to get them out of what they did to people like the Plaintiff.

What the Plaintiff is trying to say,he can not possibly even come close to doing the things that the defendant's and their attorney can,all the Plaintiff can do is use common sense and the truth about what happened between himself and the defendant's.

The truth is no matter how much the Defendant's may try to hide it is that the Defendant's violated the Plaintiff's rights many times over,and in fact some of their actions could actualy be criminal,they would be,beyond any doubt be,if they were not police officers,anyone else doing some of the things they did would be arrested and charged with a crime!

The plaintiff asks that the Court Respectifully remember the the Plaintiff is trying his best to fight for his Civil right's that the Defendant's took from him. That because of the defendant's actions he was treated differently in criminal court than he would have been had the truth been present, he lost years of being with his children, that can never be replaced, he lost every thing when the defendant's allowed all his personal belongings to be stolden, and took no action, some of it could have been recovered had they acted on his complaint, they took and allowed others to take what ever they wanted of Mr. Gombert's belonging's, there is no record or reciepts of these belongings being taken. It goes on and on as the Plaintiff gather's Discovery materials the more he learns about what the defendant's have done to him, that is the real reason wht the defendant's are fighting discovery in every way that they can.

The Plaintiff also wants the Court respectfully remember that the Plaintiff is doing the best that he can, with what he has, and that at the completion of Discovery, the Plaintiff may ask the court to allow him to Amend the Complaint

Respectfully Submitted
By The Plaintiff;

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield, Ct, 06080

Pg.6

### -CERTIFICATION-

This is to certify that a copy of the foregoing,"PLAINTIFF'S ANSWER TO THE DEFENDANT'S OBJECTION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT",was mailed postage prepaid to the Defendant's attorney of record,Mr.James N.Tallberg,at One State Street,Hartford, Ct,06123.On this 13th day of August ,2004.

THE PLAINTIFF;

*Howard John Gombert Jr.*
Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080