UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -6 P 4:31
U.S. DISTRICT COURT

| Howard John Gombert Jr.#108050 | : | |
| --- | --- | --- |
| Vs. | : | PRISIONER |
| | : | CIV.NO.3:01CV1913 (DJS) (TPS) |
| Investigator Larry Lynch & | : | |
| Patrolman William Kaminoski | : | DATE: September 2,2004 |

-MOTION FOR EXTENSION OF SCHEDULING ORDER-

The Plaintiff Mr.Howard John Gombert Jr. Respectfully moves for an Extension of the scheduling order by forty-five (45) days, in order to give the partys time to complete outstanding Discovery and to file dispositive motions.The Plaintiff Respectfully requests that the present deadlines be extended as follows,

| | PRESENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| DISCOVERY | September 9,2004 | November 23,2004 |
| DISPOSITIVE MOTIONS | November 9,2004 | December 24,2004 |

In support of this motion,The Plaintiff repersents as follows;

1. The Plaintiff is a pro se party and is incarcerated,making getting Discovery Materials from the Defendants difficult!

2. The Plaintiff spoke to the defendant's attorney of record,Mr. James N.Tallberg on September 22,2004,and was told that as soon as copies of some of the requested Discovery Materials could be made they would be sent to the Plaintiff,To this date the Plaintiff has not recieved those Discovery Materials!

Pg.1

3. When the Plaintiff last spoke to the Defendant's attorney Mr. James N. Tallberg. He stated that there was Discovery Materials that the Defendant's did not want to turn over to the Plaintiff, that the Court would have to decide whether they had to do so or not. The Plaintiff then in writting requested that the defendant's make a list and their reasons for not wanting to turn over said Discovery Materials. The Plaintiff to this Date, has not recieved any such list!

4. Dispite the diligence of the <u>Plaintiff</u>, it does not appear that Discovery will be completed within the present deadlines.

5. It appears that there may be some Discovery matters that the Court may have to settle.

6. A trial date has not been assigned to this matter.

Therefore the Plaintiff, Howard John Gombert Jr. requests that his Motion to Extend The Scheduling Order of Forty-five (45) days be granted.

RESPECTIFULLY THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080

## -CERTIFICATION-

This is to certify that a copy of the foregoing Motion for Extension of scheduling order, was mailed to the defendant's attorney of record, Mr. James N. Tallberg, at One State street, Hartford Ct. o6123. on the 2end day of September 2004.

                                              The Plaintiff;

                                              *Howard John Gombert Jr.* (signature)
Howard John Gombert Jr. #108050
1153 East street south
Suffield, Ct. 06080