UNITED STATES DISTRICT COURT
District Of Connecticut

FILED
2004 OCT 15 P 3:36

U.S. DISTRICT COURT

| | |
|---|---|
| Howard John Gombert Jr.#108050 : | |
| : | |
| Vs. : | Prisoner |
| Investigator Larry Lynch & : | CIV.NO.3:01CV1913 (DJS)(TPS) |
| Patrolman William Kaminski : | Date; October 9,2004 |

### "MOTION FOR THE APPOINTMENT OF COUNSEL FOR THE PLAINTIFF"

The Petitioner respectfully asks that the Court appoint counsel to the Plaintiff in this cause of action.The Plaintiff has filed past Motions with the Court for the appointment of counsel for the Plaintiff,which at that time was denied by the Court.

In denying petitioner counsel,the Court relied on three (3) issues.Those issues of which the Plaintiff has now met,as asked by the Court.So,there fore the Petitioner asks that the Court reconsider it's past decisions and appoint the Petitioner counsel.

The Following has been asked of the Plaintiff by the Court,and has been met by the Plaintiff;

**1) The Petitioner must demonstrate the he is unable to obtain counsel.**

The Petitioner has satisfied the Court by showing the Court letters of denials from sereral different attorneys.The Court was satisfied when it wrote in it's ruling:"The Plaintiff has attached letters from several attorneys and legal assistance programs declining assistance."

**2)** The second issue of the ruling was that the District Court must: "determine whether the indigent's petition seems likely to be of substance."

Pg.1

The questions that are being raised in this complaint are;

**a)** Were the Plaintiff's Constitutional Right's violated when the Plaintiff sought the arrest of a person who has admitted to assaulting the Plaintiff.The Defendant's denied the Plaintiff any protection under the law.

**b)** The Defendant's were well aware of crimes being committed against the Plaintiff,and ignored them,because the person committing the crimes against the Plaintiff was working in concert with the Defendants.Thus the Defendant's violated the Plaintiff's Right's to equal protection under the law.

**c)** Was the New Milford Police Department jusified in searching the plaintiff's automobile and seizing property without a search-warrent,when the automobile was legaly parked on private property, and was in no way constituting a nuisance.Furthermore the property seized was protected from removel by the plaintiff because the plaintiff was in police custody.

Thus the New Milford Police violated the Plaintiff's Constitutional Right's against unlawful search and seizure.

**d)** The New Milford Police refused to return the plaintiff's property,although the case was disposed of,and that said property was not ever evidence,and that had been Court Ordered to be returned to the plaintiff,it in fact took a second Court order a year later to findly get the property returned.

Therefore the Defendant's violated the Plaintiff's Right's against illegal seizure of property were violated.

**e)** When the Plaintiff made a complaint to the New Milford Police ~~department that his belongings were being stolen,which the defendent~~ knew was happening,but was a party too some of it.The Defendant knew that the Plaintiff's belongings were being removed and given to people without the Plaintiff's permission,when the Plaintiff tryed making the complaint he was ignored by the defendant's.As a result the Plaintiff has lost every thing,and was denied his basic Civil Right's by the Defendant's.

3) The third issue in the Courts past ruling denying the Plaintiff counsel was that;"service had not yet been effected on the Defendant's,and that the Defendant's have not yet responded to the complaint."

In this regards,the Plaintiff offers that he has effected service on the Defendant's as of May 23,2003.Also that the Defendant's also filed their "Answer and Special Defenses"motion on June 30,2004.

So all the past issues that the Court has used to deny the plaintiff appointment of counsel have now been met,and the Plaintiff would once again respectfully ask that the court appoint counsel to the Plaintiff.

The Plaintiff offers the following reasons why he is in need of counsel or at least some legal assisatance.

1) The Plaintiff has " NO " Legal knowledge or any understanding of the Courts Rules,therefore the Plaintiff is at a great disadvantage with the Court against the defendant's.

2) Because The Plaintiff has No legal knowledge,he has no idea of what Motions the Court is talking about when it states that it what's both party's to file their " Dispositive Motions " Therefore can't file Motions that the Plaintiff has No idea what they are, so this once again puts the Plaintiff at a great disadvantage with the defendant's.

3) Because the Plaintiff is incarcerated the plaintiff has no way to find and question possible witnesses needed for this case,and with even the ones who he does know where they are ,has no way to get statements from them.

4) Because the Plaintiff is incarcerated the Plaintiff has no way to take "Deposition's" on the defendant's as he has given to their attorney Mr.James N.Tallberg.

5) When the Plaintiff last filed a motion asking the Court to Compel Discovery the court denied the Motion and said that the Plaintiff "is advised that Rule 37(a)3 requires that any discovery motion be accompanied by a memorandum of law" This is some thing that the Plaintiff has no idea of how to do, and can not do. If this is what is needed from the Plaintiff, then the plaintiff needs some sort of legal help.

6) The plaintiff has tryed to do all he can to get Discovery materials from the Defendants, and to this date has not been able to get at least half of the requested discovery materials from the defendants, and is in need of help in doing so.

    The Plaintiff hopes that sees that the Plaintiff is in real need of at least some legal help, and will at least see it's way clear in at least appointing someone with some legal knowledge, to assist the Plaintiff with this case file.

    The Plaintiff wants to thank the court for it's time and patience.

    Respectfully The Plaintiff;

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East street south
Suffield, Ct. 06080

### -CERTIFICATION-

This is to certify that a copy of the foregoing motion has been mailed, postage paid to the Defendant's counsel of record, Mr James N. TallBerg, at One State Street, Hartford, Ct. 06123. On _October_, _9th_, 2004.

The Plaintiff,

*Howard John Gombert Jr*
Howard John Gombert Jr/#108050
1153 East Street South
Suffield, Ct. 06080