)                                         )

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 9, 2004 |

## MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

The Defendants Larry Lynch and William Kaminski by and through their attorneys,

Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the dispositive motion

deadline by fourteen (14) days, from November 9, 2004 to **November 23, 2004**.

In support of this Motion, the Defendants represent as follows:

1.      On August 4, 2004, the Defendants' counsel took the Plaintiff's deposition at

MacDougall Correctional Facility, the parties have exchanged extensive written discovery and,

from the defendants' perspective, discovery is essentially complete.

2.      Plaintiff has a number of motions and requests pending that have not yet been acted

on, including a Motion to Extend the Scheduling Order, filed October 6, 2004 and a Motion to

Appoint Counsel, filed October 15, 2004.  Defendants have not objected to either of these requests

379287

)                                    )

and have worked cooperatively with the pro se plaintiff to try to resolve the discovery disputes that have arisen to date.

3.      The Defendants have begun work on a motion for summary judgment on the plaintiff's Equal Protection and Fourth Amendment, but due to defense counsel's other obligations, including trials that were scheduled for November 2, 2004 and November 10, 2004, defense counsel requires this additional time to complete the motion.

4.      A trial date has not been assigned to this matter.

5.      The granting of this request is in the interest of judicial economy and will result in the filing of a dispositive motion that frames the issues presented.

6.      Because the Plaintiff is pro se and is incarcerated, conducting discovery in this case has been difficult.

7.      Because of the Plaintiff's status, the undersigned was unable to speak with him to ascertain whether he agrees or disagrees with the request.

379287

)                                    )

**WHEREFORE**, the Defendants, Larry Lynch and William Kaminski, request that the

dispositive motion deadline be extended to November 23, 2004.

DEFENDANTS,
LARRY LYNCH AND WILLIAM KAMINSKI

By:_____
      JAMES N. TALLBERG, ESQ.
      Federal Bar Number Ct17849
      UPDIKE, KELLY & SPELLACY, P.C.
      One State St., P.O. Box 231277
      Hartford, CT 06123-1277
      Tel. No. (860) 548-2600

379287

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail,

First Class, postage prepaid this _____9th_____ day of November 2004, to the following pro se party.

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By:_____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

379287

From: Origin ID: (860)548-2600
Carol Baker
UPDIKE, KELLY & SPELLACY, P.C
1 STATE STREET
24TH FLOOR
HARTFORD, CT 06103


FedEx Express

CLS091404/05/06

Ship Date: 09NOV04
Actual Wgt: 1 LB
System#: 4034881/INET2000
Account#: S *********

REF: 33960.197


Delivery Address Bar Code

SHIP TO: (203)579-5819          BILL SENDER

**Clerk U.S. District Court**
**United States District Court**
**915 Lafayette Boulevard**

**Bridgeport, CT 06604**



**PRIORITY OVERNIGHT**                    **WED**

Deliver By:
10NOV04

TRK#  **7919 7579 3492**   FORM 0201

                                           **BDL**    AA

**06604**    -CT-US

**00 BCCA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Carol Baker

**From:**        cbaker@uks.com
**Sent:**        Tuesday, November 09, 2004 12:05 PM
**To:**          Carol Baker
**Subject:**     FedEx shipment 791975793492

Carol Baker of UPDIKE, KELLY & SPELLACY, P.C sent Clerk U.S. District Court of United States District Court a Priority Overnight FedEx Envelope.

This shipment is scheduled to be sent on 09NOV04.

The tracking number(s) are: 791975793492

To track this shipment online click on the following link:
http://www.fedex.com/Tracking?tracknumbers=791975793492
&action=track&clienttype=fsm&language=english&cntry_code=us

-------------------------------------------------------------------

FedEx Ship Manager at fedex.com is the world's first shipping application accessible
via the internet.  With FedEx Ship Manager, you no longer need to handwrite
airbills or install additional software.  Register for FedEx Ship Manager and try the future of shipping today!
https://www.fedex.com/cgi-bin/ship_it/interNetShip?us

Disclaimer -----------------------------------------------------------------
FedEx has not validated the authenticity of any email address.