UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 23, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, Defendants Larry E. Lynch and William J. Kaminski (the "Defendants") respectfully move for summary judgment on the Complaint of Plaintiff Howard J. Gombert, Jr. ("Plaintiff") based upon the undisputed facts and the doctrine of qualified immunity. As is more fully set forth in the accompanying Memorandum of Law, Statement of Undisputed Facts, affidavits and supporting documents, the Defendants are entitled to judgment as a matter of law on the Plaintiff's Complaint, as no genuine issues of material fact exist.

To the contrary, the Plaintiff's claim that the Defendants committed an unlawful search and seizure and violated his right to Equal Protection, are not supported by the facts or the law. In particular, the Plaintiff's property was taken pursuant to lawfully issued warrants, which completely

380872

protect the Defendants from liability. Moreover, it is undisputed, and the Plaintiff now admits, that essentially all of his seized property has been properly returned.

The Plaintiff's purported Equal Protection claim is legally and factually deficient because the Defendants cannot be held liable for failing to arrest the Plaintiff's ex-girlfriend, absent a finding that the Plaintiff was a "victim" who had a special relationship with the police, which would give rise to a duty to protect. Furthermore, the Defendants are shielded by the doctrine of qualified immunity because their conduct in processing the Plaintiff's property, and in conducting the arrest and investigation concerning the Plaintiff's sexual assault of his ex-girlfriend, was objectively reasonable.

**WHEREFORE**, the defendants Larry E. Lynch and William J. Kaminski respectfully request summary judgment on the Plaintiff's entire Complaint.

                                            DEFENDANTS,
                                            LARRY LYNCH AND WILLIAM KAMINSKI

                                            By:_____
                                            JAMES N. TALLBERG, ESQ.
                                            Federal Bar Number Ct17849
                                            UPDIKE, KELLY & SPELLACY, P.C.
                                            One State St., P.O. Box 231277
                                            Hartford, CT 06123-1277
                                            Tel. No. (860) 548-2600
                                            jtallberg@uks.com

380872

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail, First Class, postage prepaid this 23rd day of November 2004, to the following pro se party.

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

380872

3