UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 23, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Larry Lynch and William Kaminski have manually filed the following document or thing:

Defendants' Exhibits in Support of Motion for Summary Judgment

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

380897

RESPECTFULLY SUBMITTED,

DEFENDANTS,
LARRY LYNCH AND WILLIAM KAMINSKI

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

380897

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail, First Class, postage prepaid this 23rd day of November 2004, to the following pro se party.

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

380897

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO.3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 23, 2004 |

## DEFENDANTS' EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**Exhibit A**   Deposition of Howard John Gombert, Jr. dated 08/04/04

**Exhibit B**   Affidavit of William J. Kaminski dated 11/23/04

      1.   Incident Report No. 00-167-OF, dated 02/29/00

**Exhibit C**   Affidavit of Larry E. Lynch dated 11/23/04

      1.   Consent to Search dated 03/01/00
      2.   Search Warrant dated 03/01/00
      3.   Evidence Seizure Form dated 03/01/00
      4.   Possessed Property Receipt dated 03/03/00
      5.   Consent to Search dated 04/17/00
      6.   Search Warrant dated 05/08/00
      7.   Evidence Seizure Form dated 05/09/00
      8.   Possessed Property Receipt dated 07/02/01
      9.   Possessed Property Receipt dated 07/06/01
     10.   Possessed Property Receipt dated 04/07/03
     11.   Order Concerning Release of Property dated 09/24/03
     12.   Possessed Property Receipt dated 03/31/04
     13.   Supplement Report dated 04/20/01

380907