UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 29, 2004 |
| | : |

**<u>NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT</u>**

The defendants respectfully submit this Notice of Filing Supplemental Exhibits in Support of the Defendants' Motion For Summary Judgment. Defendants wish to supplement the original Affidavits of Larry Lynch and William Kaminski dated November 23, 2004, in place of the facsimile copies that were filed with the defendants' original motion.

381095

RESPECTFULLY SUBMITTED,
DEFENDANTS,
LARRY LYNCH and
WILLIAM KAMINSKI

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

381095

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via U.S. certified mailed, postage prepaid, this 29th day of November 2004, to the following pro se party:

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

381095