UNITED STATES DISTRICT COURT

District of Connecticut

FILED
2004 DEC 20 P 4: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Howard John Gombert Jr.#108050 <br> Plaintiff <br> Vs. <br> Investigator Larry Lynch & <br> Patrolman William Kaminski <br> Defendant's | PRISONER <br> CIV,NO.3:01CV1913(DJS)(TPS) <br><br> DATE; December 6,2004 |

## PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The following is a list of separately numbered but corresponding with the Defendant's Rule 56 statement.The Plaintiff will list according what he admits as the truth,and will list what is not the truth,and object to facts that are not stated in full,or that are not relevant to this case,and are only being used by the Defendants to prejudice the Court.

1) Number 1, **Admitted.**

2) Number 2, **Admitted**

3) Number 3, **Denied**

4) Number 4, **Denied**

5) Number 5, **Admitted**

6) Number 6, **Objection as an incomplete fact.**

7) Number 7, **Admitted**

8) Number 8, **Admitted**

9) Number 9, **Admitted**

10) Number 10,**Objection as an incomplete fact.**

11) Number 11,**Admitted**

1.

12) Number 12,Objection as an incomplete fact.

13) Number 13,Objection as an incomplete fact.

14) Number 14, admitted

15) Number 15,Admitted

16) Number 16,Admitted

17) Number 17,Admitted

18) Number 18,Admitted

19) Number 19,Denied

20) Number 20,Admitted

21) Number 21,Objection as an incomplete fact.

22) Number 22,Objection as an incomplete fact.

23) Number 23,Admitted

24) Number 24,Admitted

25) Number 25,Admitted

26) Number 26,Admitted

27) Number 27,Admitted

28) Number 28,Objection as has no baring on this case,and is only being used as away to attempt to prejudice the court.

29) Number 29,Objection as has no baring on this case,and is only being used as away to attempt to prejudice the court.

30) Number 30,Objection as an incomplete fact.

31) Number 31,Admitted

32) Number 32,Admitted

33) Number 33,Objection as an incomplete fact.

34) Number 34,Denied

35) Number 35,Denied

36) Number 36, **Admitted**

37) Number37, **Admitted**

38) Number 38, Objection as an incomplete fact.

39) Number 39, Objection as has no baring on this case, and is only being used as away to attempt to prejudice the court.

40) Number 40. Objection as has no baring on this case, and is only being used as away to attempt to prejudice the court.

41) Number 41. Objection as an incomplete fact.

42) Number 42, Objection as an incomplete fact.

43) Number 43, Objection as an incomplete fact.

44) Number 44, **Admitted**

45) Number 45, Objection as an incomplete fact.

46) Number 46, **Admitted**

47) Number 47, **Admitted**

48) Number 48, **Admitted**

49) Number 49, Objection as an incomplete fact.

50) Number 50, Objection as an incomplete fact.

51) Number 51, **Admitted**

52) Number 52, **Admitted**

53) Number 53, **Admitted**

54) Number 54, **Admitted**

55) Number 55, **Admitted**

56) Number 56, **Admitted**

57) Number 57, **Admitted**

58) Number 58, **Denied**

59) Number 59, Objection as an incomplete fact.

60) Number 60,**Admitted**

61) Number 61,**Objection** as an incomplete fact.

62) Number 62,**Admitted**

63) Number 63,**Denied**

64) Number 64,**Admitted**

65) Number 65,**Objection** as an incomplete fact

66) Number 66,**Admitted**

67) Number 67,**Admitted**

68) Number 68,**Admitted**

69) Number 69,**Admitted**

70) Number 70,**Objection** as an incomplete fact.

71) Number 71,**Denied**

72) Number 72,**Objection** as an incomplete fact.

The Plaintiff.

*Howard John Gombert Jr.*
Howard John Gombert Jr.
1153 East street south
Suffield,Ct.06080

4.

### -CERTIFICATION-

This is to certify that a copy of the foregoing was mailed postage paid to the defendant's attorney of record Mr James N.Tallberg. at One state street,Hartford,Ct.on December 6.2004

                        The Plaintiff.

*[signature]*
Howard John Gombert Jr
1153 East street south
Suffield,Ct.06080
  OO

5.