UNITED STATES DISTRICT COURT
District of Connecticut

FILED
2004 DEC 20 P 4: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913(DJS)(TPS)

DATE: December 6,2000

### PLAINTIFF'S RESPONSE TO DEFENDANT'S "MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT"

The Plaintiff respectfully submits this Response to the Def Defendant's claim that their Motion is memorandum of law,is in support of their motion for summary judgment.

Their motion for summary judgment conveniently leaves out most of the actual facts of this case,or try to twist facts,or out right try to prejudice the court with things that have no baring on this case in any way.

I. This action came about not just over the illegal seizure of very personal belongings of the Plaintiff,but came about over the refusal of the defendant's to give the Plaintiff any of the protections under the law that each citizen's civil rights gives them.

a)The Plaintiff was assaulted by Miss Gunderman (J) on Febuary 26,2000,The Plaintiff tells officer Kaminski that he wants to file a crimminal complaint,Miss Gunderman even admitts to the assaulting the Plaintiff because he called her a name,she is never charged with the assault.

b)The Plaintiff tells the defendant's that Miss Gunderman attacked him because he was cheating on her with Mrs. Kalinoski, putting a cigarette out on his neck,and then later grabbing the plaintiff by his testicles,at which time the plaintiff bit Miss Gunderman.Even though at that time the defendants had just as much of an case against Miss Gunderman,infact they hadmore of an

1.

case against her had they just bothered to check Miss gunderman's statment for the lies that the plaintiff told them about,and gathered the evidence at the residence they were told about,instead of allowing that evidence to disappear as they did.On febuary 29,2000 Miss Gunderman should have also been arrested for sexual assault,or at least assault third.

    **c)** From phone calls of the plaintiff from jail that the defendant's were listening to,the defendants over heard that Miss Gunderman was threatening a witness that would have been testifying in the plaintiff's behalfon the case that Miss Gunderman had against the plaintiff,yet the defendant's did not act or charge Miss Gunderman (J) with tampering with a witness as they should have.Yet when the Plaintiff put a note in his mail,that Miss Gunderman had no legal right to open,saying some thing about if she was opening his mail,she was braking the law,they charged the plaintiff with two (2) counts of tampering with a witness.

    **d)** When the Plaintiff tryed twice to make complaints against Miss Gunderman (J) for stealing every thing he owned that was at the residence,property that the defendant's knew that had infact been at the residence,the defendant's refused to act.Yet when they needed a way to try to cover up the illegal search and seizure of the plaintiff's belongings from the plaintiff's vehicle,they had Miss gunderman sign a false affidavit,looking for 24K. jewelry that she did not show them any thing that she in fact ever owned any of what was suppose to be missing,and even a complete moron knows that they don't make jewelry out of 24k gold it's too soft,they knew she was signing an false affidavit,but did not charge her,just as they refused to charge her when they knew she stold the plaintiff's belongings.

    That is just afew of the basic things that brought this action against the defendant's on.It will be very easy for the plaintiff to show that he was treated very different than his ex-Miss Gunderman and that the plaintiff's right's were violated many different times by the defendant's.

The search and seizure of the plaintiff's vehicle,and belongings from that vehicle,will be easily shown to have been illegally done as well.The plaintiff will also be able to show that the property that was seized from the vehicle by the defendant's was not done to protect it as the defendant's tryed to claim after the plaintiff found out they had it,other wise they would have told the plaintiff they had his belongings,they would have returned the plaintiff his belongings when he tryed to get them returned,instead of illegally holding them for two (2) months before getting a warrent to search the belongs,a warrent that the defendant knew was based on an false affidavit.

The plaintiff will also show that the defendant's had searched the plaintiff's belongings well before they had a search warrent to do so,and that they were showing very personal photo's of the plaintiff and different girlfriends to people who had no legal reason to be shown those photo's.

Therefore the defendant's not only violated the plaintiff's Civil Right's against illegel search and seizure,but also his right's to privacy.

The plaintiff will also be able to show that in the very least the defendant's are guilty of violating state statue 54-36f.at least three different times,and the plaintiff may be able to show that they violated even more laws that they as police officers are sworn to uphold,that is if the defendant's ever turn over the requested Discovery Materials that they are still with holding from the plaintiff,even though the plaintiff has made many attempts to get the Discovery materials from the defendants.

Therefore the Defendants have not done their duty's to enforce the laws of this state,and did violate the plaintiff's Civil Right's and are not entitled to a Summary Judgment.The Plaintiff respectfully asks that the court deny the defendant's Motion For Summary Judgment.

II. THE PLAINTIFF DISPUTES MAY OF WHAT THE DEFENDANT'S CLAIM TO BE UNDISPUTED FACTS:

1)
a. The Plaintiff and Miss Gunderman only lived at 322a Aspetuck ridge road, New Milford, Ct. for around nine (9) months.
**See Plaintiff Affidavit.**

b. The Plaintiff and Miss Gunderman (J) shared the bills, even the phone was in the plaintiff's name.
**See Plaintiff's Affidavit.**

c. The Plaintiff was not high on cocaine at the time of his arrest, but Miss Gunderman was high on not only cocaine, but also prescribed painkillers, and paxel, that she was abusing.
**See Plaintiff's Affidavit.**

d. The Plaintiff was arrested outside his residence, he didnot flee from police for it would be in their report if he had.
**See Plaintiff's Exhibit #1.**

e. When the plaintiff was arrested he told officer Kaminski that he wanted to file charges against Miss Gunderman (J) that she had assaulted him on three (3) different occasions over a two day period.
**See Plaintiff's Affidavit & Plaintiff's Exhibit #1.**

f. photo's were takin of the injury's that the plaintiff had suffered from Miss Gunderman, with and without his shirt on.
**See Plaintiff's Affidavit, and because the defendant's still have not turned over the requested discovery materials, the plaintiff can not show any of the photo's to the court.**

h. Both the Plaintiff and Miss Gunderman gave hand written statments, only the plaintiff's is the only one that can't be found.

i. Both the Plaintiff and Miss Gunderman have said to each other in fights that they wanted to kill the other, yet neither of them ment it.

4.

2) a. The Plaintiff is the sole owner of the 1984 firebird Reg. #234NSS.
See Plaintiff's Exhibit #4.

b. Only the hood was open on the firebird.
See Plaintiff's Affidavit, Plaintiff's Exhibit #23

c. The firebird was parked at the rear of the residence.
See Plaintiff's Affidavit.

d. Police did not have any legal reason to search the firebird, or to remove any thing from it. It was not in volved in any crime, and they were not investigating anything that involved the firebird in any way.
See Plaintiff's Affidavit.

e. The defendant's did not tell the plaintiff that they had removed property from his vehicle.
See Plaintiff's Affidavit and Plaintiff's Exhibit #2, &#3.

f. The items that were seized were not in plain sight, you had to get up close and peer into the rear seat to see what was there, and then you would have to open the rear hatch, and then open the trunk lid, in order to see the items that were there, and then the property was in a shoping bag, strong box, briefcase, black nylon bags, leather gym bag, and a jordash gtm bag, that you would have to open inorder to see into.
See Plaintiff's Affidavit & Plaintiff's Exhibits # 23, #7

3) a. Most of this part of the Defendant's motion has no baring on this case, because it does not involve any part of the plaintiff's claims against the defendant's, neither were they in any way involved with those cases.

b. The plaintiff has not been charged with having any thing to do with that case in New York.

c. As for the plaintiff being a suspect in a missing woman

5.

case in New York.The plaintiff has cooperated with the New York police fully,until it became apparent that no matter what he did, it was not enough.The plaintiff also offered to take an lie detector test for them.

    d. the necklace the the defendant's gave of the plaintiff's to the New York police has nothing to do with that case.
**See Plaintiff's Affidavit.**

    e.The defendant's giving that necklace to the New York police shows there is no dought that the defendant's searched the plaintiff's belongings they had illegally seized before they had a search warrent to do so.
**See Plaintiff's Exhibit #6,& #10.**

    f.The necklace of the plaintiff not being on any inventory of seized property,begs to ask what other belongings do the Defendant's still have of the plaintiff's?

    g. Miss Gunderman (J) signing consent to search on april 17, 2000 has no baring,except that maybe the defendant's removed belongings of the plaintiff's then too illegally.

    1. There is no inventory of any property being seized in that search.

    2. There is no receipt for any property being seized in that search.

    3. The plaintiff was not charged with any thing from that search.

    h.The defendant's had to know that Miss Gunderman's claim of missing 24 kt gold jewelry was false,and that because they had already shown her the plaintiff's belongings,that she knew that nothing of hers was with the plaintiff's belongings.

**4)** a.The defendants claim that no receipt was given for the property that was seized because the plaintiff was incarcerated and because the searchwarrent was sealed.

1. The defendants had the plaintiff's belongings for at least 60 days prior to them getting a search warrent for the plaintiff's belongings, Sec.54-36f, states clearly that, **if the property was seized from premises in the absence of the person or persons having possessory interest there in, be mailed to such person or persons by registered or certified mail within five (5) days.**
therefore the defendant's excues for not giving the plaintiff receipts for his belongings do not apply here, and the defendants did not just violate the plaintiff's civil rights, but also the law.

   b. the plaintiff being incarcerated did not have any baring on the release of the plaintiff's belongings from the defendants, it was the defendants that refused to return the plaintiff's belongings. **See Plaintiff's Exhibit #5, #8, #9, #12, #13, #20, & #21.**

   c. The Litchfield Superior Court had already decided the disposition of the plaintiff's belongings.
**See Plaintiff's Exhibit #7**

   d. The First Court order For the Release of the Plaintiff's belongings was January 23, 2002.
See Plaintiff's Exhibit #7

   e. The Defendant's Fail to state that even after the Court ordered the defendants to Release the Plaintiff's belongings back to him, The Defendant's refused to do so.

   f. The Defendant's have not produced Any court orders or search warrents That Allowed them to Release some of the plaintiff's property to Anyone other

7.

Than the plaintiff, dated on or after January 23, 2003. Yet even though there was a court order to release the Plaintiff's property to him, The Defendant's refused to do so, yet they had no problem in releasing it to everyone else.

g. It took the plaintiff going back to court for an second court order, before the Defendants would return the plaintiff's Belongings
See Plaintiff's Affidavit & Plaintiff's Exhibit's #8, & #9

h. Miss Gunderman (J) did not claim anything that was illegally seized from the Plaintiff's vehicle.
See Plaintiff's Affidavit.

i. The defendants have not produced any evidence that shows that Mr Selino showed any kind of proof of owership, other than his word.

j. The Plaintiff would have only allowed the Police to search his belongings in his presence, but for no reason would have the Plaintiff allowed the Police to remove his belongings without a court order.
See Plaintiff's Affidavit.

k. Because of the defendant's did not inventory property that was seized, or did they give reciepts as state Statue Sec. 54-36F.

8.

clearly states they should have. The Plaintiff has no way of knowing what the Defendants took and what Miss Gunderman (J) was allowed to steal.

L. The Plaintiff was upset over the Defendant's showing very personal photo's of the Plaintiff with Different girlfriends, as well as a vidio tape, to people who had no reason at all to see them.

## Plaintiff's Claims.

The Plaintiff can clearly show that the search of his vehicle and the seizure of his belongings was illegal. Thus he can show that his Rights against illegal Search and seizure were violated.

The Plaintiff can show that he was assaulted by Miss Gunderman (J), That he reported it to the Defendant's. Yet Miss Gunderman (J) was never charged.

The Plaintiff can show that Miss, Gunderman has even admitted to assaulting the Plaintiff.

The Plaintiff can show that Miss Gunderman (J) stold his belongings from the residence. The Plaintiff can show that he has twice made the Complaint to the Defendant about the thief of his belongings, still the defendants did nothing.

The Plaintiff will show that every time Miss Gunderman has committed a crime against the plaintiff and the plaintiff made the complaint to the Defendant's, the complaint was ignored.

The Plaintiff will show ~~that no matter how~~ false of an complaint Miss Gunderman (J) made against the plaintiff, The Defendant's went

out of their way to try to charge the Plaintiff, at times ignoring evidence that would have proven the Plaintiff's innocence.

Therefore the Plaintiff can show that he was treated very differently than Miss Gunderman (J) and that his rights to equal protection under the law were violated.

III. <u>Legal Argument</u>.

a. The plaintiff is not an attorney and has no idea of how to look up in the law books, different law's or cases in support of his case. (That is, if and when he could even get to a law library) All the Plaintiff can do is tell the Court that all he has said is the truth. That even with the Defendant's with holding the most inportant Discovery evidence from the plaintiff. The plaintiff feels that the court can see that the plaintiff does have a case against the Defendants, and will have no problem proving it.

B.

.1 The defendant's are sworn police officers, They were acting as police officers threw out each part of this case, thus they were acting under the color of State law.

2. By refusing to allow the Plaintiff any of the protections under the law that being a citizen of the United States gives the plaintiff, The Defendant's deprived the plaintiff his rights, privileges

secured by the Constitution and the laws of the United States.

3. Because of the actions of the Defendants, the Plaintiff's ex Miss Gunderman was able to get away with assaulting him, while he was prosecuted for assaulting her.

4. Because of the defendants actions the Plaintiff lost everything, had the defendants acted on the Plaintiff's complaint when he made it, they may have been able to recover his belongings.

## I. The Plaintiff can sustain His Search and Seizure Claim.

A. The defendants had no search warrent, nor did they have any kind of probable cause to search the plaintiff's vehicle.

B. The only search warrent the defendant's did get for the plaintiff's belongings that they had illegally seized, is dated two (2) months after the fact.

C. Therefore the search and the seizure of the Plaintiff's vehicle and belongings is a violation of the Plaintiff's Rights.

D. The Plaintiff's guilty plea under the Alford doctrine has nothing to do with the search and seizure of the plaintiff's vehicle and belongings.

c. If the Defendants did not know that the search of the Plaintiffs' vehicle and the seizure of his belongings from that vehicle was illegal and a violation of the Plaintiff's Rights. Then why did the Defendant try lying saying he had a search warrent for the Plaintiff's vehicle when he searched it, when he testified in Danbury Superior Court on February 27, 2002? See Plaintiffs' Exhibit #22.

## 2. The Plaintiff can sustain His Equal Protection Claim

a. The Plaintiff told the defendant's of an assault on the Plaintiff by Miss Gunderman (J) in which Miss Gunderman (J) kicked the Plaintiff in the back while he was laying down. The Plaintiff told the Defendant Kaminski that this happened on the night of February 26, 2000. The Plaintiff wanted to swear out a criminal complaint against Miss Gunderman (J).

b. If the Plaintiff is guilty of sexual assault because he bit Miss Gunderman on the Breast. Then it stands to reason that Miss Gunderman was guilty of Sexual Assault when she grabbed and squeezed the Plaintiff by his testicles, which was what caused the Plaintiff to bite her in the first place. The Plaintiff told the Defendants that he wanted to swear out a criminal complaint.

c. The Defendants had just as much evidence to

12.

support the plaintiff's complaint's, as they had to support Miss Gunderman's (J) complaint. Yet the Plaintiff was the only one arrested.

d. There was no evidence to support Miss Gunderman's claim of being raped (Blood-Sperm) even her story of smoking a cigarette while being raped, should have told the Defendants she was not being truthful about what happened.

e. When Miss Gunderman stold all the Plaintiff's belongings that had been at 322A Aspetuck Ridge Rd, New Milford, CT. The Plaintiff made his complaint to Defendant Lynch by notarized letter. The Plaintiff made his complaint to investigator Lynch because Mr Lynch was familiar with the Plaintiff's belonging that had been in the Residence, seeing how he searched them many times. So he knew the Belongings that the Plaintiff said were missing had in fact Been there and that the Plaintiff's complaint was a legitimate. The Defendant did not act on the Plaintiff's complaint.

f. The defendants state that there was no evidence that they needed to protect the plaintiff from Miss Gunderman (J) or that the Plaintiff could no way be considered a victim of any thing but his own poor choices and Bad judgment.

That very statment goes a long way in showing the Defendant's Attitude towards the plaintiff's Rights. They are pretty

much saying that no matter what crime miss Gunderman (J) committs against the plaintiff, he is not intitled to any protection under the law, just as they have denied him, And shows that the Defendant's did deny the plaintiff his Rights to Equal Protection under the law. Therefore the defendant's are not intitled to Summary Judgment and the Plaintiff respectfully asks that the Court Deny the Defendants Motion For Summary Judgment.

### The Defendant's Are Not entitled to Qualified Immunity

1. The defendant's are not entitled to Qualified immunity, Th  actions were not reasonable. They knew the search and seizure on the plaintiff's vehicle and belongings was illegal, By knowingly breaking the law and violating the Plaintiff's Rights they gave up any right they may have had to Qualifed immunity

2. The Defendant's did not give the Plaintiff a reciept for the Property they illegally seized on March 1, 2000. From the Plaintiff's vehicle. Thus the Defendants violated State Statue Sec 54-36F. once again knowing violating the same laws that they as police officers are sworn to uphold, So once again they gave up any right they may have had to Qualifed Immunity.

3. When the Plaintiff made the complaint to the Defendant's of being assaulted By Miss Gunderman on the night of Febuary 26, 2000, and the defendant's did not act on the plaintiff's complaint as sworn police officers, They violated the Plaintiff's civil Rights to Equal Protection under the law. Thus they gave up their Rights to Qualified Immunity.

4. When the Plaintiff and Miss Gunderman made complaints against each other, and the defendant's only acted on Miss Gunderman's complaint, they denied the plaintiff his Rights to equal Protection under the law. Thus they are not entitled to Qualified Immunity.

5. When the Plaintiff made the complaint that Miss Gunderman stole his belongings, and the defendants knew that she had done so, and did not act as the sworn polices officers that They are. They denied the Plaintiff any protection under the law.

## Conclusion

The Plaintiff respectfully asks the court to Deny The Defendant's Motion For Summary Judgment.

The Plaintiff.

Howard John Gombert Jr
1153 East Street South
Suffield, Ct. 06080

15.

## - CERTIFICATION -

This is to Certify that a copy of the foregoing, was mailed postage prepaid to the defendant's attorney of Record, Mr James N. Tallberg, at One State Street, Hartford, CT. on this 6th day of December 2004.

The Plaintiff,

*Howard John Gombert Jr*

Howard J. Gombert Jr
1153 East Street South
Suffield, CT, 06080