UNITED STATES DISTRICT COURT
District of Connecticut

FILED
2004 DEC 20 P 4:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr.#108050
Vs.
Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913(DJS)(TPS)

DATE: December 6, 2004

### -AFFIDAVIT OF HOWARD JOHN GOMBERT JR.-

I,Howard John Gombert Jr.being of sound mind and legal age, having been duly sworn,do hereby depose and say;

1. I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2. I make this affidavit based on personal knowledge and on some of the documents that I have recieved.

3. On february 29.2000,myself and Miss Gunderman had an brief arguement,at such time I told Miss Gunderman (J) that the fighting was out of hand,that after I went to traffic Court that morning,I intended to move out and end our relationship.Miss Gunderman (J) told me that if I left her,I would never see our daughter again.I told her that I would see her in court and that I would take our daughter from her.I quickly left for traffic court in Bridgeport Ct.

4.At traffic court I paid a fine.

5.Between 10:30 & 11:00am I left Bridgeport court.

6. Just before starting back for New Milford Ct. I did a line of cocaine.

7.When I reached the residence that I shared with Miss Gunderman (J)at 322a Aspetuck Ridge rd,New Milford,Ct.around 12:00,

8.Upon seeing that she was not home,I dicided to start moving some of my stuff out.

1.

9. after putting a few things into the firebird,I decided to move the firebird up by the front door.

10. after starting the car up,and while waiting for the car to warm up,I noticed an anti freeze leak coming from the front of the car.

11. I opened the hood and started trying to find where the leak was coming from,at this time the hood of the car was the only thing that was open.

12. I am the sole owner of the 1984 firebird,Reg.#234NSS.

13. On february 29,2000 the firebird was legally registered.

14. On february 29,2000 the firebird was legally parked at the residence at 322a Aspetuck ridge road,New Milford,Ct.

15. around 5:30pm while out by the firdbird two (2) New Milford police officers approached me with guns drawn from the neighbors yard,kind of suprising me.

16. The officers yelled at me to freeze,them told me to lay on the groung with my arms spread over my head.

17. keeping in my mind that it was an officer from the New Milford police department that had recently shot and killed someone while arresting them,I did as I was told very slowly.

18. the officers handcuffed and arrested me,and lead me from the residence,  ( See Plaintiff'sExhibit # 1 )

19. after being told that I was being arrested based on an complaint made by Miss.Gunderman (J).I told the officer that if she was having me arrested that I wanted to file charges against her.

20. I was taken to New Milford Police Department.

21.  I was asked if I wanted to give a statement,again I repeated that I wanted file charges against Miss Gunderman,and that I would give a statement.

22. I told officer Kaminski how Miss Gunderman had assaulted me on the night of february26,2000 by kicking me in the back while I

laying down playing with our daughter.

23. I was then told that Miss Gunderman (J) claimed that I had sexually assaulted her on the morning of february 27,2000.

24. I told the officer that myself and (J) had NOT really had sex in awhile, because (J) had been having female problems on and off ever sence she had the baby. That I believed that it was the night of february 25,2000, was the last time that we had tryed to have sex, but because it was too painfull for her, we were not able to.

25. I gave the officer a statement about all the fights that had happened over that weekend.

26. I told the officer how the fight had started on the morning of february 27,2000, that it was over an affair that I was having, that while arguing Miss Gunderman (J) had put a cigarette out on my neck.

27. I told the officer how Miss Gunderman had grabbed me by the testicles and would not let go until I bit her, which later that day she told me was on the breast.

28. After a little bit, two (2) plain cloth officers came in, and asked to see my injury's that I had suffered from Miss Gunderman (J).

29. The officers then took pictures of the burn on my neck, and also had me take off my shirt to take pictures of what they said was a mark on my back.

30. While taking the pictures of my back the officers remarked that she must have really kicked me good for there to still be a mark.

31. I told the officer that I had been trying to leave Miss Gunderman for awhile, but that every time I brought it up to her, knowning what I had gone threw in the past, she would threaten me with our daughter.

32. officer Kaminski told me that Miss Gunderman was saying that it was her who wanted to end the relationship, and that it was me who would not leave.

33. I told officer Kaminski that that was not true that all he had to do was go back to the residence, and look on the dinningroom table, that on it were two (2) valentine's day cards that I had just recieved from Miss Gunderman that would prove that she was lying.

34. I also told officer Kaminski about the time the both of us had been arrested in Danbury Ct. for assaulting each other that the charges against me were dismissed, and that the court had made miss Gunderman go to angermanagement before they would dismiss the charges against her.

35. I also told officer Kaminski that I kept in a black canvis brief case that was at the residence around my computer, that in it wassome photo's, card's, note's, some mimi cassette tapes of phone calls, as well as a vidio tape that would show him what the truth of what the fights between mysef and miss Gunderman (J) were like.

36. after I finished with my statement officer Kaminski put into a cell, told me that he would check out what I said, and also had to type up the report and would be back for me to sign it.

37. after what I can only guess to be a few hours I fell to sleep.

38. some time during the night an officer awoke me and told me that he needed me to hurry and initial and sign some papers, I did as I was told.

39. The next morning I was brought to court, then to Bridgeport county jail.

40. At no time while I was at the New Milford police department did I give any officer permission to search my vehicle, or at any other time.

41. On february 29, 2000 I did not ask any police officer to protect anything that was in my 1984 firebird Reg, #234NSS.

42. I was at no time told by any police officer that they had searched my vehicle Reg 334NSS and seized belongings of mine from said vehicle.

4.

43. while no police officer asked me if they could search my vehicle, I would have allowed them to do so, had they asked me and did it in front of me. But I would not have allowed them to remove my belongings from the safty of my vehicle for any reason.

44. after being in jail for a couple days I was able to reach Miss Jill Kalinoski, I asked her to go get the things that I had put into the firebird at my residence.

45. I later talked to mrs. Jill Kalinoski and she told me that all my stuff was gone from the vehicle.

46. a day or so later I talked to Mrs Jill Kalinoski and she told me how Miss Gunderman had called her, saying how she now knew that it was jill that I was seeing, because the police had shown Miss Gunderman (J) nude photo's I had of jill, that had been in the stuff the police had taken from my firebird.

47. I asked Mr. Lou Panico From the Litchfield public defenders office to find out if the police infact had my stuff and why.

48. Mr, Panico told me later that the police did have my stuff that they had taken it to protect it, or so they claimed.

49. On april 12, 2000 I signed a release so that Mr. Lou Panico could go to the New Milford police department and retrieve my belongings. **( See Plaintiff's Exhibit # 5 )**

50. a couple days later Mr. Panico told me that he had gone to the New Milford Police department and that Investigator Larry Lynch refuse to return my belongings.

51. I went to Danbury superior court for family court, on June 19, 2000, at that court hearing Miss Gunderman (J) admitted to assaulting me on the night of February 26, 2000.

52. at no time was I told that Miss Gunderman was given police permission to search my belongings, and they were taking what ever they wanted to, without search warrant, or a court order, that they did not even tell Miss Gunderman what they took, nor did they give any

5.

one a receipt for the property,there is no inventory for this property either.The police also knew that me and Miss Gunderman no longer together,so she did not have the right to say anyone could take my belongings.

53.I did not give Miss Gunderman permission to sell or to give anyone anything that belonged to me.

54.while I was in jail Mr Panico talked to Miss Gunderman,at that time would not allow any of my friends to retrieve any of my belongings that were at the residence that we had shared.She told Mr.Panico that she would have my belongings packed up,and would make sure that they got to my fathers house.

55.after being told that I mailed out 18 envolopes filled with different papers,legal papers,clearly addressed to myself,in two (2) of the envolopes I put little notes saying that if your reading my mail your braking the law.

56.about a month later while at court in litchfield,I am arrested for 18 counts of violation of a protective order,and 2 counts of tampering with a witness.

57.on November 6,2001 I am for the most part forced into taking a plea bargain,in which I plead guilty under the "ALFORD DOCTRINE" with the under standing that I was Not admitting to guilt.

58.I had no idea that Newmilford Police had seized,and then gave my necklice to carmel Ny police  ( **See Plaintiff's Exhibit # 10** )

59.This necklice was bought for me by Miss Gunderman while we went on a trip with some of her friends to thier cabin.she also bought me acouple pairs of fold up sunglasses and bought herself a leather halter.

60.I had a friend of mine that made jewerly put the silver pentagram ( Devil sign ) on to the necklice.

61.that necklice has never been in Ny. never mind involved in any kind of crime while I had it.

6.

62. while I was in Bridgeport jail I became aware that Miss Gunderman was selling and giving away my belongings that were at the residence we had shared.

63. We had lived there together for around 9 of the months of the 2 and 1/2 years we had been together, we shared the bills, I had even worked for the land lord to work off some of the rent.

64. on 11/23/02 I wrote to Investigator Larry lynch at the New Milford police department, telling him that I wanted to file a complaint in regards to my belongings that had been stolden from the residence, I even made him a list of the missing items.
( See Plaintiff's Exhibit # 11 )

65. on January 23, 2002 the court ordered the release of my property that was in the possession of the New Milford police department, and orders that an inventory be done of all my belongings that were seized from the residence.

66. Plaintiff's 3 10 clearly shows that there was belongings of mine the police took without inventorying, so I have no way of knowing what Miss Gunderman stole and what they took.

67. Mr panico made numerious attempts at getting my belongings back, but even with the court order Investigator Larry Lynch refused to return my belongings.

68. A socond motion to get another court order to get my belongings returned was filed on april 18, 2002, ( See Plaintiff's Exhibit # 8 )

69. while waiting to go back to court for the second court order, I wrote Investigator Larry Lynch and sent him a sign release for me belongings to Lou Panico. ( See Plaintiff's Exhibit # 12 & 13 )

70. the court orders a second court order for the release of my belongings on May 6, 2003          ( See Plaintiff's Exhibit # 9 )

71. most of my belongings were returned to me, even though there is still some stuff that I don't know where they are.

72. on feburary 29, 2000 the New Milford police knew that miss gunderman was lying when she told them that I had been covicted

7.

and did jail time for assaulting her a year or so before.
( See Plaintiff's Exhibit # 14 )

73. I have never owned or ever even touched a paint gun before.

74. I was in jail on October 30, 2000, this was known to the police.

75. To my knowledge I do not know a Miss Diane V. Stanley in anyway.
( See Plaintiff's Exhibit # 16 )

76. on august 25, 2004 I made a second attempt at making a criminal complaint against Miss Gunderman for stealing my belongings that were at our shared residence to Investigator Larry Lynch.
( See Plaintiff's Exhibit # 15 )

77. I made this complaint to Mr Lynch because I knew he was most familiar with my belongings that had been in the residence, because Miss Gunderman herself had shown him what was mine. So he knew what I said was missing was infact missing.


I have read all the foregoing affidavit consisting of eight (8) pages. It is true and accurate to the best of my knowledge.

*Howard John Gombert Jr.*
Howard John Gombert Jr.
1153 East street south
Suffield, Ct. 06080


Subscribed and sworn to before me
this __6th__ day of __December__ 2004.

_____
Notary
My commission expires, _____

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006

8.