# INITIAL REPORT



PLAINTIFF'S EXHIBIT # 1

INCIDENT DATE: 02/29/2000
INCIDENT TIME: 1107 HOURS
REPORTING OFFICER: PATROLMAN WILLIAM J KAMINSKI

NARRATIVE: On the stated date and time, I was assigned to go to the New Milford Hospital Emergency Room and meet a person named ▮▮▮▮ regarding a domestic violence complaint involving an assault and sexual assault. According to Dispatcher Santoro, Dr. Fanella of New Milford telephoned stating that he had spoken to ▮▮▮▮ when she brought her 8 1/2 month old daughter ▮▮▮▮ to him for an examination. The baby was determined to have a pneumonia and ▮▮▮▮ was to bring the baby to New Milford Hospital for admission for treatment of the illness.

I arrived at the hospital and found ▮▮▮▮ at the front desk signing in both herself and the baby. ▮▮▮▮ appeared disheveled and I saw that she had a blackened right eye. ▮▮▮▮ stated briefly that she had been sexually assaulted by her live-in boyfriend, Howard Gombert, twice on Sunday 2/27/00, but was only now able to get out of the home to file the complaint with police. According to ▮▮▮▮ Gombert had threatened to kill her and her family if she reported the assault to anyone. ▮▮▮▮ went on to state that during the sexual assault, Gombert had bitten the nipple of her left breast hard enough to draw blood. ▮▮▮▮ stated that she was not sure if Gombert had ejaculated during the assault. I asked ▮▮▮▮ if she had showered or bathed since the assault and she said that she did not, but that she had changed her clothing. ▮▮▮▮ said that the clothing that she had worn after the assault was on the bedroom floor near or under the bed.

▮▮▮▮ finished the paperwork for the admission of her daughter. ▮▮▮▮ then had to take her daughter for a chest X-ray looking for both signs of pneumonia and broken bones. The results were positive for pneumonia and negative for fractures.

Dr. Fred Lohse, the ER attending physician, and Kathleen Woods, R.N., completed the sex crimes kit. The kit (Evidence # 00-98-PR) was sealed by Woods. The clothing that ▮▮▮▮ was wearing at the time of the examination was placed into a brown paper bag (Evidence # 00-99-PR) and also sealed by Woods. These two items were turned over to me and secured as evidence. Woods took several Polaroid photographs of injuries suffered by ▮▮▮▮ also allowed Inv. Lynch of the New Milford Police Dept. to take 35 mm as well as Polaroid photographs of the injuries that she suffered.

I took a handwritten sworn statement from ▮▮▮▮ while at the ER (see attached). A more detailed statement was taken later at Police HQ by Inv. Lynch and Officer Wheeler. ▮▮▮▮ stated, in part, that she has lived with Howard Gombert at 322A Aspetuck Ridge Rd. in New Milford for approx. 8 months. They also lived together in Danbury and New Fairfield for several months before moving to New Milford. ▮▮▮▮ stated that the relationship has been physically and mentally abusive while they have lived together. ▮▮▮▮ stated she and Gombert have had consensual sex up until approx. 11/99. ▮▮▮▮ no longer wanted a sexual relationship with Gombert. When she told him that she didn't want sex anymore, Gombert told her that if she didn't have intercourse with him, he would force her to have anal sex with him. She continued to have sex even though it was not totally consensual. Gombert continued to physically assault her by punching and slapping her, etc. On Sunday 2/27/00 at approx. 0700 hrs. ▮▮▮▮ woke up and found Gombert still awake. Gombert told her that a mutual friend ▮▮▮▮ had stopped by the night before and did not leave

until approx. 0400 hrs. The pair began to argue because Gombert would not call his boss to say he would not be in to work. ▓▓▓▓ continued to "nag" Gombert to call but he never did. Later in the day, Gombert got tired of her nagging him, so Gombert slapped her across the face. Their baby was in a nearby playpen at the time. Later in the living room area, Gombert approached ▓▓▓▓ and told her to lay on the sofa, strip naked, lay there and have intercourse or he was going to force her to have have anal sex. Gombert got over ▓▓▓▓ and after she resisted, he told her that he was going to squeeze her nipples and twist them until she had sex with him. ▓▓▓▓ went to the sofa and did what Gombert told her to do because she was afraid he would force her to have anal sex. Gombert then forced ▓▓▓▓ to have sex against her will. ▓▓▓▓ stated that she kicked Gombert in the groin and jammed a lit cigarette into his neck after assaulting her the first time. ▓▓▓▓ then went and showered. She went back to the bedroom to get a nightgown at which point Gombert came back into the bedroom and forced her to have intercourse again. ▓▓▓▓ stated that she was fighting Gombert so he leaned over and bit her right nipple. He bit her hard enough to draw blood. Gombert got off of her when she started screaming. ▓▓▓▓ stated that she didn't know if Gombert ejaculated either time. ▓▓▓▓ finally stated that Gombert threatened to kill her if she ever tried to take his daughter away from him. ▓▓▓▓ stated that she believes that Gombert could have her killed if he wanted. ▓▓▓▓ also stated that on some of the occasions when Gombert struck her, she was holding her 8 month old daughter.

    After completing the statement, ▓▓▓▓ had X-rays taken of her head and face. There were no broken bones discovered. ▓▓▓▓ stated later that she had learned from the ER Physician that the results of one of the blood tests showed that she might be pregnant. ▓▓▓▓ was then discharged from the ER and she accompanied me to the NMPD HQ where the investigation continued.

    Upon arriving at HQ, ▓▓▓▓ received a page from Gombert. The message was their home telephone number with a "911" suffix meaning to call ASAP. ▓▓▓▓ did not call back.

    It was determined that Howard Gombert would be arrested based on the statement given by ▓▓▓▓ Sgt. Duda, Sgt. Buckley, Officer Marino, Officer Nunnink and myself went to 322A Aspetuck Ridge Rd. and arrested Gombert for Sexual Assault. As he was being led from his home, he began to talk about the incident without any questions by the officers on the scene. In a low voice, he continually said the name ▓▓▓▓ He said that he could not believe that he was being charged with sexually assaulting Gombert. He admitted that he bit ▓▓▓▓ nipple, but did it only after she refused to let go of his genitals. He stated several other times that he could understand being charged with assault, but not sexual assault. He also stated that he wanted to press charges against ▓▓▓▓ for assaulting him. Once at HQ, he pointed out three scars to the front of the neck, one the result of ▓▓▓▓ "putting her cigarette out" on his neck. He also had pain in the lower back as a result of being kicked by ▓▓▓▓.

    After being processed, Howard Gombert gave a sworn statement regarding his relationship with ▓▓▓▓ and the incidents that occurred over the past several days (see attached statement).

    Howard Gombert was held on $500,000 bond and is scheduled to appear in court on Wednesday 3/1/00 at 1000 hrs. in Bantam Superior Court for Sexual Assault/Cohabitation 53a-70b, Risk of Injury To A Minor 53-21, and Assault 3rd 53a-61.

    Follow up investigation to be completed by the New Milford Police Dept. Detective Bureau.