```
CC   REG NO    TB   SUBCODE           VIN              YEAR    MAKE     MODEL
01   234NSS    00              1G2AS8715EN232815        84     PONTC   FIREBIRD
BODSTYLE  FUEL  CYL  AXLES  COLR1  COLR2  TITLE  VEHX  LT WT  GR WT  SEATCAP  STANDCAP
2D SED     G    06          WHT             Y      N
        NAME (FIRST OWNER)          DOB        SEX     OLDNM    PERX    NAMECH
    GOMBERT  HOWARD  JR          07/28/63      M                 N         N
        NAME (SECOND OWNER)         DOB        SEX                   DISC  INDIV / BULK
                                                                      N      N
        MAILING STREET              CITY               STATE      ZIP      CNTRY   MADDCH
    322A ASPETUCK RDG RD       NEW MILFORD              CT                            N
        RESIDENCE STREET            CITY               STATE                 CNTRY   TAXTWN
                                                                                      096
    RECTYPE   LAST TDT   LAST CLK   EXP DT   1YR REN   FEEFACT   SUPF   SUPTWN   OCTF   OCTTWN
       1      09/23/99     174     09/23/01     N      007000                                 096
    PREVTWN   SPECR   LEASCO  REFLYR  CANREF    PREV CC/REG   NEXT CC/REG   2 PLATES ISSUED
                 N                      0                                    YES 09/99
         KEY SECT:    092399   174  4  3311   2ND OWNER SECT:  092399   174  4  3311
     VEHICLE SECT:    092399   174  4  3311   MAIL ADDR SECT:  092399   174  4  3311
        COMM SECT:    092399   174  4  3311    RES ADDR SECT:  092399   174  4  3311
   1ST OWNER SECT:    092399   174  4  3311       ADMIN SECT:  092399   174  4  3311
                                              RENEWAL INFO:
    Enter=Return       F2=MI27      F5=MI21     F6=LETS     F10=Title
```



PLAINTIFF'S
EXHIBIT
# 4

```
     Title: 025096131           Name: GOMBERT HOWARD   JR
    Status: ACTIVE               VIN: 1G2AS8715EN232815
Prev Title: 000024819761  CT      Yr: 84      Make: PONT
Num Owners: 01           Num Lhldrs: 00  Dealer No:
    Legend:
Mbook Notn:
```

\* END OF INQUIRY - PF8 FOR MORE INFO ON THIS REC \*