

# State of Connecticut
DIVISION OF PUBLIC DEFENDER SERVICES



PLAINTIFF'S EXHIBIT

# 5

OFFICE OF PUBLIC DEFENDER
LITCHFIELD SUPERIOR COURT

P.O. BOX 944
WEST STREET
LITCHFIELD, CT. 06759-0944

CHRISTOPHER M. COSGROVE, ESQ.
PUBLIC DEFENDER

TEL. (860) 567-3101
FAX (860) 567-0004

April 12, 2000

I Howard J. Gombert, inmate number 108050, am presently incarcerated in Bridgeport Corrections.

The Public Defenders Office, Litchfield CT., is presently defending me, in a criminal matter (Docket Number: CR00-100901), stemming from New Milford, CT.

My personal belonging's are in New Milford Police evidence room, and I hereby give permission, to Investigator Lou Panico, or anyone from the Litchfield Public Defenders Office, to view any, and all personal property, being held by the New Milford Police Department. I further give permission, to anyone from the Litchfield Public Defenders office, to have copies, of all material, they deem necessary in my defense. And to take possession of any personal property not being held for direct evidence in this case.

Howard J. Gombert
SSN:
4-18-2000

Witness 4-18-2000