# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 9-89 P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO. 00-167-OF

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [x] TO COURT

- [x] To Court
- [ ] Destroy — No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A**
COURT DOCKET NO.: CR00-100901

**PART B**
COURT DOCKET NO.: CR

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court): 80 Doyle Road, Bantam, CT
G.A. No. ___

UNIFORM ARREST REPORT NO.: 

COURT APPEARANCE DATE: [illegible]
ARREST: [x] MADE  [ ] PENDING
POLICE CASE/RECEIPT NO.: 00-167-OF
COMPANION CASE NO.: 00-124-AR

| | NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S) | | NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S) |
|---|---|---|---|
| 1. | Howard Gombert J. Jr  860-354-0276 | 1. | Jane M. Gunderman  860-354-0276 |
| | 322a Aspetuck Ridge Rd, New Milford, CT | | 322a Aspetuck Rd, New Milford, CT |
| 2. | | 2. | |
| 3. | | 3. | |

**TYPE OF INCIDENT**
Sexual Assault Spousal, Risk of Injury to Minors, Assault 3rd

TOWN OF SEIZURE: New Milford
DATE OF SEIZURE: 03/01/00
TYPE OF PROPERTY: [ ] STOLEN  [ ] EVIDENCE  [ ] LOST/FOUND  [x] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

**PROPERTY SEIZED**

1. #18LL  1 black sportcam bag   PR# 00-130-PR
2. #19LL  1 maroon premier collection bag w/brown trim  PR# 00-131-PR
3. #20LL  1 brown leather bag w/winston rodeo awards label  PR# 00-132-PR
4. #21LL  1 Bradlees shopping bag w/assorted clothing  PR# 00-133-PR
5. #22LL  1 brown strong box   PR# 00-134-PR
6. #23LL  1 gray brief case  PR# 00-135-PR
7. #24LL  1 black nylon case (CASE LOGIC)  PR# 00-136-PR
8. #25LL  1 gray/black Jordash Travel type bag  PR# 00-137-PR
9.
10.
11.
12.

PLAINTIFF'S EXHIBIT #7

PART A INVENTORY NO.: 00-113
PART B INVENTORY NO.: 00-0499

POLICE CASE/RECEIPT NO.: 00-167-OF

If cash money was seized, enter total amount here → TOTAL AMOUNT OF CASH: $ none

SIGNED (Police Officer): Larry Lynch
(Title): INVESTIGATOR N-12
DATE: 03/09/2000
DEPARTMENT: NEW MILFORD P.D.

Larry E. Lynch #N-12

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: [ ] NO  [ ] YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |
| | | | |

(over)

**INVENTORY OF PROPERTY SEIZED**

NOTE: CARBONLESS PAPER — NO CARBON REQUIRED

## ORDER OF THE COURT

| | ITEM(S) NUMBER | |
|---|---|---|
| **ASSET FORFEITURE** | | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to P.A. 89-269. *See attached form.* |
| **RETURN TO OWNER(S)** | ITEM(S) NUMBER: *all items* | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, OTHERWISE the property shall be disposed of pursuant to Section 54-36a of the Connecticut General Statutes as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☒ destroyed.<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **CONTROLLED SUBSTANCE(S)** | ITEM(S) NUMBER<br>☐ destroyed (G.S. 54-36a; 54-36g). | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be:<br>☐ delivered to the Commissioner of Consumer Protection (G.S. 54-36g). |
| **FIREARMS/ CONTRABAND** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Bureau of Identification of the Connecticut State Police Division for ☐ destruction ☐ appropriate use ☐ disposal by sale at public auction. (G.S. 54-36e) |
| **NUISANCE, CONTRABAND OR OTHER PROPERTY** | ITEM(S) NUMBER | The preceding item(s) of property in the attached inventory is/are hereby ordered:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **GAMBLING** | ITEM(S) NUMBER | The preceding item(s) of property in the attached inventory is/are adjudged seized, pursuant to Connecticut General Statute 53-278c and said item(s) are hereby ordered to be disposed of as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational, or governmental agency or institution: *(Specify name and address)* |

| BY ORDER OF THE COURT (Name of Judge) | JUDICIAL DISTRICT OR G.A. | SIGNED (Judge) | DATE SIGNED |
|---|---|---|---|
| DiPentima, J. | Litchfield J.D. | [signature] | 1-23-02 |

### NOTICE OF ORDER OF THE COURT

NOTICE is hereby given of the foregoing Order of the Court. Gen. Stat. 54-36a requires you to complete and file with this court the Return of Compliance.

| TO (Name of Police Dept.) | | | |
|---|---|---|---|
| New Milford PD  PO Box 419  New Milford, CT  06776 | | | |
| FROM (Name of Court) | | SIGNED (Clerk of Court, Authorized Assistant) | DATE SIGNED |
| Litchfield Superior Court | | [signature] | 1-23-02 |

**RETURN OF COMPLIANCE**

The undersigned represents that the person or department having custody or possession of said property has complied with the above Order of the Court by:

☐ 1. turning said property over to:

| (Name of Individual) | (Title of Individual) | (Date Turned Over) |
|---|---|---|

☐ 2. destroying said property in the following manner (G.S. 54-36g):

| (Manner of Destruction) | (Date Destroyed) | (By Whom) | (Name of Witness) |
|---|---|---|---|

☐ State Tox. Lab notified.     ☐ Turned over to Narc. Control Unit/Dept. of Consumer Protection. (G.S. 54-36g)

| NAME OF POLICE DEPARTMENT | SIGNATURE AND TITLE | DATE |
|---|---|---|

I acknowledge receipt of the item(s) listed below and relieve the above Police Dept. of responsibility for said item(s).

| ITEM(S) NUMBER | SIGNED (Owner, Agent) | RELEASED BY (Print Name) | DATE RELEASED |
|---|---|---|---|

JD-CR-18(back) 9-89

**RETURN FOR AND INVENTORY**
**PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT**

COPY

| INVENTORY CONTROL NO. | |
|---|---|
| JUDICIAL DISTRICT OF: LITCHFIELD CT | G.A. 18 | AT (Address of Court): 80 DOYLE ROAD BANTAM CT | DATE OF SEIZURE: May 9, 2000 |
| DOCKET NO. CR- | UNIFORM ARREST NO. | POLICE CASE NO. 00-167-OF | COMPANION CASE NO. |

Then and there by virtue of and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit:

A black sport cam bag, Maroon premier collection bag w/brown trim, Brown leather bag w/Winston rodeo awards label, Bradlees shopping bag w/assorted clothing, Brown strongbox, Gray Briefcase, Black nylon case ("Case Logic"), Gray/black Jordash Travel type bag, currently located in the New Milford Police Department Property Room, #49 Poplar Street, New Milford, CT

and found thereon or therein, seized, and now hold in custody, the following property . . .

☐ Total Cash Seized: None , consisting of

| | |
|---|---|
| 3LLF39-flower basket pin | Property # 00-327-PR |
| 3LLF40-gold earring (1) | Property # 00-328-PR |
| 3LLF53-four pink/white pearl earrings | Property # 00-341-PR |
| 3LLF54-gold cross ring | Property # 00-342-PR |
| 3LLF55-gold saphire/diamond ring | Property # 00-343-PR |
| 3LLF56-gold hoop earring | Property # 00-344-PR |
| 3LLF57-gold small "s" chain | Property # 00-345-PR |
| 3LLF58-gold anklet chain | Property # 00-346-PR |
| 3LLF59-gold hoop earring | Property # 00-347-PR |
| 3LLF60-gold signet ring | Property # 00-348-PR |
| 3LLF61-gold herringbone bracelet | Property # 00-349-PR |
| 3LLF62-gold tiger eye earring | Property # 00-350-PR |
| 3LLF63-gold sea shell earring | Property # 00-351-PR |
| 3LLF64-silver rope ring | Property # 00-352-PR |
| 3LLF65-silver hoop earring | Property # 00-353-PR |
| 3LLF66-cipro antibiotic | Property # 00-354-PR |
| 3LLF67-silver/turquois earring | Property # 00-355-PR |
| 3LLF69-gold hoop earring | Property # 00-357-PR |
| 3LLF70-silver hoop earring | Property # 00-358-PR |
| 3LLF71-silver heart pendant | Property # 00-359-PR |
| 3LLF72-silver dolphin broche | Property # 00-360-PR |
| 3LLF73-(2) pair sterling silver lappis stone earrings | Property # 00-361-PR |
| 3LLF74-(2) pair amethyst serpent earrings | Property # 00-362-PR |
| 3LLF75-pair sterling silver hoop earrings | Property # 00-363-PR |
| 3LLF76-pair sterling silver hoop earrings | Property # 00-364-PR |
| 3LLF77-silver large hoop earring | Property # 00-365-PR |
| 3LLF78-pair silver moon/quartz earrings | Property # 00-366-PR |
| 3LLF79-gold heart bracelet | Property # 00-367-PR |
| 3LLF80-silver ring | Property # 00-368-PR |
| 3LLF81-sterling silver amethyst ring | Property # 00-369-PR |
| 3LLF82-silver/turquois earring | Property # 00-370-PR |
| 3LLF83-silver hoop earring | Property # 00-371-PR |
| 3LLF84-pearl and diamond pendant | Property # 00-372-PR |

RTO All

and I gave a copy of such warrant to _____, the owner or occupant of the dwelling, structure, motor vehicle or place designated therein, or to _Not at this time search warrant sealed_

the person named therein, on (Date): _Not at this time search warrant sealed_

| DATE OF THIS RETURN: 06/01/2000 | SIGNED (Officer's Signature and department): INV. [signature] | POLICE DEPARTMENT: NEW MILFORD, CT 06776 |

NOTE: Form JD-CR-61, pages 1-6 must be supplemented by Form JD-CR-52.

| PROPERTY SEIZED UNDER SEARCH WARRANT | CONNECTICUT SUPERIOR COURT | DOCKET NO. |
|---|---|---|
| JD-CR-52 Rev. 5-94 C.G.S. 21a-262, 53-278c, 54-33g, 54-36a, 54-36e, 54-36g, 54-36h | (STAPLE TO JD-CR-61 AS PAGE 7) | UNIFORM ARREST NO. |
| | | COMPANION CASE NO. |

POLICE CASE NO. 00-167-OF

| NAME AND ADDRESS OF DEFENDANT/SUBJECT | | TOWN OF SEIZURE |
|---|---|---|
| Howard Gombert J. Jr. | 322a Aspetuck Ridge Road<br>New Milford, CT 06776 | New Milford, CT |
| ADDRESS OF COURT | | JUDICIAL DISTRICT OR G.A. |
| 80 Doyle Road, Bantam, CT | | Litchfield #18 |

☒ **SECTION I - NO IN REM** *(Complete this section if In Rem was not served)*

Notice is hereby given to the court of the foregoing Return of Property Seized on Search and Seizure Warrant. No In Rem proceedings have been filed in the office of the clerk.

| DATED AT (Town) | ON (Date) | SIGNED (Assistant Clerk) | COURT |
|---|---|---|---|
| Litchfield | 1-23-02 | [signature] | Superior |

☐ **SECTION II - IN REM** *(Complete this section only if In Rem was served)*

Whereas, as appears on file, the property referred to in the above summons was duly seized and, in accordance with the statute and as appears above, a summons was duly issued and served, commanding the owner(s) thereof and all others whom it may concern to appear before this court, to show cause why the said property should not be forfeited, adjudged a nuisance and ordered to be destroyed or otherwise disposed of, and whereas, the said owner(s):

☐ appeared, thereupon being made party defendant(s) and after hearing   ☐ made default of appearance   ☐ executed the foregoing waiver

the court adjudged the property referred to in said summons and entered the following order:

**SECTION III - ORDER OF THE COURT** *(Complete this section in both cases)*

| | ITEM(S) NUMBER | |
|---|---|---|
| **ASSET FORFEITURE** | | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to C.G.S. § 54-36h. *See attached form.* |
| **RETURN TO OWNER(S)** | *all items* | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, OTHERWISE THE PROPERTY SHALL BE DISPOSED OF PURSUANT TO SECTION 54-36a OF THE CONNECTICUT GENERAL STATUTES AS FOLLOWS: ("X" box indicating disposition if unclaimed in 6 mos.)<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☒ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public or private auction and the proceeds deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **CONTROLLED SUBSTANCE(S)** | | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be:<br>☐ destroyed (G.S. 54-36a(g); 54-36g)   ☐ delivered to the Comm. of Consumer Protection (G.S. 21a-262, 54-36a(g); 54-36g) |
| **FIREARMS/ CONTRABAND** | | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Connecticut State Police in accordance with C.G.S. § 54-36e. |
| **NUISANCE, CONTRABAND OR OTHER PROPERTY** | | The preceding item(s) of property in the attached inventory is/are hereby ordered:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public or private auction and the proceeds deposited to the General Fund.<br>☐ destroyed<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address.)* |
| **GAMBLING** | | The preceding item(s) of property in the attached inventory is/are adjudged seized, pursuant to Connecticut General Statute 53-278c and said item(s) are hereby ordered to be disposed of as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be turned over to the State or sold at public auction and the proceeds deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational, or governmental agency or institution: *(Specify name and address.)* |

| BY ORDER OF THE COURT (Name of Judge) | JUDICIAL DISTRICT OR G.A. | SIGNED (Judge) | DATE SIGNED |
|---|---|---|---|
| DiPentima, J. | Litchfield | [signature] | 1-23-02 |

PART A INVENTORY NO. 00-595W

PART B INVENTORY NO.

COPY

| PROPERTY SEIZED UNDER SEARCH WARRANT | CONNECTICUT SUPERIOR COURT | DOCKET NO. CR02-0108901 |
|---|---|---|
| JD-CR-52 Rev 5-94 C.G.S. 21a-262, 53-278c, 54-33g, 54-36a, 54-36e, 54-36f, 54-36h | (STAPLE TO JD-CR-61 AS PAGE 7) | UNIFORM ARREST NO. 1045787 |
| | | COMPANION CASE NO. |

| NAME AND ADDRESS OF DEFENDANT/SUBJECT | TOWN OF SEIZURE |
|---|---|
| HOWARD J. GOMBERT JR 322a ASPETUCK RIDGE RD. NEW MILFORD, CT. | NEW MILFORD |
| ADDRESS OF COURT | JUDICIAL DISTRICT OR G.A. |
| 80 DOYLE ROAD BANTAM, CT. | G.A. 18 |

POLICE CASE NO. 00-167 OF / 00-124-AR

(4)

☒ **SECTION I. NO IN REM** *(Complete this section if In Rem was not served)*

Notice is hereby given to the court of the foregoing Return of Property Seized on Search and Seizure Warrant. No In Rem proceedings have been filed in the office of the clerk.

| DATED AT (Town) | ON (Date) | SIGNED (Assistant Clerk) | COURT |
|---|---|---|---|
| Litchfield | 1-23-02 | Robert O'Leary | Superior |

☐ **SECTION II. IN REM** *(Complete this section only if In Rem was served)*

Whereas, as appears on file, the property referred to in the above summons was duly seized and, in accordance with the statute and as appears above, a summons was duly issued and served, commanding the owner(s) thereof and all others whom it may concern to appear before this court, to show cause why the said property should not be forfeited, adjudged a nuisance and ordered to be destroyed or otherwise disposed of, and whereas, the said owner(s):

☐ appeared, thereupon being made party defendant(s) and after hearing   ☐ made default of appearance   ☐ executed the foregoing waiver

the court adjudged the property referred to in said summons and entered the following order:

**SECTION III. ORDER OF THE COURT** *(Complete this section in both cases)*

| | ITEM(S) NUMBER | |
|---|---|---|
| **ASSET FORFEITURE** | | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to C.G.S. § 54-36h. *See attached form.* |
| **RETURN TO OWNER(S)** | ITEM(S) NUMBER<br>5, 7, 12, 15 | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, OTHERWISE THE PROPERTY SHALL BE DISPOSED OF PURSUANT TO SECTION 54-36a OF THE CONNECTICUT GENERAL STATUTES AS FOLLOWS: ("X" box indicating disposition if unclaimed in 6 mos.)<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public or private auction and the proceeds deposited to the General Fund.<br>☒ destroyed.<br>☐ turned over the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **CONTROLLED SUBSTANCE(S)** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be:<br>☐ destroyed (G.S. 54-36a(g); 54-36g)   ☐ delivered to the Comm. of Consumer Protection (G.S. 21a-262, 54-36a(g); 54-36g) |
| **FIREARMS/ CONTRABAND** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Connecticut State Police in accordance with C.G.S. § 54-36e. |
| **NUISANCE CONTRABAND OR OTHER PROPERTY** | ITEM(S) NUMBER<br>1-4, 8-11, 13, 14 | The preceding item(s) of property in the attached inventory is/are hereby ordered:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public or private auction and the proceeds deposited to the General Fund.<br>☒ destroyed<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address.)* |
| **GAMBLING** | ITEM(S) NUMBER | The preceding item(s) of property in the attached inventory is/are adjudged seized, pursuant to Connecticut General Statute 53-278c and said item(s) are hereby ordered to be disposed of as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be turned over to the State or sold at public auction and the proceeds deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational, or governmental agency or institution: *(Specify name and address)* |

| BY ORDER OF THE COURT (Name of Judge) | JUDICIAL DISTRICT OR G.A. | SIGNED (Judge) | DATE SIGNED |
|---|---|---|---|
| DiPentima, J. | Litchfield | [signature] | 1-23-02 |

PART A INVENTORY NO. 00-25-SW

PART B INVENTORY NO. 00-0152-SW

COPY

**RETURN FOR AND INVENTORY**
**PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT**

COPY

| JUDICIAL DISTRICT OF | G.A. | AT (Address of Court) | | INVENTORY CONTROL NO. |
|---|---|---|---|---|
| LITCHFIELD | 18 | 80 DOYLE ROAD BANTAM, CT | | |
| DOCKET NO. | | UNIFORM ARREST NO. | POLICE CASE NO. | DATE OF SEIZURE |
| CR- | | 1045787 | 00-167-0F / 00-124-AR | 03/01/00 |
| | | | | COMPANION CASE NO. |

Then and there by virtue of and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit: A ceratin cottage style house located on a parcel of land known as 322a Aspetuck Rd., New Milford, Ct. Said parcel is located on the east side of Aspetuck Ridge Rd. and is identified by a green US mailbox located directly across the street from the driveway with the number 322 written on it. Attached to a tree on the south side of the driveway is a white sign with black lettering "Twin Wells". The cottage style house to be searched is one of two and found thereon or therein, seized, and now hold in custody, the following property . . .

☐ Total Cash Seized: ____NONE____, consisting of

residences located on said parcel. The house is located approx. 75-100 feet east of the road. The house sits to the northeast of the main house. The house to be searched is a one story painted white clapboard with architectural style asphalt roof shingles. There is a wooden handicap access ramp at the northwest side of the house leading to a 1st floor entrance door on the north side of the house. There is a painted white chimney extending up the north face of house. On the east side of the house is an elevated approx. 8ft by 8ft wooden deck accessed through a first floor sliding glass door.

```
#1LL    00-101-PR    ONE SOFA SEAT CUSHION - COLOR BLACK
#2LL    00-102-PR    ONE SOFA SEAT CUSHION - COLOR BLACK        Dest
#3LL    00-103-PR    ONE SOFA SEAT BACK CUSHION - COLOR BLACK
#4LL    00-104-PR    ONE SOFA SEAT BACK CUSHION - COLOR BLACK
#5LL    00-105-PR    ONE BROWN BLANKET WITH "HORSE"   RTO JG ?
#6LL    00-106-PR    ONE PATCHWORK QUILT - COLOR BROWN  RTO JG
#7LL    00-107-PR    ONE FLOWER QUILT                 RTO JG
#8LL    00-108-PR    ONE WHITE SLIP / NIGHT SHIRT
#9LL    00-109-PR    ONE RED COLORED BATHROBE          Dest
#10LL   00-110-PR    ONE WHITE SILK SLIP
#11LL   00-111-PR    ONE BLUE SILK TOP
#12LL   00-112-PR    ONE GREEN BATHROBE    RTO JG
#13LL   00-113-PR    ONE BURGUNDY WASH CLOTH
#14LL   00-114-PR    ONE WHITE PANTY               Dest
#15LL   00-115-PR    ONE RED / WHITE TOWEL   RTO JG
```

and I gave a copy of such warrant to _____JANE M. GUNDERMAN_____, the owner or (occupant) of

the (dwelling,) structure, motor vehicle or place designated therein, or to _____

the person named therein, on (Date): ___03/01/00___.

| DATE OF THIS RETURN | SIGNED (Officer's Signature and department) | POLICE DEPARTMENT |
|---|---|---|
| 03/03/00 | | NEW MILFORD, CT 06776 |

NOTE: Form JD-CR-61, pages 1-6 must be supplemented by Form JD-CR-52.

# INVENTORY OF PROPERTY SEIZED
## WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 9-89 P.A. 89-269
C.G.S. § 21a-262, 26-85, 26-90, 54-36a, 54-36e, 54-36g

POLICE CASE/RECEIPT NO. 00-167-OF

(5)

**PART A**
COURT DOCKET NO. CR00-100901

**PART B**
COURT DOCKET NO. CR

☐ FOR P.D. USE ONLY
☐ WARRANT APPLIED FOR
☒ TO COURT

☒ To Court
☐ Destroy — No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

COPY

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. _____ 80 Doyle Road, Bantam, CT

UNIFORM ARREST REPORT NO.

COURT APPEARANCE DATE: _____
ARREST: ☒ MADE ☐ PENDING
POLICE CASE/RECEIPT NO. 00-167-OF
COMPANION CASE NO. 00-124-AR

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1. Howard Gombert J. Jr  860-354-0276
   322a Aspetuck Ridge Rd, New Milford, CT

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. Jane M. Gunderman  860-354-0276
   322a Aspetuck Rd, New Milford, Ct

TYPE OF INCIDENT: Sexual Assault Spousal, Risk of Injury to Minors, Assault 3rd

TOWN OF SEIZURE: New Milford
DATE OF SEIZURE: 03/01/00
TYPE OF PROPERTY: ☐ STOLEN ☐ EVIDENCE ☐ LOST/FOUND ☒ INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

**PROPERTY SEIZED**

1. #26LL  1 blue glass type box containing narcotics & paraphenalia  PR# 00-138-PR — Destroy
2. #27LL  1 brown leather case w/ assorted paraphenalia  PR# 00-139-PR
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

PART A INVENTORY NO. 00-113ww (2)
PART B INVENTORY NO. 00-0499ww 2

TOTAL AMOUNT OF CASH: $ none
If cash money was seized, enter total amount here →

SIGNED (Police Officer): Larry E. Lynch  #N-12
TITLE: INVESTIGATOR
DATE: 03/28/2000
DEPARTMENT: NEW MILFORD P.D.

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: ☐ NO ☐ YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |
| | | | |

(over)

INVENTORY OF PROPERTY SEIZED

## ORDER OF THE COURT

| | ITEM(S) NUMBER | |
|---|---|---|
| **ASSET FORFEITURE** | | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to P.A. 89-269. *See attached form.* |
| **RETURN TO OWNER(S)** | ITEM(S) NUMBER<br>*Glass box, Leather case* | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, OTHERWISE the property shall be disposed of pursuant to Section 54-36a of the Connecticut General Statutes as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☒ destroyed.<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **CONTROLLED SUBSTANCE(S)** | ITEM(S) NUMBER<br>☐ destroyed (G.S. 54-36a; 54-36g). | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be:<br>☐ delivered to the Commissioner of Consumer Protection (G.S. 54-36g). |
| **FIREARMS/ CONTRABAND** | ITEM(S) NUMBER<br>of the Connecticut State Police Division for ☐ destruction ☐ appropriate use ☐ disposal by sale at public auction. (G.S. 54-36e) | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Bureau of Identification |
| **NUISANCE, CONTRABAND OR OTHER PROPERTY** | ITEM(S) NUMBER<br>*paraphenelia*<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☒ destroyed.<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* | The preceding item(s) of property in the attached inventory is/are hereby ordered: |
| **GAMBLING** | ITEM(S) NUMBER<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund.<br>☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational, or governmental agency or institution: *(Specify name and address)* | The preceding item(s) of property in the attached inventory is/are adjudged seized, pursuant to Connecticut General Statute 53-278c and said item(s) are hereby ordered to be disposed of as follows: |

| BY ORDER OF THE COURT (Name of Judge) | JUDICIAL DISTRICT | SIGNED (Judge) | DATE SIGNED |
|---|---|---|---|
| DiPentima, J. | Litchfield | *[signature]* | 1-23-02 |

## NOTICE OF ORDER OF THE COURT

NOTICE is hereby given of the foregoing Order of the Court. Gen. Stat. 54-36a requires you to complete and file with this court the Return of Compliance.

| (Name of Police Dept.) | | |
|---|---|---|
| NMPD  PO Box 419  New Milford CT 06776 | | |

| FROM (Name of Court) | SIGNED (Clerk of Court, Authorized Assistant) | DATE SIGNED |
|---|---|---|
| Litchfield Superior Court | *[signature]* Robert C. Hearns | 1-23-02 |

**RETURN OF COMPLIANCE** — The undersigned represents that the person or department having custody or possession of said property has complied with the above Order of the Court by:

☐ 1. turning said property over to:

| (Name of Individual) | (Title of Individual) | (Date Turned Over) |
|---|---|---|

☐ 2. destroying said property in the following manner (G.S. 54-36g):

| (Manner of Destruction) | (Date Destroyed) | (By Whom) | (Name of Witness) |
|---|---|---|---|

☐ State Tox. Lab notified.     ☐ Turned over to Narc. Control Unit/Dept. of Consumer Protection. (G.S. 54-36g)

| NAME OF POLICE DEPARTMENT | SIGNATURE AND TITLE | DATE |
|---|---|---|

I acknowledge receipt of the item(s) listed below and relieve the above Police Dept. of responsibility for said item(s).

| ITEM(S) NUMBER | SIGNED (Owner, Agent) | RELEASED BY (Print Name) | DATE RELEASED |
|---|---|---|---|

D-CR-18(back) 9-89