PLAINTIFF'S EXHIBIT # 8

| | | |
|---|---|---|
| DOCKET NUMBER: CR00-100901 | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT OF LITCHFIELD |
| VS. | : | AT LITCHFIELD |
| HOWARD J. GOMBERT | : | APRIL 18, 2002 |

## RENEWED MOTION FOR RETURN OF SEIZED PROPERTY

The defendant, pursuant to Connecticut General Statutes Section 54-36a; the Fourth Amendment to the United States Constitution, and Article I, Section Eight of the Connecticut Constitution, requests the court to re-order the State and the New Milford Police Department to return to the Defendant his property seized under the above captioned docket number, pursuant to this Court's existing order.

In support of this renewed request, the Defendant submits the following information:

1. On January 11, 2002, following the entry and acceptance of guilty pleas, the Defendant was sentenced on this and other docket numbers, and the Court (Hon. Alexandra DiPentima, J.) ordered the New Milford Police Department to take immediate steps to inventory and return his property. The Court signed the written order on January 23, 2002.

2. On a subsequent date in March, 2002, the defendant was convicted and sentenced, after trial, to a term of imprisonment from the Danbury Judicial District (Hon. Gary White, J.).

3. The Defendant has no remaining Connecticut criminal cases.

4. The New Milford Police Department has not returned the Defendant's property, despite repeated requests.

WHEREFORE, the Defendant respectfully requests the Court to renew its orders of Jan. 11, 2002 and January 23, 2002.

THE DEFENDANT

BY:________________________

Christopher M. Cosgrove
Public Defender
Office of the Public Defender
P.O. Box 944
Litchfield, CT 06759
(860) 567-3101

## ORDER

The foregoing motion having been heard by the Court, it is hereby ORDERED:

<div style="text-align: right;">

GRANTED / DENIED

BY THE COURT

_____
JUDGE/CLERK

</div>

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered to the office of the State's Attorney, West Street, Litchfield, Connecticut, on this 18th day of April, 2002.

<div style="text-align: right;">

BY:

_____
Christopher M. Cosgrove, Esq.
Public Defender

</div>