| | | |
|---|---|---|
| LLI-CR00-100901-T | PLAINTIFF'S EXHIBIT # 9 | SUPERIOR COURT |
| STATE OF CONNECTICUT | | JUDICIAL DISTRICT OF |
| VS. | | LITCHFIELD AT LITCHFIELD |
| HOWARD GOMBERT | : | MAY 6, 2003 |

RECEIVED
SEP 26 2003
STATE'S ATTORNEY'S OFFICE
LITCHFIELD

## ORDER CONCERNING RELEASE OF PROPERTY

In the above entitled matter, the court orders that all items of property, other than those items of property which are the subject of this court's ruling dated May 8, 2003, of which the defendant is the rightful owner, and which are presently in the custody of the New Milford Police Department, be returned to the defendant subject to the following conditions:

1. The defendant shall advise the New Milford Police Department by letter of the name of the person authorized to pick up the defendant's property at the New Milford Police Department and to hold the property on the defendant's behalf.

2. If the defendant's property has not been claimed within six months of the date of the signing of this order, the New Milford Police Department shall turn over the property to the Examiner of Seized Property for disposition, and the proceeds shall be remitted to the State of Connecticut and deposited in the general fund.

September 24, 2003
Date

_____
DiPentima, J.