Police Dept Internal Use only

POSSESSED PROPERTY RECEIPT

POLICE DEPARTMENT

NEW MILFORD, CT

CASE NO. 00-167-OF          DATE 03-03-2000

I, Rowdy Tompkins          OF Carmel Police Dept.

ACKNOWLEDGE THE RELEASE TO ME BY THE NEW MILFORD POLICE DE-
PARTMENT OF THE FOLLOWING PROPERTY:

1- Bronze type necklace w/ Black bead type ¢ circle medalion devil sign.



PLAINTIFF'S
EXHIBIT
#10

IT IS UNDERSTOOD THAT THE NEW MILFORD POLICE DEPARTMENT IS
HEREBY RELIEVED OF FURTHER RESPONSIBILITY IN REFERENCE TO THE
ABOVE DESCRIBED ARTICLES.

SIGNATURE OF OWNER/AUTHORIZED AGENT _____ '01

RELEASED BY _____ 98

03/03/92