

PLAINTIFF'S EXHIBIT # 11

11/3/01

Investigator Lynch,

I am bringing this complaint to you, because you've shown such an personal interest in my property, especially my personal belongings. You've not only searched threw all of my belongings in the cottage at 322a Aspetuck Ridge Rd, New Milford. But it is also my understanding you've used a false statement signed by Miss Jane M. Gunderman, "claiming I took some jewerly of hers, amongst other things", to get a search warrent of personal property you took from my car, without my permission, or knowledge, and property that most certainly <u>did not</u> at the time <u>need you to protect it</u>!

Well seeing how you claim to have such an personal interest in protecting my property. I am sending you a list of the property that has disappeared while Miss Gunderman was at the cottage. She has either, sold, gave away, destroyed and threw away, and some she has even taken with her when she moved. She told Investigator Lou Panico of the Public defenders office, that she would pack and give my belongings to my Father, which she did not do.

This list I'm sending you does not include any of the stuff I had boxed up in the basement for tag sales, it is my understanding all this also disappeared, This stuff was also mine. The list is pretty basic, and values of said property has been very conseerativably been set, most is worth even more.

I'm now informing you that I want to file criminal

does **not** have my permission to have <u>any thing of mine</u>. I will sign any and all paper work needed to file charges. You know how to get a hold of me to do so.

It has also came to my attention that Miss Gunderman was trying to sell my 1987 Pontiac Ferio. Even though her name is also on the title, she would have to forge my signature to sell the car. IF she has forged my signature, I would also wish to file charges for that. The car's Reg# was 905MWN, Ct the Vin# is 1G29F19XHP208278.

I would hope that you would take these complaints with as much gusto as you did Miss Gunderman's complaint of assault on the morning of Feb 27, 2000, and not try to sweep it under the rug as my complaint of assault by Miss Gunderman the night of Feb 26, 2000. IF you were to check the Danbury court minutes in family court, you'd see where JANE admitts to assaulting me.

Also next time you see me, maybe you'll ask me about the burgury 3rd you were so kind to charge me with, you just might learn a little some thing. I also hope that you will react a quickly to my complaint as you do Miss Gunderman's, in tell then.

Sincerely
Howard J. Combat Jr. #108050
P.O. Box 6490
Bridgeport, Ct. 06606

CARL HERRING JR.
NOTARY PUBLIC
My Commission Expires
November 30, 2004

~~List of Property [illegible]~~
That Belongs to Howard J. Gombert Jr

1. Gateway 2000 Computer      "white"                         $200.00
2. Color scanner                      "white"                         $100.00
3. Color printer "Canon"          "white"                         $100.00
4. 2 Laptop Computers                                                   $200.00 each
5. 20 CD Rom Computer games                                     value not known
6. Fax machine                         "white"                         $50.00
7. 2 VCR's one is missing vidio tape door                      $75.00 each
8. 2 Vidio Camera's, Sony in Black Canvas Bag, Panosonic in Blue metal case,   $200.00 each
9. Large Color T.V., with Cracked case, "Black"              $100.00
10. Fisher cassette Player        "Black"                         $130.00
11. Fisher sterio Reciever         "Black"                         $130.00
12. Realisic Equilizer                "Black"                         $180.00
13. 350 Audio cassette tape Collection                           $10.00 each
14. 35 Vidio cassette tape Collection                              $10.00 each
15. 50 CD's Collection                                                      $10.00 each
16. Elivis Peesely CD collector set with Book of Photos   $100.00
17. Nintendo Game                                                          $50.00
18. 20 Nintendo Game Cartridges                                   $10.00 each
19. 2 power Bars    "1 white" & "1 Black"                        $10.00 each
20. 5 Wooden wall Cassette holders                              $120.00 for all 5
21. 2 Large Black Canvas & Plastic audio cassette cases  $30.00 each
22. 2 Wood vidio Cassette Cabinets                               $35.00 each
23. 1 Black Canvas and Plastic CD Case                         $30.00
24. Black Plastic Box filled with Photo's of my children & Family   Priceless
25. Small Marron Photo Album, with Oval open face. Filled with same   Priceless

#2

| # | Item | Price |
|---|---|---|
| 26 | Box set with 3 photo Albums, not used yet | $40.00 |
| 27 | 8 Steven King Novels "Paper Backs" | $5.00 each |
| 28 | Time Book mystic set, "Black Hardcover Books" | $60.00 For set |
| 29 | Wood Computer Desk | $40.00 |
| 30 | Wood with glass Front Sterio Cabinet has a Drawer inside | $100.00 |
| 31 | Cherry wood Corner shelfs | $35.00 |
| 32 | Wood Frame Round Vanity Mirror | $60.00 |
| 33 | Small Bamboo 2 shelfs | $20.00 |
| 34 | Wood Dresser with painted White Drawers | $100.00 |
| 35 | Wood Bread Box | $35.00 |
| 36 | 2 small Metal hanging Corner Shelfs | $5.00 each |
| 37 | Black Canvis Brief Case | $50.00 |
| 38 | 3 Glass hanging Shelfs | $30.00 For set |
| 39 | Small Framed Picture of a Wizard | $35.00 |
| 40 | Sword with Silver metal Sheath with green stone | $60.00 |
| 41 | 6 small crystal & metal Figures "Wizards & Dragons" | $20.00 each |
| 42 | Large Crystal with Dragon | $100.00 |
| 43 | Dragon Candle | $30.00 |
| 44 | Wizard Candle | $25.00 |
| 45 | Metal 3 candle Stick holder | $30.00 |
| 46 | 6 Blue glass candle holders | $12.00 For set |
| 47 | Blue glass Ashtray with Figure of Women | $5.00 |
| 48 | Blue glass ship, opens up | $5.00 |
| 49 | Small pink with white shade lamp | $20.00 |
| 50 | Coffee & Capuccino maker "Black" | $60.00 |
| 51 | Remington Rechargeable Elec Razor | $35.00 |
| 52 | Norelco Battery powered Elec Razor | $50.00 |

| # | Item | Value |
|---|---|---|
| 53 | Norelco Beard trimmer, | $25.00 |
| 54 | Hanging over bed misquito net | $40.00 |
| 55 | Flower Print spread and Sheet Set | $75.00 |
| 56 | Red, Black, & White checkered Blanket | $25.00 |
| 57 | Marlboro Dart Board with Cabinet | $100.00 |
| 58 | Marlboro "Red" Sleeping Bag | value not known |
| 59 | Marlboro "Red" Back Pack | value not known |
| 60 | Marlboro Towel "Beach" | value not known |
| 61 | Wood & Rope knot Hammok | $30.00 |
| 62 | Green & White Ice Chest, "Coleman" | $30.00 |
| 63 | Tent camping heater "Coleman" | $50.00 |
| 64 | Blue Misquito net tent | $100.00 |
| 65 | Camping Battery powered table lamp Coleman - orange & white | $30.00 |
| 66 | 6 Fishing poles & Reels & 2 Fishing poles without Reels | $420.00 at least |
| 67 | Large grey tackle Box filled with Fishing gear | $500.00 at least |
| 68 | Black Canvis tote pouch tackle bag filled with Fishing gear, | $100.00 at least |
| 69 | Crossman BB Gun | $35.00 |
| 70 | Bear Compound Bow & Arrows | $150.00 at least |
| 71 | Surf Board in green cloth Case | $100.00 |
| 72 | Small car vaccum cleaner "white" | $30.00 |
| 73 | Orange extension light | $20.00 |
| 74 | Heavy Duty Orange Extension cord | $10.00 |
| 75 | Car spot light, plugs into Cigarette lighter | $30.00 |
| 76 | Black heavy duty mag Flash light | $20.00 |
| 77 | 2 sets of car ramps, 1 Red, 1 orange | $30.00 each set |
| 78 | 3 Ton Car Floor Jack | $50.00 |
| 79 | Car Battery Charger / Starter | $50.00 |

| # | Item | Price |
|---|------|-------|
| 81 | Torque wrench in grey case "new" | $60.00 |
| 82 | Large Red Plastic tool Box Filled with tools | $450.00 at least |
| 83 | Large Grey metal tool Box Filled with tools | $450.00 at Least |
| 84 | Small Grey Plastic tool Box Filled with tools | $150.00 at Least |
| 85 | Small Blue Plastic tool Box Filled with tools | $200.00 at least |
| 86 | Yellow Chain Saw | $75.00 |
| 87 | Black & Decker Skil Saw | $40.00 |
| 88 | Black & Decker Drill | $30.00 |
| 89 | Black & Decker Jig Saw | $40.00 |
| 90 | Table Jig saw | $150.00 |
| 91 | Elec Bead gun | $40.00 |
| 92 | Black Leather Trench Coat | $600.00 |
| 93 | Black Leather motorcycle Jacket | $120.00 |
| 94 | Black Leather riding Jacket | $150.00 |
| 95 | Black Leather Bomber Jacket | $150.00 |
| 96 | Black Leather vest | $100.00 |
| 97 | 2 Brown Leather Jackets | $200.00 each |
| 98 | 2 Black Lee Jean Jackets | $40.00 each |
| 99 | Long Dress cloth Coat | $100.00 |
| 100 | 2 pairs of Harley Davison Jeans | $40.00 each |
| 101 | 10 pairs of Button Fly Jeans | $30.00 each |
| 102 | 3 suits, 2 Black, 1 Grey | $200.00 each |
| 103 | 20 Button down long sleeve shirts | $20.00 each |
| 104 | 2 western style Belts | $60.00 each |
| 105 | Black western Boots | $90.00 |
| 106 | work Boots | $30.00 |
| 107 | New Dress shoes | $40.00 |