PLAINTIFF'S
EXHIBIT
# 12

1/29/03

TO: INVESTIGATOR LARRY LYNCH,

I AN WRITTING YOU ABOUT MY PROPERTY THAT YOU TOOK FROM ME. I WOULD LIKE TO KNOW WHY YOU ARE STILL HOLDING MY PROPERTY AGAINST MY WISHES, AND WHY YOU HAVE IGNORED ALL ATTEMPTS FROM INVESTIGATOR LOU PANICO OF THE LITCHFIELD PUBLIC DEFENDERS OFFICE TO RETRIVE MY PROPERTY. THE COURT ORDERED MY PROPERTY'S RELEASE OVER A YEAR AGO-1-23-02. MR. PANICO HAS MADE MANY CALLS AND ATTEMPS TO GET MY PROPERTY FROM YOU, HE HAS MY PERMISSION TO RETRIVE MY PROPERTY FROM YOU. YET YOU REFUSE TO RELEASE MY PROPERTY, INFACT YOU EVEN DON'T RETURN HIS CALLS ABOUT MY PROPERTY.

I WOULD LIKE TO KNOW WHY YOU ARE STILL HOLDING MY PROPERTY EVEN THOUGH YOU HAVE NO LEGAL REASON TO DO SO, HELL YOU HAD NO LEGAL RIGHT TO TAKE IT IN THE FIRST PLACE. SO WHEN DO YOU INTEND TO RELEASE MY PROPERTY?

I AM ALSO INCLUDING A SIGNED AND NOTARIZED RELEASE OF MY PROPERTY TO INVESTIGATOR LOU PANICO OF LITCHFIELD PUBLIC DEFENDERS OFFICE. THIS WAY YOU DON'T HAVE ANY REASON NOT TO RELEASE MY PROPERTY TO HIM. I AM ALSO SENDING HIM A COPY OF BOTH THIS LETTER AND THE RELEASE, EVEN THOUGH HE HAS A RELEASE THAT I SIGNED A LONG TIME AGO.

I'D ALSO LIKE TO KNOW WHY YOU NEVER DID ANY THING ABOUT ALL MY BELONGINGS THAT DISAPPEARED FROM THE APARTMENT THAT ME AND MISS JANE GUNDERMAN SHARED, WHILE SHE WAS THERE? I DID SEND YOU A NOTARIZED LETTER MAKING THE COMPLAINT, WITH A LIST OF OVER 100 MISSING ITEMS (PROPERTY). AFTER NOT RECIEVING AN ANSWER FROM YOU, I GAVE THE COURT A COPY OF BOTH THE LETTER AND THE LIST. THE COURT THEN DID ORDER THAT THERE WAS TO BE AN INVESTIGATION INTO IT'S DISSAPPEARANCE.

IT WAS YOU WHO CLAIMED YOU WERE INTERESTED IN PROTECTING MY PROPERTY, WAS IT NOT. THAT IS WHAT YOU CLAIMED WHEN YOU REMOVED PROPERTY FROM MY CAR ILLEGALY, CAUSE I NEVER ASKED YOU TO TOUCH ANY THING IN MY CAR. SO WHAT IS THIS YOU TAKE THINGS WITHOUT PERRMISSION, DON'T TELL ME YOU TOOK IT, WHEN I FIND OUT YOU CLAIM YOU TOOK IT TO PROTECT IT, YET WON'T RETURN IT TO ME. BUT THEN WHEN I DO ASK YOU TO PROTECT SOME PROPERTY OF MINE, YOU IGNORE ME, SOME THINGS WRONG WITH THAT.

I WOULD APPRICATE IT IF YOU WOULD ANSWER MY QUESTIONS IN WRITTING AS QUICKLY AS POSSIBLE.

THANK YOU:

*Howard J. Gombert Jr.*
HOWARD J. GOMBERT JR. #108080
1153 EAST STREET SOUTH
SUFFIELD CT. 06080

Subscribed & Sworn
Before me on this
28th DAY OF JAN. 2003

(NOTARY)
Scott Mawhinney
my comm exp 4/30/06

1/29/03
(DATE)