1/29/03



PLAINTIFF'S EXHIBIT # 13

    I, HOWARD J. GOMBERT JR. #108050, GIVE INVESTIGATOR LOU PANICO OF LITCHFIELD PIBLIC DEFENDERS OFFICE, MY PERMISSION TO VIEW AND TO TAKE POSSESSION OF ANY AND ALL OF MY PROPERTY THAT IS BEING HELD AT THE NEW MILFORD POLICE DEPARTMENT, OR ANY WHERE ELSE THAT INVESTIGATOR LARRY LYNCH, OR ANYONE ELSE MAY HAVE MY PROPRTY WITH OUT PERMISSION.
    I WANT MY PROPERTY TO BE TURNED OVER TO INVESTIGATOR LOU PANICO OF THE LITCHFIELD PUBLIC DEFENDERS OFFICE. I DO NOT WANT MY PROPERTY TO BE IN THE HANDS OF INVESTIGATOR LARRY LYNCH, OR ANY OTHER LAW ENFORCEMENT AGENCY. NO ONE BUT MR. LOU PANICO HAS MY PERMISSION TO GET MY BELONGINGS ORDERED RELEASED BY THE COURT ON 1-23-02.

*Howard J. Gombert Jr.*
(HOWARD J. GOMBERT JR. #108050)
1153 EAST STREET SOUTH)
SUFFIELD, CT. 06080

Subscribe and Sworn Before me
This 29th Day of Jan 2003

_____
(NOTARY)

1/29/2003
(DATE)

Scott Mawhinney
my comm exp 4/30/06