```
===========================================================================
Requested by: FLETCHER, JAMES                          Date of Request: 08/12/2000
```

↓ SPBI/SID#: CT00376072  {MISD HANDGUN DISQUALIFICATION}  Number of Arrests:  8
  FBI#:                  III Status/Date:
  Sex: M    Race: W    Height: 5' 7"    Weight: 150    Hair: BRO    Eyes: BRO
  Henry FPC: 3O5R Y12      I17U 17        Place of Birth: DANBURY,CT

↓   8-Arrest Date: 03/10/1998  Agency: NEW FAIRFIELD      Case#:    049742
      Disp   Date: 06/12/1998
      Dkt: D03D-CR98-0102097-S  UAR:00714945
      Name: GOMBERT, HOWARD                              DOB: 07/28/1963
      Addr: 9 ELWOOD DR, NEW FAIRFIELD, CT 06812          SS#: 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
           Bond:    $300 (CASH)                          FP SUPPORTED?: Y
      Chrg  1-INTRFERE/RESIST(53a-167a   ) (MISD-A)        1 CT(S)
              90DY JAIL, CONCUR
           Offense Occurrence Date: 02/17/1998  Verdict Date: 06/12/1998

    7-Arrest Date: 05/03/1996  Agency: DANBURY            Case#:    96-16695
      Disp   Date: 01/29/1997
      Dkt: D03D-CR96-0095525-S  UAR:00522459
      Name: GOMBERT, HOWARD J                            DOB: 07/28/1963
      Addr: 9 ELMWOOD ROAD, NEW FAIRFIELD, CT 06812       SS#: 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
           Bond:    $1000 (OTHER)    Detained at: LLU    FP SUPPORTED? Y
      Chrg  1-ASSAULT 3         (53a-61    ) (MISD-A)     1 CT(S)
              1YR JAIL,  1YR SUSP,  1YR PROB
           Offense Occurrence Date: 02/16/1996  Verdict Date: 01/29/1997

    6-Arrest Date: 04/26/1995  Agency: BY THE COURT       Case#:    95-01369
      Disp   Date: 06/15/1995                             VOP Date: 01/29/1997
      Dkt: D03D-CR95-0091903-S  UAR:00482312,00589294
      Name: GOMBERT, HOWARD                              DOB: 07/28/1963
↓     Addr: 9 ELMWOOD DR, NEW FAIRFIELD, CT 06812
           Bond:    $7500 (OTHER)   Detained at: LLU    FP SUPPORTED?: N
      Chrg  1-STALKING 1        (53a-181c  ) (FEL -D)     1 CT(S)
              1YR JAIL, TIME SERVED,  5YR PROB
           Offense Occurrence Date: 04/06/1995  Verdict Date: 06/15/1995
            2-PROBATION VIOL (53a-32       ) (MISD-U)     1 CT(S)
              UNSPECIFIED SENTENCE
           Offense Occurrence Date: 05/24/1996  Verdict Date: 01/29/1997

            1-STALKING 1        (53a-181c  ) (FEL -D)     1 CT(S)
              PROBATION REVOKED
              TIME SERVED
           Offense Occurrence Date: 04/06/1995  Verdict Date: 01/29/1997

    5-Arrest Date: 02/21/1985  Agency: SPOL MERIDEN       Case#: A84 229534 (63)
      Disp   Date: 02/22/1985
      Dkt: D03D-CR   -0051353-S
      Name: GOMBERT, HOWARD JR

                                                         FP SUPPORTED:? N
      Chrg  1-LARC 6
              SI REC STLN PROP        30DYS CN

    4-Arrest Date: 08/22/1984  Agency: SPOL MERIDEN       Case#: A84 241521
      Disp   Date: 12/20/1984
↓     Dkt: D03D-CR   -0049730-S
      Name: GOMBERT, HOWARD J

                                                         FP SUPPORTED:? Y
```

PLAINTIFF'S EXHIBIT #14

```
    Chrg    1-BURG 3
                    ~~6MRS ES AFT 18MOS~~      ~~PROB 5YRS~~

                    NOLLE

3-Arrest Date: 08/09/1983   Agency: DANBURY
  Disp    Date: 08/09/1983
  Dkt: D03D-CR   -0044520-S
  Name: GOMBERT,HOWARD

                                                              FP SUPPORTED:? N
    Chrg    1-VIOL PROB
                    5MOS

2-Arrest Date: 08/03/1983   Agency: SPOL MERIDEN     Case#: A82 366054
  Disp    Date: 08/03/1983
  Dkt: D03D-CR   -0046605-S
  Name: GOMBERT,HOWARD

                                                              FP SUPPORTED:? Y
    Chrg    1-BURG 3
                    1YR CN
            2-THEFT FIREARM
                    NOLLE

1-Arrest Date: 11/02/1982   Agency: SPOL MERIDEN     Case#: A82 322305
  Disp    Date: 11/02/1982
  Dkt: 03  -CR   -0044520
  Name: GOMBERT,HOWARD

                                                              FP SUPPORTED:? Y
    Chrg    1-ASLT 2 0/60
                    NOLLE
            2-THREATENING
                    6MOS ES AFT 60DYS    PROB 18MOS
==============================================================================
```

```
-------- RECEIVED FROM NCIC --------- 03/01/00 15:13 -------- 0706
4L01RKI.FBUI.IDC8838

ATN/DENUZZO,RONALD
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-NY4962775J.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                          - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                     FBI NO.           DATE REQUESTED
GOMBERT,HOWARD-JR                        238137X7          2000/03/01

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     1963/07/28  507     140     BLU   BRO   CONNECTICUT

FINGERPRINT CLASS    PATTERN CLASS                   CITIZENSHIP
PO 51 TT 12 13       UC LS RS RS RS WU LS LS LS LS   UNITED STATES
PI 12 12 11 16          RS AU         LS WU WU
                        AU

1-ARRESTED OR RECEIVED 1981/10/08
    AGENCY-POLICE DEPARTMENT DANBURY (CT0003400)
      AGENCY CASE-A81
      CHARGE 1-LARCENY THIRD DEGREE

2-ARRESTED OR RECEIVED 1982/11/02
    AGENCY-STATE POLICE B OF I MIDDLETOWN (CTCSP0100)
      NAME USED-GOMBERT,HOWARD J
      CHARGE 1-ASSAULT PERSON OVER 600
      CHARGE 2-THREATENING

3-ARRESTED OR RECEIVED 1983/08/03
    AGENCY-STATE POLICE B OF I MIDDLETOWN (CTCSP0100)
      AGENCY CASE-A8266054
      CHARGE 1-THEFT OF FIREARMS
      CHARGE 2-BURGLARY 3RD DEGREE

4-ARRESTED OR RECEIVED 1984/08/22
    AGENCY-STATE POLICE B OF I MIDDLETOWN (CTCSP0100)
      AGENCY CASE-A84-239343 NAME USED-GOMBERT,HOWARD J
      CHARGE 1-BURGLARY & LARCENY

5-ARRESTED OR RECEIVED 1995/04/26
    AGENCY-POLICE DEPARTMENT DANBURY (CT0003400)
      NAME USED-GOMBERT,HOWARD JR
      CHARGE 1-STALKING

6-ARRESTED OR RECEIVED 1998/03/10
    AGENCY-STATE POLICE B OF I MIDDLETOWN (CTCSP0100)
      AGENCY CASE-A98049742 NAME USED-GOMBERT,HOWARD JOHN JR
      CHARGE 1-MISUSE OF PLATES
      CHARGE 2-OPERATING UNDER SUSPENSION
      CHARGE 3-INTERFERING WITH DUTIES OF POLICE OFFICER

7-ARRESTED OR RECEIVED 1998/12/11
    AGENCY-POLICE DEPARTMENT DANBURY (CT0003400)
      AGENCY CASE-9845051 NAME USED-GOMBERT,HOWARD JOHN JR
```

CHARGE 1-POSS NARC SUBS
~~CHARGE 2-POSS DRUG PARA~~

ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATES(S):
NEW YORK -STATE ID/NY4962775J

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

END OF RECORD