FROM: Howard John Gombert Jr.#108050
      1153 East street south
      Suffield,Ct.06080

TO: Investigator Larry Lynch
    New Milford Police Department
    P.O.Box 419
    New Milford,Ct.06080



PLAINTIFF'S EXHIBIT # 15

Re: Second attempt at making Criminal Complaint #2

August 25,2004

Dear Sir,
    I am writing you making this criminal complaint that is in referance to my belongings that are missing from the residence that myself and Miss Jane M.Gunderman shared at 322a Aspetuck ridge road, New Milford,Ct.06776,until my arrest on february 29,2000.
    After my arrest Miss Gunderman would not allow anyone that I sent to retrieve any of my belongings,she said that after the police were done she would pack up my belongings,and make sure that they got to my father's house,this never happened,when she left the residence all my belongings were gone.
    In Bantam Superior Court on April 15,2003,Miss Gunderman made stated that she had some of her friends remove my belongings,she did not state what she had them do with my belongings,all that is for sure is that every thing I owned is now missing.
    Now I did try to make this complaint to you once before and for what ever reasons you may have had you ignored my complaint even though was then a legitimate complaint,as it is now.Miss Gunderman stole every thing that I owned,she gave some away,she sold some,and I'm sure that she still has some of my things.
    Miss Gunderman does not have my,or did she have my permission to have any thing of mine,nor did she have my permission to allow "ANYONE" other than my father,Mr.Howard John Gombert Sr,of 9 Elm-wood Road,New fair field,Ct.06812,Phone # 203-746-2244,to take anything belonging to myself from 322a Aspetuck ridge road,New Milford,Ct.06776,after miss Gunderman stoped my attempt at retrieving some of my belongings throgh Mr.Lou Panic of the Litchfield public defenders office.
    While I'm really not expecting you to be able to retrieve ~~many of my belongings as you would have been able too~~ had you acted when I first made this complaint to you back November 3,2001.But who knows you might luck out.
    I also want charges brought against the friends of Miss Gunderman that were allowed to take things of mine,they knew my belongings and that miss Gunderman did not own my stuff and did not have the right to give it to them,so they knew the stuff was

Pg.1

stolden from me.
   I have supplied you with a list of the missing property, and roughly were in the house it was the last time I was there at the house. This is stuff that is mine and that Miss Gunderman has "NO" claim to any of it, there is also a rough estimate of the property's value.
   I'm sure you should have no problems with this stuff, cause you your self went threw alot of it, so there should be no problem in showing that this stuff was in fact at the residence.
   Please keep me appraised into the progress you make into this criminal complaint that I want filed against Miss Gunderman, and anyone else who took my belongings!

August 25, 2004
DATE

*Howard John Gombert Jr.* (signature)
Howard John Gombert Jr. #108050
1153 East street south
Suffield, Ct. 06080

---

**NOTARY**

Subscribed and Sworn to before me this 25 day of AUGUST 2004.

_(signature)_
Notary Public

My Commission expires; 2/05

Pg. 2

List of missing belongings of Mr. Howard John Gombert Jr. from 322a Aspetuck Ridge Road, New Milford. Ct.

| KITCHEN | ESTIMATED VALUE |
|---|---|
| 1) Fax Machine | $60.00 |
| 2) Sun 600 Polariod Camera | $30.00 |
| 3) Wood Bread box | $30.00 |
| 4) Coffee & Capuccino maker ( Black ) | $60.00 |
| 5) Crossman BB rifle | $35.00 |

| BATHROOM | ESTIMATED VALUE |
|---|---|
| 1) Mirror in wood frame | $5.00 |
| 2) Bamboo shelfs | $20.00 |
| 3) Norelco beard trimar | $20.00 |
| 4) Remington rechargeable elec razor | $40.00 |
| 5) Brown canvis shave kit bag | $5.00 |
| 6) Dakar cologne | $30.00 |
| 7) Polo cologne | $30.00 |
| 8) Nautica cologne | $25.00 |
| 9) Small metal corner shelf | $10.00 |
| 10) Norelco elec razor | $50.00 |

| BEDROOM | ESTIMATED VALUE |
|---|---|
| 1) Fisher VCR | $50.00 |
| 2) Fisher sterio reciever | $130.00 |
| 3) Fisher cassette player | $130.00 |
| 4) Realistic equilizer | $120.00 |
| 5) Wood with glass front sterio cabinet | $100.00 |
| 6) Wood dresser with painted white draws dresser | $100.00 |
| 7) 6 blue glass candle holders | $15.00 |
| 8) Flower print bed spread and sheet set | $75.00 |
| 9) Marlboro back pack ( red ) | Value not known |

| BEDROOM | ESTIMATED VALUE |
|---|---|
| 10) Marlboro beach towel ( red & white ) | Value not known |
| 11) Black leather riding jacket | $150.00 |
| 12) Black leather bomber jacket | $150.00 |
| 13) Brown swede jackets ( 2 ) | $150.00 each |
| 14) Black "LEE" jean jackets ( 2 ) | $30.00 each |
| 15) dark long cloth dress coat | $100.00 |
| 16) 2 pairs of Harley davison jeans | $40.00 each |
| 17) 10 pairs of "LEE" button fly jeans | $30.00 each |
| 18) 3 suits, 2 black, 1 grey | $150.00 each |
| 19) 20 button front long sleeve shirts | $20.00 each |
| 20) Black cowboy boots | $90.00 |
| 21) Black sneakers | $20.00 |
| 22) Black work boots | $20.00 |
| 23) black dress shoes ( New Still in box ) | $40.00 |
| 24) Black leather belt with silver on it | $60.00 |

| LIVING ROOM | ESTIMATED VALUE |
|---|---|
| 1) Black leather vest | $100.00 |
| 2) Black leather trench coat | $600.00 |
| 3) Black leather motorcycle jacket | $120.00 |
| 4) Black leather & multi color belt | $60.00 |
| 5) ~~Red, black & white checkered blanket~~ | $25.00 |
| 6) 20 CD Rom computer games | Value not known |
| 7) Marlboro sleeping bag ( red ) | Value not known |
| 8) ~~Pottery pitcher~~ | $5.00 |
| 9) Coleman battery powered lamp ( orange & white ) | $30.00 |
| 10) "Bear" compound bow with arrows | $150.00 |
| 11) Small lamp with white shade | $20.00 |
| 12) Blue glass ship | $5.00 |
| 13) Blue glass ashtray in shape of a woman | $5.00 |

| LIVINGROOM | ESTIMATED VALUE |
|---|---|
| 14) metal candle stick holder | $30.00 |
| 15) Wizard candle | $25.00 |
| 16) Dragon candle | $30.00 |
| 17) Large crystal & metal Dragon | $100.00 |
| 18) 3 glass hanging shelfs | $10.00 each |
| 19) Black canvis brief case ( files,letters,cards,photos ) | $60.00 |
| 20) small framed picture of wizard | $35.000 |
| 21) 350 music cassette tapes | $10.00 each |
| 22) 4 wooden cassette tape holders | $25.00 each |
| 23) Sword | $60.00 |
| 24) 6 small metal & crystal figures | $20.00 each |
| 25) mini cassette recorder "Panosonic" | $30.00 |
| 26) 2 framed black velvet pictures | $15,00 each |
| 27) 50 music CD's | $10.00 each |
| 28) Black canvis CD case | $30.00 |
| 29) 35 movie vidio cassette tapes | $10.00 each |
| 30) 2 vidio tape cabinets ( wood ) | $25.00 each |
| 31) Cherry wood corner shelfs | $35.00 |
| 32) Gateway 2000 computer | $200.00 |
| 33) color scanner | $100.00 |
| 33) color printer ( cannon ) | $100.00 |
| 34) black & white printer | $20.00 |
| 35) 2 laptop computers | $250.00 each |
| 36) 2 elec power bars | $5.00 each |
| 37) Nintendo game | $50.00 |
| 38) Nintendo game cartridges ( 20 Games ) | $10.00 each |
| 39) Elivis presely CD collector set | $100.00 |
| 40) Egyption style vase | $5.00 |
| 41) Egyption style candle holder | $10.00 |
| 42) 2 candle holders | $5.00 |
| 43) 1 fancy candle | $5.00 |
| 44) 2 metal & glass candle holders | $15.00 |
| 45) Tommy cologne | $30.00 |
| 46) Clock with clear base | $5.00 |
| 47) Change sorting machine | $5.00 |

| | |
|---|---|
| 48) Time life Mystic book set | $100.00 |
| 49) Wood Computer desk | $50.00 |
| 50) Remote controled truck with battery charger | $80.00 |
| 51) Black leather recliner chair | $400.00 |
| 52) Color T.V. ( has crack in case | $100.00 |
| 53) ceiling fan ( new still in box ) | $60.00 |
| 54) Small black canvis cassette case | $10.00 |
| 55) White metal corner shelf | $10.00 |
| 56) Wood shelf | $10.00 |
| 57) Black plastic box with family photo's | Priceless |
| 58) Marron photo album with family photo's | Priceless |
| 59) Box set of 3 photo albums ( new,unused ) | $30.00 |
| 60) Comic books (25 magazines ) | $ $2.00 each |
| 61) Steven king novels ( paper backs ) 8 books | $5.00 each |
| 62) Wonderous world of fish ( hardcover Book ) | $5.00 |
| 63) Space heater ( black ) | $15.00 |
| 64) Fisher sterio system-Dual cassette,CD,AM/FM reciever surround sound,with 2 large speakers,2 mid range speakers,1 bass speaker | $3000.00 |

| BASEMENT | ESTIMATED VALUE |
|---|---|
| 1) Sony VCR | $60.00 |
| 2) Panosonic vidio camera in metal case | $200.00 |
| 3) Wood round vanity mirror ( new still in box ) | $60.00 |
| 4) Wood entertainment center | $60.00 |
| 5) Bed Misquito net ( new still in box ) | $40.00 |
| 6) Marlboro dart bourd in cabinet with darts | $100.00 |
| 7) Wood & rope hammok | $30.00 |
| 8) Coleman ice chest ( green & white ) | $30.00 |
| 9) ~~Coleman tent heater ( in it's box )~~ | ~~$50.00~~ |
| 10) Blue misquito tent | $70.00 |
| 11) 6 fishing poles with reels | $420.00 |
| 12) Large grey tackle box ( filled with fishing gear ) | $500.00 |
| 13) Black canvis tote pouch tackle bag(filled with gear) | $100.00 |
| 14) Surf bourd ( in green cloth case ) | $100.00 |
| 15) Car vaccum cleaner | $30.00 |
| 16) Orange extension light | $20.00 |
| 17) Heavy duty extension cord | $10.00 |

| BASEMENT | ESTIMATED VALUE |
|---|---|
| 18) Car spot light | $20.00 |
| 19) Black heavy duty mag flash light | $25.00 |
| 20) 2 sets of car ramps ( 1 red & 1 orange ) | $30.00 each |
| 21) 1½ ton car floor jack  ( red ) | $70.00 |
| 22) Battery charger & car starter | $50.00 |
| 23) tool belt with hammer, tape, cats claw, razor knife | $75.00 |
| 24) Circular saw    ( black & decker ) | $35.00 |
| 25) Router          ( black & decker ) | $40.00 |
| 26) Elec brad gun   (black & decker )) | $40.00 |
| 27) Drill 3/8 drive (black & decker  ) | $30.00 |
| 28) Table jig saw   ( black & decker ) | $150.00 |
| 29) Hand jig saw    ( black & decker ) | $30.00 |
| 30) steering rack for 1987 ferio | $120.00 |
| 31) Drill ½ drive   ( craftsman ) | $35.00 |
| 32) Palm sander     ( craftsman ) | $30.00 |
| 33) belt sander     ( craftsman ) | $35.00 |
| 34) Circular saw    ( craftsman ) | $40.00 |
| 35) 2 chain saws    ( yellow ) | $100.00 each |
| 36) small grey plastic tool box ( filled with tools ) | $200.00 |
| 37) blue small plastic tool box ( filled with tools ) | $200.00 |
| 38) Large red plastic tool box ( filled with tools ) | $800.00 |
| 39) Large grey metal tool box ( filled with tools ) | $800.00 |
| 40) Torque wrench in grey case (new, never used ) | $60.00 |
| 41) Inflatable boat with pattles ( blue ) | $65.00 |
| 42) 2 black canvis cassette cases | $30.00 each (struck) |
| 43) 2 sets of camping pots and pans | $10.00 each |
| 44) rotary tool     ( craftsman ) | $30.00 |
| 45) space heater    ( greenish ) | $10.00 |