

New Milford Police Department                                              Page: 1
                                Incident Report                          09/08/2004

Incident #: 00-961-OF
Call #: 00-15782

Date/Time Reported: 10/30/2000 2323
Report Date/Time: 10/31/2000 0215
Occurred Between: 10/30/2000 2315-10/30/2000 2320
Status: Incident Closed By Arrest
Reporting Officer: OFFICER EDWARD DELISLE
Approving Officer: SERGEANT MARK BLANCHETTE
Refer To Additional Cases: 01-234-AR

Signature: _____


PLAINTIFF'S EXHIBIT
# 16

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | GOMBERT, HOWARD J JR<br>322 ASPETUCK RIDGE RD<br>NEW MILFORD CT 06776 | M | W | 37 | 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 | 860-354-0276 |

HEIGHT: 507      WEIGHT: 160           HAIR: BROWN      EYES: BROWN
BODY: SKINNY                      COMPLEXION: FAIR
DOB: 07/28/1963                PLACE OF BIRTH: DANBURY, CT
STATE ID: CT00376072                    FBI ID: 238137X7
LICENSE NUMBER: CT 300474521         ETHNICITY: NOT HISPANIC

_____[APPEARANCE]_____

GLASSES WORN: NO

TATTOOS: TAT L ARM(SNAKE), TAT R ARM(CROSS)

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: SINGLE

EMPLOYER/SCHOOL: SAL'S PIZZERIA · 860-740-0204
                 FEDERAL RD
                 BROOKFIELD CT 06804

OCCUPATION: FOOD PREP

| # | OFFENSE(S) | | A/C | STATE LAW | |
|---|---|---|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo     Zone: SECTOR 3
42 OLD FARMS LN
NEW MILFORD CT 06776

| 1 | CRIMINAL MISCHIEF THIRD DEGREE | | C | 53A | 117 |

SUSPECTED OF USING: Not Applicable
BIAS AGAINST: Unknown Bias

# INITIAL REPORT

DATE OF INCIDENT: 10/30/2000
TIME OF INCIDENT: 2323
REPORTING OFFICER: OFFICER EDWARD E DELISLE

NARRATIVE: On Monday, 10/30/00 at approximately 2323 hours, I was assigned to investigate the complaint of Diane V. Stanley, DOB, 06/15/63 of 42 Old Farm Lane, New Milford, Ct.. The complainant contacted headquarters and reported that someone (s) had thrown a rock, which damaged a front window to the condominium unit.

When I arrived, I inspected the exterior front of the condominium in question. The dwelling itself is an end unit and it is located in a fairly secluded area of the complex. I observed nine small sized circular type splatter patterns scattered about the wood clapboards. The color of the substance was yellow and each pattern was wet to touch. I further observed a large hole in a lower pain of glass to a second floor window (2'X3') and the window also contained a foreign material, color yellow.

A closer examination of the yellow color and patterns revealed, that they were probably caused by paint balls, which are typically ejected from a CO-two type device.

When I spoke to Stanley, she said that at the time the event occurred, she was in the kitchen folding laundry and the interior of the condominium was well lighted. Stanley said she did hear activity outside but she was unspecific as to what she actually heard. Stanley said that suddenly she heard the breaking of glass and objects striking the front of the house. She did not look outside to investigate and at that point she decided to contact the police.

It will cost approximately twenty five dollars to replace the damaged glass.

The complainant could not provide a motive as why she had been targeted and it is believed that this is a random type of incident.

This case investigation is suspended and will be reopened if suspect (s) are developed.

Incident #: 00-961-OF
Call #: 00-15782

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | STANLEY, DIANE V<br>42 OLD FARMS LN<br>NEW MILFORD CT 06776<br>DOB: NOT AVAIL<br>ETHNICITY: Not of Hispanic Origin<br>RESIDENT STATUS: Resident<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | F | W | 37 | NOT AVAIL | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | STORM WINDOW<br>QUANTITY: 1      VALUE: $25.00<br>SERIAL #: NOT AVAIL<br>DATE: 10/31/2000<br>OWNER: STANLEY, DIANE V | | Destroyed/Damaged/Vandalized |