

PLAINTIFF'S EXHIBIT # 17

| | |
|---|---|
| DOCKET NO.FA00-0338919 S | SUPERIOR COURT |
| JANE MARIE GUNDERMAN | JUDICIAL DISTRICT OF |
| VS. | SUPERIOR COURT |
| HOWARD JOHN GOMBERT, JR. | MAY 23, 2000 |

### AMENDED CITATION FOR CUSTODY

The Plaintiff in the above captioned matter respectfully represents as follows:

1. The Plaintiff is the Mother of Dana Marie Gunderman-Gombert, born on June 16, 1999.

2. The Defendant is the Father of Dana Marie Gunderman-Gombert, born on June 16, 1999.

3. Both parties and the child are residents of the State of Connecticut.

4. The Defendant attacked the Plaintiff and arrested. The Defendant is presently incarcerated and to date has been unable to post bail.

5. It is in the best interest of the minor child that the Plaintiff be granted sole legal custody of the minor child.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

ATTEST:
A True Copy
Timothy D Poeti
Deputy Sheriff - Fairfield County

*[signature]*

6. Due to the violent nature of the Defendant, he should not be granted visitation or be granted visitation only in a controlled, secure and supervised setting.

7. The Defendant is currently not providing any financial support for said minor child.

8. It is in the best interest of the minor child that she receive support from the Defendant in accordance with the Child Support Guidelines of the State of Connecticut.

WHEREFORE, the Plaintiff respectfully request the Court to order the following:

A. That the Plaintiff be granted sole custody of the minor child.; and

B. That the Defendant pay to the Plaintiff support in accordance with the Child Support Guidelines of the State of Connecticut; and

C. Such other relief as the Court deems necessary and proper.

THE PLAINTIFF

BY: *[signature]*
David P. Ball
36 Mill Plain Road
Suite 308
Danbury, CT 06811
203-743-6316
JURIS#100637

**ORDER**

The foregoing Citation having been heard, it is hereby ORDERED:

BY THE COURT

_____

## ORDER FOR HEARING AND NOTICE

The foregoing Motion having been presented to the Court, it is hereby ORDERED that a hearing be held thereon at the Superior Court in and for the Judicial District of Danbury, located at 146 White Street, Danbury, Connecticut, in Courtroom #1 on Monday, _June 19_, 2000 at 9:30 a.m., and that the applicant give notice to, **Howard John Gombert, Prisoner #10850, c/o Bridgeport, Connecticut Correctional Center**, to opposing party of the pendency of said Motion and this Order and of the time and place where it will be heard, by having a true and attested copy of the Motion, Automatic Orders and Order served upon the opposing party by some proper officer by in-hand personal service on or before the _7th_ day of June, 2000, and that due return of such service be made to this Court.

Dated at Danbury, Connecticut, this 25th day of May, 2000.

BY THE COURT (Axelrod, J)

ROBERT A. JACKSON
ASSISTANT CLERK

NOTICE TO M[...]: It is your r[esponsibility]
to assure that a copy of this notice is [...] to all
copies served.

This matter has been assigned for a h[earing] by court order and all parties must appear at the assigned date and time. No "OFF" markings or requests for rescheduling will be accepted through the Office of the Clerk.

Clerk
J.D. Danbury

TO THE SHERIFF OF THE COUNTY OF FAIRFIELD, HIS DEPUTY OR EITHER CONSTABLE OF THE CITY OF BRIDGEPORT, WITHIN SAID COUNTY GREETINGS:

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby COMMANDED to serve a true and attested copy of the foregoing Motion and Order for hearing on **Howard John Gombert**, in the manner prescribed by law for the service of civil process and make service on or before June 7, 2000.

Hereof fail not, but due service and return make.

Dated at Danbury, Connecticut, this 31st day of May, 2000

_____
David P. Ball
Commissioner of the Superior Court