## POSSESSED PROPERTY RECEIPT

POLICE DEPARTMENT

NEW MILFORD   CT

CASE NO. 00-167-OF

DATE 2-26-02

I, _Det Don Elmendorf_ of _H.Q ST. Police Troop L_

ACKNOWLEDGE THE RELEASE TO ME BY THE NEW MILFORD POLICE DEPARTMENT OF THE FOLLOWING PROPERTY:

Property in the above case given the following evidence numbers;

00-314-PR
00-301-PR
00-285-PR
00-235-PR
00-284-PR
00-288-PR                  Last Item —

IT IS UNDERSTOOD THAT THE NEW MILFORD POLICE DEPARTMENT IS HEREBY RELIEVED OF FURTHER RESPONSIBILITY IN REFERENCE TO THE ABOVE DESCRIBED ARTICLES.

SIGNATURE OF OWNER/AUTHORIZED AGENT _____

RELEASED BY _____

03/03/92