1153 East Street South
Suffield, Ct. 06080

TO: Investigator Larry Lynch
New Milford Police Department
P.O. Box 419
New Milford, Ct. 06776



PLAINTIFF'S EXHIBIT # 19

Re: Criminal Complaint #1

August 25, 2004

Dear Sir,
    I am writing you in order to make this criminal complaint because as you know I am at present time incarcerated at MacDougall Correctional center. So I am making this criminal complaint by notarized letter.
    It has recently came to my attantion that a Mr Randy Tompkins, is in possesion of a neckless that is mine, that some how came to be in the possesion of the New Milford police department, and for some reason was illegally given to Mr Randy Tompkins of the Carmel police department.
    This neckless was stolden from 322a Aspetuck ridge road, New Milford, Ct. because it was there the day I was arrested on February 29, 2000. It is not in any of the inventory's of property seized either legally or illegally, so then it was— stolden from the residence, this makes me wonder what other belongings of mine were stolden by these same parties.
    I understand that Miss Gunderman may have given the police permission to search the residence, but even if that is so, neither her or any other partie had the right to remove my belongings without either a court order, or my permission, and they had neither in this case.
    I want the person who stole this neckless " Bronze type neckless w/black beed type & circle made in devel sign" as well as the person who is in possesion of it ( Randy Tompkins ) arrested and the return of my neckless.
    Please keep me appraised into the progress you make into this criminal complaint.

8-25-04
Date

*Howard John Gombert Jr.*
Howard John Gombert Jr.
1153 East street south
Suffield, Ct. 06080

---

**NOTARY**

Subscribed and Sworn to before me this 25 day of August 2004.

_____
Notary Public

My Commission expires: 12/05