PLAINTIFF'S
EXHIBIT

#  20

**FROM:**Howard John Gombert Jr.#108050
MacDougal Correctional Center
1153 East Street South
Suffield,Ct.06080

  **TO:**New Milford Police Department
Rt 202
New Milford.Ct

October 6,2003

    To Whom It Concerns,
    I Howard John Gombert Jr.#108050,am at this time incarcerated
at MacDougal Correctional Center,in Suffield Connecticut.
    I hereby give my permission for Mr Lou Panico from the Litch-
-field Public Defender's Office,to retrieve my personal property
that was illegaly taken,and seized by the New Milfrod Police depart-
-ment,and has been illegaly held by the New Milford Police Depart-
-ment.
    I am including a copy of the second court order for the release
of my property being held by the New Milford Police Department,with
this signed release.This way there should be no problems with the
release of my property to Mr.Lou Panico.

Howard John Gombert Jr.#108050
MacDougal Correctional Center
1153 East Street South
Suffield,Ct.06080
**SSN:** 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