PLAINTIFF'S EXHIBIT # 21

List of atemps to get property released from the New Milford Police Dept. threw the Litchfield public defenders office.

(1) January 24, 2002-called and talked to lou Panico.
(2) February 1, 2002-called and talked to lou Panico.
(3) February 7, 2002-called and talked to Lou Panico.
(4) March 4, 2002 - called and talked to Lou Panico.
(5) March 11, 2002 - Called and talked to Lou Panico.
(6) March 19, 2002 - called and talked to Lou Panico.
(7) March 26, 2002 - called and talked to Lou Panico.
(8) March 28, 2002 - called and talked to Lou Panico.
(9) May 9, 2002 - Lou Panico came to see me, to discuss the property-Jane was trying to claim property that is not hers.
(10) May 2, 2002 - called and left message for Lou Panico to call me back.
(11) May 28, 2002 - called and talked to Chris Cosgrove.
(12) May 31, 2002 - called and left message for Lou Panico to call me back.
(13) June 11, 2002-called and talked to Lou Panico.
(14) June 21, 2002-called and left message for Lou Panico to call me back.
(15) July 3, 2002-called and talked to Lou Panico.
(16) July 16, 2002-called and talked to Lou Panico.
(17) August 15, 2002-called and talked to Chris Cosgrove.
(18) August 22, 2002-called and talked to Lou Panico.
(19) October 15, 2002-called and left message for Lou Panico to call me back.
(20) October 16, 2002-called and left a message again.
(21) October 29, 2002-called and talked to Lou Panico.
(22) November 7, 2002-called and left message for Lou Panico to call me back.
(23) December 2, 2002-called and talked to Lou Panico.
(24) December 18, 2002-called and talked to Lou Panico.
(25) January 6, 2003-called and talked to Lou Panico.
(26) January 24, 2003-called and talked to Lou Panico.
(27) Febuary 13, 2003-called and talked to Lou Panice.
(28) Febuary 20, 2003-called and talked to Lou Panico.
(29) March 5, 2003-called and talked to Lou Panico.
(30) March 19, 2003-called and no answer.
(31) March 20, 2003-called and talked to Chris Cosgrove, told me that we were going to have a hearing on my belongings.
(32) March 24, 2003-called and talked to Lou Panico.