

PLAINTIFF'S
EXHIBIT

# 23





















