UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : AUGUST 11, 2004 |

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants Larry Lynch and William Kaminski by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by sixty (60) days, in order to complete outstanding discovery and to file dispositive motions.  In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery | August 9, 2004 | **October 9, 2004** |
| Dispositive Motions | September 9, 2004 | **November 9, 2004** |

All other deadlines are similarly to be extended.

In support of this Motion, the parties represent as follows:

1.     The plaintiff is a pro se party and is incarcerated, making conducting discovery difficult.

371013

2.     The parties have exchanged written discovery and on August 4, 2004, the defendant's counsel took the plaintiff's deposition at MacDougall Correctional Facility.

3.     On August 4, 2004, the undersigned spoke with the plaintiff, Howard Gombert and he agreed that the parties should seek this extension.

4.     Despite the diligence of the parties, it does not appear that they will be able to complete discovery within the present deadlines.

5.     A trial date has not been assigned to this matter.

371013

**WHEREFORE**, the defendants, Larry Lynch and William Kaminski, request that their Motion to Extend the Scheduling Order of sixty (60) days be granted.

DEFENDANTS,
LARRY LYNCH AND WILLIAM KAMINSKI

By: _____

JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

371013

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail,

First Class, postage prepaid this ___11th___ day of August 2004, to the following counsel of record:

Howard John Gombert, Jr. #108050
c/o MacDougall-Walker Correctional Facility
1153 East Street South
Suffield, CT 06080

By: _____
    JAMES N. TALLBERG, ESQ.
    Updike, Kelly & Spellacy, P.C.

371013

UNITED STATES DISTRICT COURT

District of Connecticut

Howard John Gombert Jr.#108050

      Plaintiff,

      Vs.

Investigator Larry Lynch &

Patrolman William Kaminski

:
:
:
:
:
:
:
:
:
:

PRISONER
CIV.NO.3:01CV1913(DJS)(TPS)

DATE: August 13, 2004

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT; Patrolman William Kaminski!

Pursuant to Rules 33 and 34 of Federal Rules of Civil Procedure and Rule 9 (d) of local Rule of Civil Procedure, The Plaintiff , Howard John Gombert Jr. acting in Pro se, respectifully requests that the defendant Patrolman William Kaminski; answer the following interrogatories and requests for production within thirty (30) days here of.

### INTERROGATORIES

1) Please state the following,
    a) Your full name,
    b) Your birth Date,
    c) Your Social security number,
    d) Your Driver license number,
    e) Your Employer,
    f) Your Employer's business address and phone number,

2) Please explain your sworn duty as a New Milford Police officer,

3) Where you a sworn New Milford Police officer on February 29, 2000,when you arrested the Plaintiff (Mr.Gombert) for assaulting Miss Gunderman?

    b) Did Mr Gombert state to you at any time that he also wanted to file assault charges against miss Gunderman?

    c) Did both Mr Gombert and Miss Gunderman have visible physical injury's on them?

    d) Did you take photo's of both of their injury's?

    e) Was there any witnesses present when the fight between Mr.Gombert and Miss.Gunderman took place? if so who?

F) After Mr.Gombert made the complaint to you ,about Miss Gunderman,and showed you physical injury's,did you act on his complaint?

G) If not why not?

4) As a police officer have you came across any case where a female will lie about being assaulted,when she was in fact the aggressor?

b) Have you ever came across a case where a woman used false claims of being sexually assaulted,in order to get someone that she was mad at arrested?

c) Have you ever came across a case where a woman tryed or did use false claims of being sexually assaulted to gain custody,or to keep custody of a child?

Pg.3

5) If a woman came to you with a claim that she had been sexually assaulted,and that she had smoked a cigarette while it happened, would you believe her?


   b)Prior to Miss Gunderman,Have you ever heard of someone smoking a cigatte while they where being sexually assaulted?


   c) If an alleged victiom of an sexual assault claimed the foregoing about smoking while being sexually assaulted,would it
   be pretty  obvious that the alleged victiom was not being completely truthfull?



6)Did Miss Gunderman  in her Statement to you claim that Mr. Gombert had been found guilty of assaulting her a year or so prior?


   b) Did you check Mr.Gombert's criminal record to see if her statement to you was true?


   c)Did Miss.Gunderman tell you in her statement to you that she had also been arrested for assaulting Mr.Gombert?

d) Did Miss Gunderman tell you that she had been ordered  by
the court to go to angermanagement for assaulting Mr Gombert?


f) When you found out that Miss Gunderman had lied in her
statement to you about Mr.Gombert being convicted for assaulting
her,did you at least try to investigate the rest of her statement
prior to arresting Mr.Gombert on Miss Gunderman's Statement?


7) was Miss Gunderman tested to see if she had been infact sexually
assaulted?


b) was there any physical evidence that she had been in fact
sexaully assaulted? ( Blood-Sperm )


c) Was  this evidence tested against samples gatered from
Mr.Gombert,if so what were the results?


d) Is it not true that there was in fact no evidence gathered
( blood or Sperm ) to verify Miss Gunderman's claims?

e) Did Miss Gunderman tell you that she was having woman problems that made her very sensitive,and made      ·any kind of sexaul contact painfull?

8) Where you involved with the search and seizure of belonings at 322a Aspetuck Ridge Road NewMilford,Ct.

b) Did you have a search warrant for the residence?

c) Did you seize belongings?

d) Did you photgraph the residence inside and outside?

e) Did you give a receipt for the property seized?

9) Where you involved with the search of Mr.Gombert's vehicles that were parked legaly at the residence?

b) Did you have a search Warrant to search the vehicles?

c) Did you remove Mr.Gombert's belonging's from the 1984 fire bird Reg.234NSS?

d) Did you give Mr.gombert a receipt for the property and or, belongings that were seized from the firebird Reg,234NSS?

10) Do you recieve any Mail at the New Milford Police Department?


    b) Have you recieved any mail from Mr.Gombert at the New Milford Police Department?

## -<u>VERIFICATION</u>-

I,_____,cerify that I have reviewed
the Interrogatory responses there to and that they are true and
accurate to the best of my knowledge and belief.


_____
William Kaminski



Subscribed and sworn to before me this _____day of_____,2004.


_____
Notary Public


My Commission expires;_____

August 13, 2004

Patrolman William Kaminski

## REQUEST FOR PRODUCTION

In addition to the foregoing interrogatories, the Plaintiff
hereby request that the Defendant, Patrolman William Kaminski,
provide the Plaintiff who is acting Pro se; with copies of the
documents described in the following requests for production,
within thirty (30) days of hereof.

1) Copies of all notes taken during the investigation of
Miss Gunderman's complaint (hand written as well as typed)

2) Copies of all Photograph's taken of either Miss Gunderman,
and Mr.Gombert.

3) Copies of all witnesses used to verify Miss Gunderman's
complaint?

4) Copies of all receipts given for property removed from
the residence at 322a Aspetuck Ridge Road,NewMilford,Ct.

5) Copies of all receipts given for property removed from
the 1984 Firebird Reg.#234NSS.

6) Copies of all medical tests that were done on Miss Gunderman.

7) Copies of test results of rape kit taken on Miss Gunderman.

8) Copies of all Photograph's taken of the 1984 Firebird Reg.
#234NSS.

9) Copies of all Photograph's taken inside or outside of the
residence at 322a Aspectuck Ridge Road,New Milford.Ct.

Pg.9

# -CERTIFICATION-

This is to certify that a copy of the foregoing ,Plaintiff's
First set of interrogatories and request for production to
defendant;Patrolman William Kaminski,was mailed postage prepaid
on this 13th day of August ,2004.To the defendants attorney of
record Mr.James N.Tallberg,at One State Street , Hartford,Ct.
06123.

THE PLAINTIFF;

Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080

UNITED STATES DISTRICT COURT

District of Connecticut

Howard John Gombert Jr.#108050  :
     plaintiff;           :
                        :
      Vs.                :
Investigator Larry Lynch  &   :
Patrolman William Kaminski     :
                        :

PRISONER

CIV.NO.3:01CV1913(DJS)(TPS)

DATE; August 13, 2004

-PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION TO DEFENDANT; Investigator Larry Lynch:

   Pursuant to rules 33 and 34 of federal Rules of civil procedure
and rule 9(d) of local rules of procedure.The Plaintiff,Mr.
Howard John Gombert Jr. acting in Pro se,respectifully requests
that the defendant,Investigator Larry Lynch,answer the following
interrogatories and requests for production within thirty (30)
days hereof.

### -INTERROGATORIES-

1) Please state  the following,
    a) Your Full name,
    b) Your date of birth,
    c) Your Social security number,
    d) Your Driver license number,
    e) Your Employer,
    f) Your Employer's business address,and phone number,

2) Did Mr Gombert state that he wanted to filed a complaint for assault against Miss Gunderman,When he was arrested for assault on Miss Gunderman?

   b) When men are assaulted by women do they often hide it and not report it to the police,infact is it odd for a man to actually call police to complain about their wife's or girlfriends?

   c) Did both Mr.Gombert and Miss Gunderman have physical injury's that were visible to the eye?

   d) Where there any witnesses that actualy saw the fights between Mr.Gombert and Miss Gunderman,and if so who?

   e) As a police officer have you ever came across any cases where one party will go to police (in a Domistic case) and lie about what happened in order to get the other party arrested,and to keep themselfs from being arrested?

f) As a police officer have you came across any case where a woman used or tryed to use a false claim of being sexually assaulted to gain or to keep custody of their child?

g) If an alleged victiom of sexual assault claimed that she was smoking a cigarette during or while she was being sexaully aasalted, would it not be obvious that that alleged victiom was in the very least not being totaly truthfull with you?

3) In Miss Gundermans statement to you she claimed that Mr.Gombert had been convicted of assaulting her before,did you verify this?and if so how?

b)Did Miss Gunderman tell you that she had also been arrested for assaulting Mr.gombert,and that the Court had made her go to anger management?

c) When you found out that Miss Gunderman was not being truthfull with you about the arrest in Danbury Ct,did you bother to investigate the rest of her statement before you used her statement to arrest Mr.Gombert?

d) Was there any physical evidence that verifyed that Miss Gunderman was sexually assaulted before Mr.Gombert was arrested? (Blood-Sperm)

e) Was there any after Mr Gombert was arrested?

f) Was there a rape kit done,and if so what kind of evidence was collected,( Blood - Sperm )

g) What were the results of this rape kit when it was tested?

h) Is it true that in fact at the time you had just as much evidence to support Mr Gombert's complaint as you did on Miss Gunderman's Complaint that you had arrested Mr Gombert on?

i) Did Miss Gunderman tell you that she was having woman problems ever sence she had the baby, that it made her very sencitive and to painfull for her to have sex?

4) Where you involved with the search of mr Gombert's vehicles that were legaly parked at the residence at 322a Aspetuck Ridge road, New Milford Ct, on February 29, 2000

b) did you have a search warrent for the 1984 Firebird that you searched Reg.#234NSS?

c) did you remove Mr Gombert's belongings that were in the 1984 firebird Reg.#234NSS?

d) did you give Mr Gombert a Reciept for the property you seized from the 1984 Firebird Reg.#234NSS?

e) did you tell Mr Gombert that you had taken his belongings?

5) Have you recieved mail from Mr.Gombert at the New Milford police department?


    b) Please explain how mail at the police department is handled and given to the different police officers.


6) How did you come to be in the possession of Mr.Gombert's mail that came to 322a Aspetuck ridge road,New Milford,Ct.after February 29,2000?


    b) Was this mail clearly addressed to Mr.Gombert?


7) After June 19,2000 when Miss Gunderman testifyed in Danbury Ct. family court and admitted to assaulting Mr Gombert did you then make any attempt to act on Mr.Gombert's complaint against Miss Gunderman?


8) Did you tell Miss Gunderman to leave Mr.Gombert's belongings alone until after you and the Carmel Ny Police had the chance to search his belonging's?

b) was Miss Gunderman allowed to be at the residence alone prior to any of these searches?


c) Where you present when the officers from Carmel Ny searched and removed some of Mr.Gombert's belongings?


d) when the Police from Carmel Ny searched and removed belongings of Mr Gombert's,you knew that they did not have a search warrant or a court order to do so,        Please explain why you allowed the removal of property belonging to Mr.Gombert.


9) on January 23,2002 Litchfield Superior Court ,Judge Alexandra D. Dipentima ordered the release of Mr.Gombert's belongings being held at the New Milford police department,how is it that even with that court order you still refused to release Mr.Gombert's property?


b) Please explain how after you were ordered to release Mr.Gombert's belongings to him you refused to do so,yet you had no problem with releasing Mr.Gombert's belongings to a Det.Dan Elmendorf of the connecticut state police on February 26,2002 and to a states attorney Ronald A,Denuzzo on April 7,2003?

THE PLAINTIFF;

_Howard John Gombert Jr._

Howard John Gombert Jr. #108050
1153 East Street South
Suffield,Ct.06080

**-VERIFICATION-**

I,_____,certy that I have reviewed the
interrogatory responses there to and that they are true and accurate
to the best of my knowledge and belief.

_____

Larry Lynch

Subscribed and sworn to before me this ____day of _____,
2004.

_____

Notary Public

My Commission expires;_____

Investigator Larry Lynch

## -REQUEST FOR PRODUCTION-

In addition to the foregoing interrrogatories,the Plaintiff hereby requests that the defendant,Investigator Larry Lynch,provide to the Plaintiff who is acting Pro se; with copies of the documents described in the following requests for production within thirty (30) days of hereof.

1) Copies of **all** hand written,as well as typed notes taken during or in referance to Mr Gombert and or Miss Gunderman.

2) Copies of **all** photograph's taken of Mr.Gombert and or Miss Gunderman on or after February 29,2000.

3) List of everyone who were talked to in the investigation done into Miss Gunderman's allegations against Mr.Gombert,and any statement's they may have made.

4) List of everyone who were talked to in the (if there was any) investigation of Mr.Gombert's allegations against Miss Gunderman, and any statements that they may have made.

5) Copies of **all** medical evidence taken in Miss Gunderman's complaint against Mr.Gombert.

6) Copies of **all** test results of evidence gathered in the investigation into Miss Gunderman's complaint.

7) Copies of **all** photograph's taken inside as well as outside of the residence at 322a Aspetuck ridge road,New Milford,Ct.

8) Copies of **all** photograph's taken of Mr.Gombert's white 1984 fire-bird Reg.#234NSS.

9) Copies of **all** and any search warrant,or Court order to search the white Firebird Reg.#234NSS.

10) copies of **all** mail that you have recieved from Mr.Gombert at the New Milford Police Department.

11) Copies of **all** statements or affidavits made by Miss Gunderman refering to Mr.Gombert in anyway.

12) Copies of **all** court orders ordering the release to anyone property seized from Mr.Gombert's belonging's   from his 1984 firebird Reg.#234NSS.

13) Copies of **All** court orders ,warrants,or **anything** else that allowed property of Mr.Gombert's to be released to other Police department's or any other law enforcement agency.

14) Copies of **all** reciepts given for property seized from 322a Aspetuck ridge road,NewMilford,Ct. and or from the white 1984 firebird Reg.#234NSS.

15) Copies of **any** search warrant or court order allowing any police officer from Carmel N.Y. to search and seize anything belonging to Mr.Gombert.

16) Copies of reciepts for property that was either given,or seized with and for the Carmel N.y. police.

17) Copies of **all** and **any** inventory of Mr.Gombert's seized with and for the Carmel N.Y. police.

18) Copies of **any** and **all** search warrants allowing the seizure and the opening of Mr.Gombert's mail,that was recieved at 322a aspetuck ridge road,NewMilford,Ct.after February 29,2000.

19) list of all phone calls made by Mr Gombert that were recorded for the police.

20) Copies of all transcripts of any phone calls that were recorded of Mr.Gombert's.

21) Copies of phone records of the house phone at 322a Aspetuck ridge road,New Milford,Ct. from February 25,2000 to February 29,2000. Mr.Gombert's Home Phone ( 860-354-0276)

Pg.11

## -CERTIFICATION-

This is to certify that a copy of the fore going,Plaintiff's first set of interrogatories and request for production to defendant,Investigator Larry Lynch.was mailed postage prepaid on this 13th day of August        2004.To the defendants attorney of record Mr.James N.TallBerg at one state street,Hartford,Ct.o6123.

THE PLAINTIFF;

*Howard John Gombert Jr*

Howard John Gombert Jr.#108050
1153 East Street south
Suffield,Ct.06080