From:   MR. Howard J. Gombeet Jr #108050
        1153 East Street South
        Suffield. CT, 06080

To:     MR James N. Tallberg
        One State Street
        Hartford, CT, 06123

Re:     Howard John Gombeet Jr. Vs. Larry Lynch & William Kaminski
        Docket No: 3:01 CV1913 (DJS)

                                                        Date: September 11, 2004

Dear Mr Tallberg,

    I am writing you about two seperate Discovery material issues.

    One is about the Discovery materials that were in your "Privilege Log". On August 4, 2004 when you came up here to do a Deposition on me as part of your Discovery in this case, We talked about the materials in your privilege log. On that day you clearly agreed to give me copies of the materials in that "Privilege log". You to this date have not given me copies of these materials, I would like to know when you intend to give me copies of these materials? I would appricate it very much if you would do so as soon as possible.

    The Second Discovery issue That I would also like to ask you about is the    seperate "Interrogatories and

                                P.# 1

Request For Production" That was sent August 13, 2004 For each Defendant, requesting answer From each Defendant within 30 days. That 30 days has now expired without any answer From you or your clients. Do you intend to answer any of my Discovery Requests or interrogatories? I would appricate it if you would answer my request within the next 10 days.

Sincerily

Howard John Gombert Jr

Howard J. Gombert Jr.

1153 East Street South

Suffield CT. 06680

## Certification

This is to certify that a copy of the foregoing letter in reference to the Defendant's Privilege log and the Plaintiff's Requests for Interrogatories and Requests For Production From The Defendant's, was mailed postage prepaid on this 11th day of September of 2004 To the defendant's Attorney of Record, Mr. James N. Tallberg at One State Street, Hartford, CT, 06123.

The Plaintiff,

*Howard John Gombert Jr.*

Howard J. Gombert Jr. 108050
1153 East Street South
Suffield, CT, 06080

FROM: Mr.Howard John Gombert Jr.3108050
      1153 East street south
      Suffield,ct.06080


TO: Mr.James N.Tallberg
    One State street
    Hartford,Ct.06123


Re: Howard John Gombert Jr. Vs. Larry Lynch & William Kaminski
    Docket No: 3:01CV1913 (DJS)


                                            DATE: September 24,2004


Dear Mr.Tallberg,

    I am writing you in referance to our phone conversation on September 22,2004.
    You asked me if I was satisfied with the way Discovery was going,while I realize that you defend the defendant's in this case,and do not want to do any thing that will help me prove my case against your client's,and that is the real reason why you are attempting to keep some Discovery evidence from me,sooner or later you will have to give it to me.as for whether I'm satisfied or not,I'm not,this is only drawing things out,and making things take alot longer than they should!
    As for your client's attempt at keeping the phone transcripts of my phone calls from me goes.If Miss Jill Kalinoski was an informant for your client's it wasn't a willing one,and if I show that she was intimidated into working for your client's,and as she was a witness for my side of the case,that will show that your client's tampered with witnesses,and will go along way in helping me prove my case against your client's,it will help me prove how they ignored evidence,destroyed evidence,ignored my rights and went out of their way to violate my rights,and tryed to hide crimes that they knew were being commited against me.
    Also your clients can't say that all of my phone calls that they recorded had informant's in them,because that is not true,they also recorded phone calls between myself and Mrs Susan Haslam and Mrs Kathy Debreceni,as well as with my Mother,I asked For copies of **all** the phone calls.So please give me at least those phone calls and we can argue over the rest in court later,and don't try saying that they did not get them,I know better.
    Also you said that your client's did not have possion of the sex kit that was taken on Miss Jane Gunderman,that the New Milfrod hospital had kept it.Now that is total bull Your client's had it, and it was their duty to get it tested,I want a copies of those tests and the results.See attached page for proofthat your client's had it,you yourself should have already known this cause it was you that gave me the attached!

    Please send me a list of the different things that you and your client's feel can not be turned over to me, as well as your and their reasons why not within the next ten ( 10 ) days.

    Also I hope the pictures that you are sending to me also include copies of all the other ones that your client's did not give even photo copies of the last time. There is many more photo's that they took. I want copies of them all!

    Also I'm still waiting for copies of all the statements and affidavits written by Miss Gunderman involving myself, not just the one that she claimed that I assaulted her.

    I could go on and on in the things that I have requested from you and your client's in Discovery materials that to this date you still have not turned over copies to me. I would appreciate it if you get them to me with a list of what ever you feel you can not, and why not, within the next ten ( 10 ) days. And please try to see that your reasons are factual.

                              Sincerily;

                              _____

                              Howard J.Gombert Jr.
                              1153 East street south
                              Suffield,Ct.06080

### -CERTIFICATION-

This is to certify that a copy of the foregoing letter in referance of a phone call and discovery materials yet to be given to the plaintiff, with an attached copy of ,inventory of p property seized without a search warrant.was mailed postage prepaid to the defendant's attorney of record,Mr james N.tallberg, at One state Street,Hartford.Ct,06123 on September 24,2004.

THE PLAINTIFF;

---

Howard John Gombert Jr.108050
1153 East street south
Suffield,Ct.06080

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 9-98
C.G.S. §§ 21n-2d2, 26-85, 26-90, 54-36a, 54-36g, 54-36h, 46-142(a)

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO. CR 00-100901

**JUVENILE**
COURT DOCKET NO.

[ ] FOR P.D. USE ONLY
[ ] WARRANT APPLIED FOR
[X] TO COURT

[X] To Court
[ ] Destroy – No Value
[ ] Case Pending
[ ] Return to Owner
[ ] Prisoner's
[ ] Juvenile

POLICE CASE/RECEIPT NO.

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court)
[ ] JUVENILE MATTERS  [X] G.A. No. 18  80 Doyle Rd. Bantam, CT.

UNIFORM ARREST REPORT/JUV. SUMMONS NO.

COURT APPEARANCE DATE

ARREST/REFERRAL: [X] MADE  [ ] PENDING

POLICE CASE/RECEIPT NO. 00-124-AR

COMPANION CASE NO. 00-167-OF

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1. Howard Gombert
   322A Aspetuck Ridge Rd. New Milford, CT.
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. Jane Gunderman
   322A Aspetuck Ridge Rd. New Milford, CT.
2.
3.

TYPE OF INCIDENT: Sexual Assault; Risk of Injury to a Minor; Assault 3rd

TOWN OF SEIZURE: New Milford
DATE OF SEIZURE: 2/29/00
TYPE OF PROPERTY: [ ] STOLEN  [X] EVIDENCE  [ ] LOST/FOUND  [ ] INVESTIGATION

The following property was seized, in connection with a criminal/delinquency case: (Describe type, color, serial number, etc.)

| # | PROPERTY SEIZED | |
|---|---|---|
| 1 | Sex Crimes Kit Cat No. CC100 | 00-98-PR |
| 2 | Brown Paper Bag w/articles of Clothing | 00-99-PR |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

PART A INVENTORY NO. 00-12ww
PART B INVENTORY NO. 00-0117-ww

If cash money was seized, enter total amount here ▶
TOTAL AMOUNT OF CASH $

SIGNED (Police Officer): Ptlm. R.T. Kaminski    (Title)
DATE: 2/29/00
DEPARTMENT: New Milford

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED [ ] NO  [ ] YES    DATE    REMARKS

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)    INVENTORY OF PROPERTY SEIZED

FROM: Howard John Gombert Jr.#108050
      1153 East street south
      Suffield,Ct.06080

TO: Mr.James N.TallBerg
    One State street,P.O.Box231277
    Hartford,Ct.06123

Re: <u>Howard John Gombert Jr. Vs. Larry Lynch & William Kaminski
    Docket No.3:01CV1913 (DJS)</u>

November 4,2004

Dear Mr.Tallberg:

   I recieved your letter that included the 52 photographs taken by the defendants,and I have to say that I was greatly disappointed that you still have not sent me all of the photographs (there is at least 350 that have been requested from the defendants)it seens like your sending little bits and pieces of the requested discovery materials or saying that you will send them,then don't!Besides not sending all the Photo's that have been requested,you have not sent any of the following requested discovery materials;

1) Copies of medical evidence taken in Mr.Gombert's arrest.

2) copies of any tests resualts.

3) copies of all and any statements or affidavits made by Miss Gunderman,involving Mr.Gombert in any way. (you only gave the state ment involving the assault)

4) copies of any statement or affidavits taken involving Mr.Gombert and or Miss.Gunderman from anyone.

5) copies of receipts for any of Mr.Gombert's belongings that were seized by police.

6) copies of any warrent or court order that allowed the release of any thing that belonged to Mr.Gombert that was in the possession of the New Milford Police to other law enforcement agencys,or anyone else.

   That is just a few of the discovery materials that I can think of just off the top of my head that I am still waiting for.Would you please send me all the requested materials in an more timely fashion,and not in bits and pieces!
   I an also still waiting for the verification's for the first set of interrogatories.When are you going to send me them?

Sincerily;

*Howard J. Gombert Jr.*

Howard J.Gombert Jr.

UNITED STATES DISTRICT COURT
District of Connecticut

Howard John Gombert Jr.#108050 :
:
Vs. :
: PRISONER
Investigator Larry Lynch & : CIV.NO.3:01CV1913 (DJS)(TPS)
Patrolman William Kaminski :
: Date; November 4,2004

### –PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT'S–

Pursuant to Rules 33 and 34 of Federal Rules of Civil Procedure, The Plaintiff,Howard John Gombert Jr,respectfully request that the Defendant's Investigator Larry Lynch and Patrolman William Kaminski, answer the following interrogatories and requests for production within thirty (30) days hereof.

### INTERROGATORIES

1) On February 29,2000 was Mr.Gombert given a receipt for personal property that was in his possession at the time of his arrest? (wallet-keys-cash-jewelry-)

2) On February 29,2000 was Mr.Gombert fully cooperative with the Defendant's?

   a) He answered all questions asked by the defendant's?
   b) He did all that was asked of him by the Defendant's?
   c) Was willing to take an polygraph test?
   d) to Give blood for possible DNA tests?

3) Please list the different kinds of mail that you have recieved from Mr.Gombert at the New Milford Police Department.

4) On February 29,2000 did you know that Miss.Jane Gunderman had been arrested before for assaulting Mr.Gombert?

    a) Was it known that Miss.Gunderman was on prescribed medication for mental health issues?

    b) Did you know that Miss.Gunderman was abusing those prescribed medications that she was taking for panic attacks and being bi-polar?

5) On February 29,2000 did the defendant's know that Miss Gundermam had been involved with the Womens center in Danbury Ct.for years, even prior to knowing Mr.Gombert?

6) Was Mr.Gombert in the custudy of the New Milford Police when the search and the seizure of personal property from Mr.Gombert's 1984 Firebire Reg#234NSS was done?

7) Who were the officer's involved in the search of the 1984 Fire bird Reg#234NSS?

8) What was the date and time of the Search of the 1984 Firebird Reg#234NSS?

9) Did Mr.Gombert give his permission to search the 1984 Firebird Reg#234NSS?

10) Did you know at the time the search of the 1984 firebird Reg.#234NSS, that you did not have a searchwarrent for the vehicle?

11) Did you know at the time of the search of the vehicle Reg.# 234NSS that Mr.Gombert was the sole owner of said vehicle?

12) Was Mr.Gombert given a receipt for property seized from his vehicle as Sec.54-36f.states?

13) After February 29,2000 how did you come to be in possession of mail addressed to Mr Gombert at 322a Aspetuck Ridge Road,NewMilford, Ct. ( The mail that was used to charge Mr.Gombert with Violation of a protective order & Tampering with a witness.)

14) Did you have an searchwarrent to open Mr.Gombert's mail?

15) If Miss Gunderman opened Mr.Gombert's mail,knowing that she had no legal right to do so,did you as police officer's take appropriate legal action against her?

16) After February 29,2000 did you know that Miss.Gunderman was allowing people to take Mr.Gombert's belongings without Mr.Gombert's permission to do so? From 322a Aspetuck Ridge rd.New Milford,Ct.

17) Did you know that Miss.Gunderman herself as well as her friends took property that they knew belonged to Mr.Gombert?From 322a Aspetuck Ridge rd,Newmilford,Ct.

18) What actions did you take over the theft of Mr.Gombert's belongings by Miss.Gunderman?

19) Why did you refuse to act on Mr.Gombert's valid Complaint about the theft of his belonging's from 322a Aspetuck Ridge Road,New Milford,Ct.?

20) Why have you refused to act on any crime committed by Miss. Gunderman against Mr.Gombert?

Pg.3

21) Did you give Mr.Gombert a receipt for property seized with New York Police as Sec.54-36f states? From 322a Aspetuck Ridge road, New Milford, Ct.?

22) Please explain why you allowed people to remove belongings of Mr.Gombert's without his permission and that Miss,Gunderman did not have the right to tell anyone they could take things she knew did not belong to her?

23) On January 23,2002 the Court ordered you to release the property of Mr.Gombert's that was seized. Why did it take you over a year and a second court order for you to release Mr.Gombert's property?

24) Did Patrolman Kaminski inform the Detective Bureau of the New Milford Police Department that was in charge with investigating the incident involving Mr.Gombert,That Mr.Gombert wanted to file charges against Miss Gunderman?

25) The defendant Mr.Lynch claims that he took steps to safeguard Mr.Gombert's belongings that were in plainview inside the Firebird Reg.#234NSS,Then please explain the following;
 a) Why didn't he just lock the vehicle up?
 b) Why didn't he inform Mr.Gombert that he had Mr.Gombert's belongings?
 c) Why didn't he give Mr.Gombert a receipt for those belongings?
 d) Why did he refuse to return Mr.Gombert his belonging's, when Mr.Gombert sent Mr.Panico with a signed release to retrieve the property after Mr.Gombert found out threw Miss Jill Kalinoski that his belongings were at the NewMilford Police Department?

THE PLAINTIFF;

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080

### -VERIFICATION-

I,_____,certify that I have reviewed the interrogatory responses there to and that they are true and accurate to the best of my knowledge and belief.

_____
( signature )

### -NOTARY-

Subscribed and sworn to before me this_____day of_____, 2224.

_____
( Notary Public )

My commission expires;_____.

## -REQUEST FOR PRODUCTION-

In addition to the foregoing interrogatories, the Plaintiff hereby requests that the Defendant's provide to the Plaintiff who is acting Pro se; with copies of the documents described in the following requests for production within thirty (30) days hereof.

1) Copy of any receipt's given to Mr.Gombert at the time of his arrest for property in his possession.

2) Copy's of all photo's taken of Mr.Gombert at the time of his arrest.

3) Copy's of all Photo's taken of Miss.Gunderman, for the New Milford police department.

4) Copy's of all photo's of property seized from vehicle Reg. #234NSS.

5) Copy's of all photo's taken of property seized from 322a Aspetuck ridge rd, NewMilford, Ct.

6) Copy'y of all photo's taken of the inside of 322a Aspetuck Ridge rd, NewMilford, Ct.

7) Copy's of all signed statements made by Miss Gunderman.

8) Copy's of all signed affidavit's made by Miss Gunderman.

9) Copy's of all statements or affidavit's sign by anyone involving Mr.Gombert.

10) Copy's of any search warrent for Mr.Gombert's mail.

11) List all phone calls of Mr.Gombert's that was recorded for police.

12) Copy's of any receipt's for property that was siezed by police belonging to Mr.Gombert.

## -CERTIFICATION-

This is to certify that a copy of the foregoing, Plaintiff's second set of interrogatories and request for production to defendant's, was mailed on this <u>4th</u> day of <u>November</u>, 2004. To the defendant's attorney of record Mr. James N. Tallberg at One State Street, Hartford, Ct. 06123.

                            THE PLAINTIFF;

                            *Howard John Gombert Jr.*
                            Howard John Gombert Jr. #108050
                            1153 East Street South
                            Suffield, Ct. 06080