UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : DECEMBER 29, 2004 |

**MOTION FOR EXTENSION OF TIME TO REPLY
TO PLAINTIFF'S OBJECT TO MOTION FOR SUMMARY JUDGMENT**

The Defendants Larry Lynch and William Kaminski by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of time so that their Reply to the Plaintiff's Objection to Motion for Summary Judgment is due on **January 26, 2005**.

In support of this Motion, the Defendants represent as follows:

1. By document dated December 6, 2004, plaintiff objected to Defendant's Motion for Summary Judgment.

2. Plaintiff's objection was not received by defendants' counsel until on or about December 20.

3. Plaintiff's objection raises many issues and the defendants need additional time to adequately reply to the plaintiff's Objection.

379287                                                    1

4.   A trial date has not been assigned to this matter.

5.   Because of the Plaintiff's status, the undersigned was unable to speak with him to ascertain whether he agrees or disagrees with the request.

**WHEREFORE**, the Defendants, Larry Lynch and William Kaminski, request that their Reply to Plaintiff's Objection to Motion for Summary Judgment be due on **January 26, 2005**.

> DEFENDANTS,
> LARRY LYNCH AND WILLIAM KAMINSKI
>
> By: _____
>    JAMES N. TALLBERG, ESQ.
>    Federal Bar Number Ct17849
>    UPDIKE, KELLY & SPELLACY, P.C.
>    One State St., P.O. Box 231277
>    Hartford, CT 06123-1277
>    Tel. No. (860) 548-2600

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, was mailed in the United States mail, First Class, postage prepaid this 29th day of December 2004, to the following pro se party.

Howard John Gombert, Jr. #108050  
c/o MacDougall-Walker Correctional Facility  
1153 East Street South  
Suffield, CT 06080

By: _____  
JAMES N. TALLBERG, ESQ.  
Updike, Kelly & Spellacy, P.C.