United States District Court
District of Connecticut

FILED
2005 JAN 13 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr #108050

V.S.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
Civil Action #3:01CV1913
(DJS)(TPS)

January 10, 2005

— **Plaintiff's Objection To Defendant's Motion For Extension of Time to reply to Plaintiffs object to Motion For Summary Judgment** —

The Plaintiff Howard John Gombert, respectfully askes The court To Deny The Defendant's motion For an Extension of time.

The Plaintiff objects to the Defendant's Motion For an Extension of time And Respectfully asks The Court to Deny The Defendant's Motion For the following Reasons;

1) The Defendant's still have not answered The Plaintiff's second Request For Interrogatories and Request For Production, Dated November 4, 2004.

Pg 1.

2) The Plaintiff not only agreed with the Defendant's motion For An Extension of Time For Discovery, But also Filed For An Second Extension of Time, to give the Defendant's more time to give the Plaintiff Requested Discovery materials, which For the most part the Defendant's still have not given to the Plaintiff.

3) The Defendant's have Filed For An Extension of time every step of the way in this case, in an attempt to stall this case As long as possible, while not Doing what they claim to need more time For.

4) All issues that the Plaintiff Raised in his objection To the Defendant's motion For Summary Judgment, are issues that the Defendant's have been Aware of sence the begining of this case. So thereFore the Defendant's should not need more time to Answer them.

5) As For the Defendant's not being able to reach the Plaintiff, because The Plaintiff is incarcerated. The Defendant's attorney Mr Tullberg has had no problem in Reaching the Plaintiff when it was to the Defendant's Benifit.

6) This case has dragged on for over four years now, and the Defendant's are just trying to drag it on even longer, without any valid reason for doing so.

Once again the Plaintiff respectfully asks the Court to deny the Defendant's motion for an Extension of time.

The Plaintiff,

*Howard John Gombert Jr*

Howard John Gombert Jr
1153 East Street South
Suffield, CT 06080

Pg 3.

## — CERTIFICATION —

This is to certify that a copy of the foregoing, was mailed to the Defendant's Attorney of Record Mr. James N. Tallbeeg, at One State Street, Hartford, CT. on January 10, 2005.

The Plaintiff;

*Howard John Gombert Jr*

Howard John Gombert Jr.
1153 East Street South
Suffield, CT. 06080

Pg 4.