UNITED STATES DISTRICT COURT
District of Connecticut

FILED

Howard John Gombert Jr.#108050

Vs,

Investigator Larry Lynch &
Patrolman William Kaminski

2005 FEB 18 P 2:35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CIV.NO.3:01CV1913 (DJS)(TPS)

DATE: February 13, 2005

## PLAINTIFF'S REPLY TO DEFENDANT'S REPLY TO THE PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT-

The Plaintiff once again asks the Court to Deny the Defendant's motion for Summary Judgment.
The Plaintiff has shown the existence of genuine issues of the material facts that show that the defendant's knowingly and with malice and foresight violated the plaintiff's civil right's to privacy, right's against illegal search and seizure, denied the plaintiff to equal protection under the law, Discriminated against the plaintiff, as well as violated state laws that they as police officers are sworn to uphold.

1.a. In the defendant's motion for summary judgment the plaintiff did admitt to a few of what were true facts, most of which were not relevent to the case against the defendant's. Almost all of what the defendant's claimed to be undisputed facts that are relevant in this case, the plaintiff did infact dispute! and gave the court docuwation in support of the true facts of this case against the defendant's.

b. As for the return of most of the plaintiff's property that was illegaly seized by the defendant's, and that they had "NO" legal right to have in the first place. Just because the defendant's finally returned the plaintiff's belongings after over three (3) years, and that it took two (2) seperate court orders to force the defendant's to return what they did return, does not entitle the defendants to

Pg.1

a summary judgment,nor does it make the violation of the plaintiff's right's any less.

    The defendant's knew that they were violating the plaintiff's civil right's as well as some of the same laws that it is their sworn duty as police officers to uphold,and did so with malice and forethought,therefore the plaintiff respectfully asks that the court deny the defendant's motion for summary judgment.

### Plaintiff's response to Defendant's argument

    2.a. The plaintiff gave the Court twenty-one (21) copies of documents as evidence that supported the plaintiff's claims against the defendant's,therefore the plaintiff has shown that there is evidence to show,and that a reasonable jury could return a verdict in the plaintiff's behalf.

    b. The plaintiff would also like to remind the court that while the plaintiff did show the court evidence in support of his case against the defendant's,that there is more that the defendant's are with holding from the plaintiff,which is why the plaintiff has filed a motion again to compel discovery from the defendant's.

    c. Most of what the defendant's claim as thirty-eight (38) paragraphs out of seventy-two (72) paragraphs as undisputed facts, are facts such as-

 1. defendants were both members of the New Milford police department.

 2. The plaintiff lived at 322a Aspetuck ridge rd,New Milford,Ct.with Miss Gunderman and his daughter.

 5. On the morning of febuary 29,2000 the plaintiff went to court for a motor vehicle offense.

 18. Mr.Gombert was confronted by police outside the residence of 322a Aspetuck ridge road,New Milford,Ct.

    These kinds of undisputed facts do not entitle the defendant's to a summary judgment,these are the very basic facts of this case, and are not really relevent facts.

    d. There are fifteen (15) relevent facts that are the basis of this case against the defendant's that the defendant's can not dispute.

1. On febuary 26,2000 the plaintiff was assaulted by Miss Gunderman.
2. On february 27,2000 the plaintiff and Miss Gunderman assault each other.
3. On February 29,2000 the plaintiff makes the complaint of being assaulted by Miss Gunderman on February 26,2000.
4. On February 29,2000 the plaintiff and Miss Gunderman make complaints against each other for assault on February 27,2000.
5. On february 29,2000 even though both the plaintiff and Miss Gunderman made complaints against each other,only the plaintiff was arrested.
6. On february 29,2000 the defendant's did not have a search warrent or probable cause to search the plaintiff's vehicle,yet did so any way.
7. On february 29,2000 - March 1,2000 the defendant's did not have any legal reason to search or to seize any thing from the plaintiff's vehicle.
8. The defendant's did not tell the plaintiff that they had illegaly search the plaintiff's vehicle,or tell the plaintiff that they had illegaly seized his belongings from the vehicle.
9. The defendant's did not give or send the plaintiff a reciept for his belongings that they had illegaly seized from his vehicle as state statue 54.36f. states they should have.
10. Between february 29,2000 and May 3,2000 the defendant's illegaly searched the <u>locked</u> strong box,<u>locked</u> brief case,closed gym bags and closed camera bags,that they had illegaly seized from the plaintiff's vehicle,<u>Prior</u> to getting a search warrent to do so,there fore the Defendant's violated the plaintiff's rights agaist illegal search for the second time.
11. On May 3,2000 the defendant's gave a neckless taken illegaly from the belongings out of the plaintiff's vehicle to a police officer from New York state.
12. On May 8,2000 the defendant's use an affidavit by Miss Gunderman they knew to be false,in order to get a search warrent to search the plaintiff's belongings that they had illegaly seized from the plaintiff's vehicle.

13. On June 19,2000 in family court Miss Gunderman admitts to assaulting the plaintiff on february 26,2000.

14. On November 3,2001 the plaintiff sends a notarized letter making a complaint against Miss Gunderman for the theft of the plaintiff's belongings from the residence,with an inventory of the missing property,the defendant's ignore the plaintiff's complaint.

15. On August 25,2004 the plaintiff makes a second attempt at making the complaint against Miss Gunderman for the theft of his belongings from the residence,again the complaint is ignored.

   Those are facts that can not be disputed!

   3. The defendant's claim in their motion that "The Plaintiff's reply to the motion for summary judgment consists largely of his self serving,uncorroborated affidavit", This statment by the defendant's is totaly untrue-

   a. the twenty-two (22) documents that are marked Plaintiff's exhibits one (1) thru twenty-two (22),greaty support and corroborate the plaintiff's affidavit.

   b. The defendant's can not show that any part of any affidavit that the plaintiff wrote was not truthfull!

   c. Now while the defendant's can not show that any part of the plaintiff's affidavit to be untrue,the same can not be said for the defendant's. The Plaintiff asks the Court to look at plaintiff's exhibit #24 and #25,Paragraph #4,then asks that the court look at plaintiff's exhibit #23,paragraph #3.

   Plaintiff's exhibits #24 & #25 are the affidavits by the defendants used in the "Defendant's Motion to Dismiss the Plaintiff's Complaint",dated July 7,2003.In both of their affidavits the defendants state "Paragraph #4" "I first learned that I was being sued by Mr. Gombert after May 23,2003."

   Now if the court looks at plaintiff's exhibit #23,paragraph #3, the plaintiff asks " Please list the different kinds of mail that you have recieved from Mr.Gombert at the New Milford Police department. The Defendant's response " the letters consisted of general information

regarding the law suit and copies of court motions made by Mr. Gombert as the Case proceeded."

That clearily shows that the defendants knew of this law suit prior to May 23,2003,which would mean that they lied in their affidavits.Now the plaintiff asks the court who is the one who would try to use an affidavit that is self serving and untruthfull?

4. As for the defendant's claim that the theft of the plaintiff's belongings from the residence by Miss Gunderman,being a civil matter between the plaintiff and Miss Gunderman.

a. had the defendant's not violated the plaintiff's right's to equal protection under the law,Miss Gunderman herself would have been charged with sexual assault.

b. Had the defendant's not ignored evidence at the residence,and collected the evidence that the plaintiff told them about,that would have shown that Miss Gunderman to be lying,the Plaintiff would not have been forced into taking a plea under the alford doctrine.

c. The defendant's did not tell Miss Gunderman that it was a civil matter when she claimed that she was missing some jewerly.She didn't show that she was infact missing anything.Yet on the other hand,Miss Gunderman herself showed the defendant's the plaintiff's belongings at the residence,therefore the defendant's knew that the property

the plaintiff claimed was stolden by Miss Gunderman,was infact missing and belonged solely to the plaintiff.They knew she had no rights to the Plaintiff's belongings,yet they still did not act on the plaintiff's complaint.Why is it a criminal act when Miss Gunderman makes the complaint,yet a civil Matter when the plaintiff makes the same kind of complaint?

5. The defendants own motion states the very reasons why the defendants are not entitled to Qualified Immunity.Their Motion states " The Qualified Immunity defense protects goverment officials from liability for civil damages insofar as their conduct does not violate clearly established statutory or Constitutional rights of which a reasonable person would have known."

As trained and seasoned police officers the defendants-

1. knew that they were violating the plaintiff's Constitutional Right's against illegal search and seizure when they searched the plaintiffs vehicle without a search warrent or probable cause,and illegaly remove belongings of the plaintiffs from said vehicle.

2. knew they were violating the plaintiffs Constitutional Right's they opened the sealed and,or locked belongings of the plaintiffs they had illegaly removed from the plaintiffs vehicle.

3. they were violating state statue 54-36f. when they failed to give the plaintiff a reciept for the belongings that they had illegaly seized from the plaintiff's vehicle.

4. knew that they were denying the plaintiff his Constitutional Rights as a citizen when they many times denied the plaintiff any of the protections under the laws that his Constitutional Rights guarantee him.

For those four (4) reasons alone the defendants are not entitled to use Qualified Immunity as a defense.Therefore the plaintiff once again respectfully asks that the Court deny the defendants motion for Summary Judgment.

Respectfully Submitted by
The Plaintiff;

*Howard John Gombert Jr*
Howard John Gombert Jr
1153 East street south
Suffield,Ct.06080

## -CERTIFICATION-

This is to certify that a copy of the foregoing was mailed postage prepaid on this 13th day of february 2005, to the defendant's attorney of record Mr James N. Tallberg at One state street, Hartford, Ct, 06123

The Plaintiff

*Howard John Gombert Jr*
Howard John Gombert Jr
1153 East Street south
Suffield, Ct. 06080