UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT, JR.

    v.                              CIVIL NO: 3:01CV1913 (DJS) (TPS)

LARRY LYNCH, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

    Pursuant to Local Rule 29 and at the Court's request, Ben M. Krowicki, Esquire, Kate K. Simon, Esquire, Sara R. Simeonidis, Meghan F. Pelletier and Brian R. Hole of Bingham McCutchen, LLP, One State Street, Hartford, Connecticut 06103, Tel: (860) 240-2700 are appointed as *pro bono* counsel for the plaintiff, Howard John Gombert, Jr., in the above-captioned case. Counsel are directed to contact the above-named plaintiff as soon as possible and file pro bono appearances in this case.

    Dated at Bridgeport, Connecticut this 27th day of April, 2006.

KEVIN F. ROWE, Clerk
By

/s/ Cynthia Earle

Cynthia Earle,
Staff Attorney