# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Howard John Gombert, Jr.

v.

Larry Lynch, et al.

**APPEARANCE**

CASE NUMBER:  3: 01 cv 1913 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Howard John Gombert, Jr.

June 8, 2006
Date

ct26608
Connecticut Federal Bar Number

(860) 240-2700
Telephone Number

(860) 240-2800
Fax Number

brian.hole@bingham.com
E-mail address

Signature

Brian R. Hole
Print Clearly or Type Name

Bingham McCutchen LLP, One State Street
Address

Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James Newhall Tallberg
Karsten & Dorman, LLC
29 So. Main Street
West Hartford, CT 06107

Signature   Brian R. Hole

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001