# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Howard John Gombert, Jr.

v.

Larry Lynch, et al.

**APPEARANCE**

CASE NUMBER:  3: 01 cv 1913 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Howard John Gombert, Jr.

June 8, 2006
**Date**

ct23489
**Connecticut Federal Bar Number**

(860) 240-2700
**Telephone Number**

(860) 240-2800
**Fax Number**

kate.simon@bingham.com
**E-mail address**

_/s/ Kate K. Simon_
**Signature**

Kate K. Simon
**Print Clearly or Type Name**

Bingham McCutchen LLP, One State Street
**Address**

Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James Newhall Tallberg
Karsten & Dorman, LLC
29 So. Main Street
West Hartford, CT 06107

_/s/ Kate K. Simon_
**Signature**   Kate K. Simon

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001