# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Howard John Gombert, Jr.

v.

Larry Lynch, et al.

**APPEARANCE**

CASE NUMBER:   3: 01 cv 1913 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Howard John Gombert, Jr.

| | |
|---|---|
| June 8, 2006 | _[signature]_ |
| Date | Signature |
| ct26673 | Meghan Freed Pelletier |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 240-2700 | Bingham McCutchen LLP, One State Street |
| Telephone Number | Address |
| (860) 240-2800 | Hartford, CT 06103 |
| Fax Number | |
| meghan.pelletier@bingham.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James Newhall Tallberg
Karsten & Dorman, LLC
29 So. Main Street
West Hartford, CT 06107

_[signature]_ Meghan Freed Pelletier
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001