UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HOWARD JOHN GOMBERT, JR.**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1913(DJS) |
| **LARRY LYNCH, ET AL**<br>    Defendants | : |

## ORDER

The Court having ruled on the Summary Judgment, the parties are ordered to submit their Joint Trial Memorandum on or before **October 13, 2006,** in accordance with the attached Joint Trial Memorandum Order**.** This case shall be trial ready in **November, 2006.**

**If the parties would like a settlement conference, they should contact chambers immediately. The settlement conference shall not interfere with the filing of the joint trial memorandum.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th    day of July, 2006.

/s/DJS
Dominic J. Squatrito
United States District Judge