## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT : | |
|     Plaintiff, : | |
| : | Civil Action No. |
| v. : | 3:01 CV 1913 (DJS) |
| : | |
| LARRY LYNCH and WILLIAM KAMINSKI : | |
|     Defendants : | September 11, 2006 |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Plaintiff Howard John Gombert ("Mr. Gombert") respectfully moves for an extension of time of thirty (30) days, up to and including November 13, 2006, within which to file the Joint Trial Memorandum. In support of this Motion, the undersigned represents the following:

    1.    Bingham McCutchen LLP ("Bingham") was just recently appointed as pro bono counsel for Mr. Gombert in this matter at the request of this Court after Mr. Gombert's claims survived summary judgment in part. The additional time requested is necessary to allow the undersigned and other counsel at Bingham to complete needed additional discovery to prepare this case for trial (including the Defendants' depositions which have never been taken) and to review all materials in this case, including, without limitation, pleadings, motions, discovery, depositions and rulings, and to communicate with Defendants' counsel regarding the Joint Trial Memorandum.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED
CTDOCS/1669826.1

2. A pretrial conference has not been scheduled for this case and it has not been assigned for jury selection or a trial date.

3. Counsel for the Defendants has been contacted and stated that he has no objection to the granting of this Motion.

4. This is Mr. Gombert's first request for an extension of time.

5. The current deadline for filing the Joint Trial Memorandum is October 13, 2006. If the Court grants this Motion, the Joint Trial Memorandum would be due on November 13, 2006.

WHEREFORE, Mr. Gombert respectfully moves for an extension of up to and including November 13, 2006 within which to file the Joint Trial Memorandum.

        THE PLAINTIFF,
        HOWARD JOHN GOMBERT

        By: /s/ Sara R. Simeonidis_____
          Ben M. Krowicki [ct06153]
          Kate K. Simon [ct23489]
          Sara R. Simeonidis [ct25566]
          Brian R. Hole [ct26608]
          Meghan Freed Pelletier [ct26673]
          BINGHAM McCUTCHEN LLP
          One State Street
          Hartford, CT 06103
          Tel: (860) 240-2700
          Fax: (860) 240-2818
          His Attorneys

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on this 11th day of September, 2006, to the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

/s/ Sara R. Simeonidis\_\_
Sara R. Simeonidis

-3-

CTDOCS/1669826.1