UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT, | : | NO. 3:01CV1913(DSJ) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LARRY LYNCH and WILLIAM KAMINSKI | : | SEPTEMBER 25, 2006 |
|     Defendants. | | |

### **MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY**

THE NEW MILFORD POLICE DEPARTMENT a non-party in the above captioned matter, hereby respectfully requests permission to electronically file the attached appearance and motion to quash in connection with a subpoena dated September 11, 2006, issued by plaintiff in this matter.

                                                NEW MILFORD POLICE DEPARTMENT

                                        BY_____
                                           James N. Tallberg
                                           Federal Bar No.: ct17849
                                           Karsten & Dorman, LLC
                                           29 South Main Street
                                           West Hartford, CT 06107
                                           Their Attorney
                                           jtallberg@karstendorman.com

**CERTIFICATION**

I hereby certify that on September 25, 2006 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/SS/
James N. Tallberg