```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT,                :   NO. 3:01CV1913(DSJ)
     Plaintiff,                     :
                                    :
vs.                                 :
                                    :
LARRY LYNCH and WILLIAM KAMINSKI    :   SEPTEMBER 25, 2006
     Defendants.
```

## **APPEARANCE**

Please enter the appearance of JAMES N. TALLBERG as counsel for THE NEW MILFORD POLICE DEPARTMENT in the above captioned matter, for the limited purpose of responding to a subpoena directed to the New Milford Police Department by plaintiff.

                              NEW MILFORD POLICE DEPARTMENT

                          BY_____
                            James N. Tallberg
                            Federal Bar No.: ct17849
                            Karsten & Dorman, LLC
                            29 South Main Street
                            West Hartford, CT 06107
                            Their Attorney
                            jtallberg@karstendorman.com

## **CERTIFICATION**

I hereby certify that on September 25, 2006 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/SS/
James N. Tallberg