UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HOWARD JOHN GOMBERT, JR.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 3:01CV1913(DJS) |
| **LARRY LYNCH &** | : | |
| **WILLIAM KAMINSKI,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

As a result of the telephone conference held today, October 3, 2006, the following scheduling order shall enter. This scheduling order supersedes all previous scheduling orders.

1). Plaintiff and Defendants shall file their respective motions for summary judgment on or before October 24, 2006.

2). Plaintiff and Defendants shall file their responses to the motions for summary judgment on or before November 7, 2006.

3). Plaintiff and Defendants may file sur-replies to the motions for summary judgment. Any such sur-reply must be filed on or before November 17, 2006.

4). The submission of the parties' joint trial memorandum is postponed until further notice by the court. The court shall set a date for the submission of the joint trial memorandum following the court's decision on the parties' motions for summary judgment.

**SO ORDERED** this **3rd** day of October, 2006.

          /s/DJS
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**