UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT<br>    Plaintiff, | : | |
| | : | |
| | : | Civil Action No. |
| v. | : | 3:01 CV 1913 (DJS) |
| | : | |
| LARRY LYNCH and WILLIAM KAMINSKI | : | |
|     Defendants. | : | October 23, 2006 |

## MOTION TO REOPEN DISCOVERY

The Plaintiff, Howard John Gombert ("Plaintiff"), hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 26(d) to reopen discovery for a period of sixty (60) days from the entry of the Court's order on this motion. As explained more fully in the accompanying Memorandum of Law in support hereof, the discovery period in this case expired long before the Court appointed the undersigned *pro bono* counsel to represent the Plaintiff and counsel has determined that the current discovery is inadequate to fully prepare for a disposition of all aspects of this case. The relief requested herein will have no impact on any presently scheduled court deadline.

WHEREFORE, for the reasons set forth herein and those reasons more fully set forth in the accompanying Plaintiff's Memorandum of Law, the Plaintiff respectfully requests that the Court reopen discovery for a period of sixty (60) days from the entry of the Court's order on this motion.

**NO ORAL ARGUMENT REQUESTED/
NO TESTIMONY REQUIRED**

THE PLAINTIFF,
HOWARD JOHN GOMBERT

By: *[signature]*
Ben M. Krowicki [ct06153]
Meghan Freed Pelletier [ct23633]
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Telephone: (860) 240-2700
Facsimile: (860) 240-2800
ben.krowicki@bingham.com
brian.hole@bingham.com
meghan.pelletier@bingham.com
His attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on the 23rd day of October, 2006, upon the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT  06107

　　　　　　　　　　　　　　　　　　／s／ Meghan Pelletier
　　　　　　　　　　　　　　　　　　Meghan Freed Pelletier