UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT :<br>    Plaintiff, :<br> : Civil Action No.<br>v.   : 3:01 CV 1913 (DJS)<br> :<br>LARRY LYNCH and WILLIAM KAMINSKI :<br>    Defendants. : | |

**ORDER ON PLAINTIFF'S**
**MOTION TO REOPEN DISCOVERY**

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen Discovery and the Court hereby ORDERS as follows:

1. Defendant's Motion to Reopen Discovery is hereby GRANTED/ DENIED.

2. Discovery is reopened for a period of sixty (60) days from the entry of this Order.

DONE AND ORDERED in Hartford, Connecticut on this ___ day of _____, 2006.

_____
JUDGE DOMINIC J. SQUATRITO
