Case 3:01-cv-01913-DJS   Document 97   Filed 10/24/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT<br>    Plaintiff, | :<br>:<br>:    Civil Action No.<br>:    3:01 CV 1913 (DJS)<br>:<br>:<br>:    October 24, 2006 |
| v. | |
| LARRY LYNCH and WILLIAM KAMINSKI<br>    Defendants. | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. and Local Rule 56, the Plaintiff, Howard John Gombert ("Gombert"), respectfully moves the Court for summary judgment as to Defendants', Larry Lynch and William Kaminski (collectively, "Defendants"), liability under 42 U.S.C. § 1983 for violating Gombert's Fourth Amendment rights by conducting a warrantless search and seizure of items in Gombert's car on March 1, 2000.

In its Ruling on Cross Motions for Summary Judgment dated February 15, 2005, this Court found that Defendants had unlawfully searched and seized items from Gombert's car on March 1. The Court further found that Defendants seized items from Gombert's car for "safe keeping," and not because Defendants thought the items were connected to criminal activity. Accordingly, the Court found that Defendants had violated Gombert's Fourth Amendment rights,

that Defendants' "plain view" defense is untenable, and that Defendants are not entitled to qualified immunity. These findings are supported by the undisputed facts and they are law of the case. Based on these findings, the evidence, and clear law, no reasonable jury could reach a conclusion other than that Defendants are liable to Gombert on his claim under 42 U.S.C. § 1983.

For the foregoing reasons, as more fully set forth in Plaintiff's Memorandum of Law, Local Rule 56 Statement of Facts, and the Affidavit of Brian R. Hole filed herewith, Gombert respectfully requests that the Court enter summary judgment finding that Defendants are liable to Gombert for violating his Fourth Amendment rights as secured by 42 U.S.C. § 1983.

THE PLAINTIFF,
HOWARD JOHN GOMBERT

By: _____
Ben M. Krowicki [ct06153]
Brian R. Hole [ct26608]
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Telephone: (860) 240-2700
Facsimile: (860) 240-2800
ben.krowicki@bingham.com
brian.hole@bingham.com
meghan.pelletier@bingham.com
His attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on the 24th day of October, 2006, upon the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

_____
Brian R. Hole