## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT     :
  Plaintiff,        :
             :  Civil Action No.
  v.           :  3:01 CV 1913 (DJS)
             :
LARRY LYNCH and WILLIAM KAMINSKI :
  Defendants.      :

## ORDER ON PLAINTIFF'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

    THIS CAUSE came before the Court upon Plaintiff's Motion For Partial Summary

Judgment and the Court hereby ORDERS as follows:

    Plaintiff's Motion for Partial Summary Judgment is hereby:

      GRANTED/ DENIED.

DONE AND ORDERED in Hartford, Connecticut on this ___ day of _____, 2006.

             _____
             JUDGE DOMINIC J. SQUATRITO