UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT, JR.,    :    PRISONER
    Plaintiff                  :    CIVIL ACTION NO. 3:01CV1913(DJS)
                               :
V.                             :
                               :
LARRY LYNCH and WILLIAM        :
KAMINSKI,                      :
    Defendants                 :    OCTOBER 24, 2006

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document:

**EXHIBITS A-G IN SUPPORT OF DEFENDANTS
LARRY LYNCH and WILLIAM KAMINSKI'S MOTION
FOR SUMMARY JUDGMENT**

This document has not been filed electronically because:

The documents cannot be converted to an electronic format since they exceed more than 1.5 MB.

                        DEFENDANTS,
                        LARRY LYNCH and WILLIAM KAMINSKI

                        BY_____
                        James N. Tallberg
                        Federal Bar No.: ct17849
                        Karsten & Dorman, LLC
                        29 South Main Street
                        West Hartford, CT 06107
                        Tel. 860-521-4800
                        Fax. 860-521-7500

## CERTIFICATION

I hereby certify that, on October 24, 2006, a copy of the foregoing was mailed, postage prepaid, to the following counsel of record.

Brian R. Hole, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

_____
James N. Tallberg