## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT<br>    Plaintiff, | :<br>:<br>: Civil Action No. |
| v. | : 3:01 CV 1913 (DJS)<br>: |
| LARRY LYNCH and WILLIAM KAMINSKI<br>    Defendants. | :<br>: October 24, 2006 |

### AFFIDAVIT OF BRIAN R. HOLE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The undersigned, being duly sworn, hereby deposes and says as follows:

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  I submit this affidavit in support of Plaintiffs' Motion for Partial Summary Judgment dated October 24, 2006 (the "**Motion**").

3.  I am an associate with the law firm of Bingham McCutchen LLP ("**Bingham**"), counsel for Plaintiff Howard J. Gombert ("**Gombert**").

4.  Attached hereto as Exhibit A is a true and correct copy of Gombert's complaint dated March 10, 200, which bears a file stamp dated March 12, 2003.

5.  Attached hereto as Exhibit B, is a true and correct copy of Defendants', Larry Lynch and William Kaminski (collectively, "**Defendants**"), Answer and Special Defenses dated June 30, 2004.

6.  Attached hereto as Exhibit C is a true and correct copy of Gombert's Motion for Partial Summary Judgment dated June 29, 2004.

CTDOCS/1674196.1

7.  Attached hereto as Exhibit D is a true and correct copy of Defendants' Motion for Summary Judgment and supporting Memorandum of Law dated November 23, 2004.

8.  Attached hereto as Exhibit E is a true and correct copy of Defendants' Local Rule 56 Statement in Support of Defendants Motion for Summary Judgment dated November, 23, 2004.

9.  Attached hereto as Exhibit F is a true and correct copy of the Affidavit of Larry E. Lynch dated November 23, 2004.

10. Attached hereto as Exhibit G is a true and correct copy of the Affidavit of William Kaminski dated November 23, 2004.

11. Attached hereto as Exhibit H is a true and correct copy of the Court's Ruling on Cross Motions for Summary Judgment dated February 15, 2005.

Dated at Hartford, Connecticut, this 24th day of October, 2005.

_____
Brian R. Hole

Subscribed and sworn to before me this 24th day of October, 2006.

_____
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on this 24th day of October, 2006, to the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT  06107

                                                                               Brian R. Hole

CTDOCS/1674196.1