# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
### CIVIL RIGHTS COMPLAINT

FILED

Howard John Gombert Jr.

2007 MAR 12 P 4: 57

#108050
(Plaintiff)

US DISTRICT COURT
BRIDGEPORT CT

(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

Vs.

Case No. 3:01CV1913(DJS)(TPS)
(To be supplied
by the court)

Investigator Larry Lynch

Official & Individual Capacitites

AND

Patrolman William Kaminski

Official & Individual Capacitites
(Defendant(s))

(Full name(s)and capacity,e.g.,official capacity,individual
capacity,or official and individual capacitites)(Do Not Use
et al.)

## A. PARTIES

1. Howard John Gombert Jr. is a citizen of Connecticut who
   (Plaintiff)                    (State)
presently resides at 1153 East Street South,Suffield,CT.06080
              (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: #108050


2. Defendant Investigator Larry Lynch is a citizen of Connecticut
            (name of first defendant)                (State)

whose address is NewMilford Police Dept,RT 202,NewMilford,CT.06776 .

pg 1.

and who is employed as __investigator For The NewMilford Police Dept.__
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _x_ Yes ___ No. If your answer is "Yes," briefly explain:

__Was leading Investigator,He took pictures of the injury's,and told me to give statement to Officer Kaminski to file charges.He is also the one who took my property out of my car without a searchwarrent,and has refused to return my property!__

3. Defendant __Patrolman William Kaminski__ is a citizen of __Connecticut__
    (name of second defendant)                    (State)

whose address is __NewMilford Police Dept.RT 202,NewMilford,CT.06776__

and who is employed as __Patrolman,For the NewMilford Police Dept.__
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _x_ Yes ___ No. If your answer is "Yes," briefly explain:

__Patrolman Kaminski was the officer who I told more than once I wished to file assualt charges against Miss Gunderman,He is also the officer who took the statement from me that I was told would be used to arrest Miss gunderman__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    _X_    42 U.S.C. § 1983 (applies to state prisoners)

    ___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

### C. NATURE OF THE CASE:

Briefly state the back ground of your case. On February 29,2000.I was arrested because of an domestic dispute.I was not allowed to file charges,even though it was clear that I had been assaulted.Even though police were told of two assaults taken plase within a 24 hour period, they made sure that only the assault they were charging me in was in the statements.they treated me differently than Miss Gunderman and choose to ignore any evidence that would have proven that I was a victio in the domestic dispute,that my actioms had been in self defence.they made sure that the bail was set at a amount that I could never make.It was set to make sure that I would stay in jail,not to insure that I would show up for court.

There was no investigation done before I was arrested, I was treated differently than Miss Gunderman, because I am a man. A fool could simply read her statement and see that she was not being truthfull, a little investigating would have proved it.

Then officer searched my car and took my belongings without a search warrent, my knowledge or permission. They then took the property that was in my car, under the false pretence of protecting it. Did not tell me that they had it, when I found out that they had it. They then used a false statement to go through my belongings and allowed other people to go threw my belongings both before and after they had the search warrent.

### D. CAUSE OF ACTION:

I allege that the following of my constitutional rights,Privileges or immunities have beenviolated and that the following facts form the basis of my allegations:(IF more space is needed to explain any allegation or to list additional supporting facts,continue on a blank sheet which you should lable"D.CAUSE OF ACTION.")

CLAIM I. <u>Violated my 8th Amendment,and 14th Amendment Right's,to</u> equal protection under the laws,and to a reasonable bail bond

Supporting facts:(Include all facts you consider important,including names of persons involved,places,and Dates.Describe exactly how each defendant is involved,State the factsclearly in your own words with outout citing legal authority or argument.)

When arrested I told both Officer Kaminski and Investigator lynch that I wanted to file charges of assault against Miss Gunderman,that sh had attacked me twice within a 24 hour period.I was then lead to belie- ve that I was giving a statement to file charges against her.After the statement was taken by officer Kaminski,Investigator lynch then too photo's of the injury's that were on my back and neck,he even stated that he could see a red mark on my back where Miss Gunderman had kicked me two days before.I was then lead to a cell and left alone for hours,i time I fell asleep,I remember being woke up end told to initial and sig a paper,to file the charges,they were never filed nor were they ever going to be.Infact all mention of the assault on the night of February 26,2000.was not in the statement at all,most of what was in the state- ment was turned compleatly around

When they treated me diferently than Miss Gunderman,they ignored all evidence that I was infact a victiom in the domestic dispute,that my actions had infact been in self defence.When they failed to investi- gate what had really happened,before they arrested me,they denied me any protection under the law.

In family court on June 19,2000 Miss Gunderman admitted that she

CONTUNED ON PAGE 5

pg.3.

**CLAIM II:** <u>Violated my 4th Amendment rights,against illegal search and seizure,as well as my right's to privacy.</u>

Supporting Facts: Investigator Lynch removed personal property from my 1984 Pontiac FireBird"Reg#234NSS".Which was legaly parked at my residence,in a private parking area,well away from any roadways.This property was removed without a searchwarrent,without my permission or knowledge,nor did Investigator Lynch notify me that he had taken my belongings.

When I did find out that my belongings had been taken,it was not the police that told me.Then Investigator Lynch claimed that they had taken my belongings to protect them.I never asked him to do this or anyone else for it was secure right where it was!I then sent Investigator Lou Panico from the Litchfield Public Defender's office,with a signed release to retrieve my belonging's,it was signed April 18,2000.Investigator Lynch refused to release my belonging's.

On May 8,2000.Investigator Lynch used a fictitious statement to get a search warrent to go threw my personal belongings that he had taken from my car.It is known or thought that my belongings were gone threw long before he had a searchwarrent to do so.This property has been shown to people that ha' no right or reason to be going threw it.Some officers have made rude commet: about the property,and Investigator Lynch still has not released this property to this day!

Not only did the officers violate my civil right's when they searched my vehicle.But when they failed to notify me that they had taken property of mine from my vehicle,and to give me a receipt for that property,they violated Sec.54-36F of the state laws of which they are sworn to up hold.

This show's that the officer's had no intent of telling me that they had taken my belongings,it also show's that they did not have my interestes in mind (to protect it as they later try to claim)It was not untell I had found out on my own that they had my belonging's that they had to try to come up with an excuse for taking it in the first place.

**CLAIM III:** <u>Violated my 14th Amendment right's,to equal protection under the laws as a citizen of this country.</u>

Supporting Facts:When Miss Gunderman moved from the apartment that we had shared togther.She had said that she was going to take all my belongings that were still there,and pack then up,and turn then over to my father,she never did this,all my stuff disappeared.So on November 3,2001 I wrote to Investigator Lynch.I had the letter noterized making the complaint against Miss Gunderman

I also sent a list of all the missing property with the letter.My letter was ignored,I lost everything that I owned that was in that apartment,because he would do nothing after I did ask him to protect my property.

I also informed him that I had been told she was trying to sell my 1987 Pontiac Ferio.That even though her name was also on the title,she could not sell it without my signature.So if she had sold it she had forged my signature,and asked him to look into it,this was also ignored!

Also on Febuary 27,2002 Investigator Lynch tastified in court about my belongings that he had out of my car.He lied when he said that he had a searchwarrent for the car when he took the stuff from the car.He has also et other law enforcement people,and non-law enforcement people go threw my elongings andview personal photo's and vidio tapes without my permission.

CONTUNED ON PAGE 5.

pg.4

### D. CAUSE OF ACTION:

**CLAIM 1 From page 3.**
**CONTUNED:** Attacked and assaulted me on february 26;2000.Yet still no charges were ever filed against her.Though now the assault is a matter of court record.As for the storie that she used to have me arrested,the family court judge didn't even believe her.

Also by the officers having my bail set at such a high amount that did nothing but assure that I could not have any chance of making it.They once again violated my civil right's.I have never failed to appear in court,and have both family and children that live in the area.So there was no reason to believe that I was a flight risk.


**CLAIM III From page 4.**
**CONTUNED:** Investigator Lynch has came up with every kind of excuss that he could possibly come up with over the past year .not to return my belongings to me.He has had my belongings that he illegaly took in the first place for over three years now.For the past year now Investigator Lou Pancio of the Litchfield Public defender's office has made repeated attemps to retrieve my belongings from Investigator Lynch to only get the run around,or totaly ignored by Investigator Lynck.

Yet in all of this time Investigator Lynch has no problem in letting other people,or law enforcement go threw my belongings weither or not they had any reason to do so.

He has held my belongings for over a year after a judge in Litchfield ordered it's release,still refusing to release it!

pg.5

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes _x_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

  a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

  b. Name and location of court and docket number_____

  c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

  d. Issues raised: _____
_____

  e. Approximate date of filing lawsuit:_____

  f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies.  __X__ Yes  ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

```
     I've had both attorney Chrisphor Cosgrove and Investigator
Lou Panico have spoken to both Investigator Lynch,and to proscut-
-or FLetcher was in the court When the judge in Litchfield ordered
the return of my belongings,as well as to investigate the missing
property,both order's have been ignored.I have also tryed writting
to both Investigator Lynch and to the proscutor Fletcher,to try
to settle some of these matters but got no where.
```

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal:  ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition:_____

2. Are you in imminent danger of serious physical injury?     Yes   x  No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief:

(1) Injunctive Relief: a. That they admitt that they violated my rights, and take steps to correct the damage done, and to give me the same protections under the law as any other citizen is intitled to!
 b. That criminal action be taken against those who took my property and have kept it. For them to be treated like anyone else that commited this kind of crime.
 c. That ALL be returned to me, and to have the court to order that any copy's that were made of my belongings also be returned. That I also be given a list of All that were allowed to go threw my belongings, as well as why they were allowed to do so!
(2) Compensatory damages: $70,000.00 for all the property there actions caused me to lose, and for the damage there actions caused to my life.
(3) Punitive Damages: $1,000,000.00 for the willfully and intentional total disregard, with callous indifference to my right's as a citizen of the United States Of America!

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes  X    No _____

_____     _Howard J. Hombert Jr. #109050_
Original signature of attorney (if any)     Plaintiff's Original Signature

_____
_____
_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _153 East Street South, Suffield Ct_ on _03/10/03_.
                  (location)                              (date)

_Howard J. Hombert Jr. #109050_
Plaintiff's Original Signature