# EXHIBIT C

CTDOCS/1651792.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL -2 P 3 46

U.S. DISTRICT COMMISSIONER
BRIDGEPORT CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

CIV.NO.3:01CV1913(DJS)(TPS)

DATE: June 29,2004

-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT-

Pursuant to Rule 56,Fed,R.Civ.P.,Plaintiff Mr.Howard John Gombert Jr.Requests this Court to grant him Summary Judgment as to the liability of the defendant's Investigator Larry Lynch and Patrolman William Kaminski,for damages for denying the plaintiff his Civil Right's against Illegal Search and Seizure and to equal Right's and Protections under the Law.The reasons there fore are set forth in the plaintiff's affidavit in support of this motion.

THE PLAINTIFF:

Howard John Gombert Jr.

Howard John Gombert Jr.#108050
1153 East Street South
Suffield,Ct.06080

## -ORDER-

After hearing the foregoing motion, it is hereby ordered

GRANTED  /  DENIED

_____          _____
DATE                          JUDGE / COURT CLERK

## -CERTIFICATION-

This is to certify that a copy of the foregoing **Plaintiff's Motion for Partial Summary Judgment**, was mailed postage prepaid on this 29 day of June, of the year 2004, To the defendant's attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123.

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. #168050
1153 East Street South
Suffield, Ct. 06080

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUL -2 P 3:46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Howard John Gombert Jr.#108050

Vs.

Investigator Larry Lynch &
Patrolman William Kaminski

PRISONER
CIV.NO.3:01CV1913(DJS)(TPS)

DATE: June 29, 2004

-DECLARATION IN SUPPORT OF PLAINTIFF"S MOTION FOR PARTIAL SUMMARY JUDGMENT-

   The Plaintiff, Howard John Gombert Jr. declares under penalty of perjury;

   1) I am the Plaintiff in the above intitled matter.

   2) The Plaintiff alleges that the defendant's violated my civil rights when they denied me my rights to equal protection under the law when I was assaulted by my exgirlfriend.

   3) The plaintiff's alleges that the defendant's violated my right's against illegal search and seizure, when the defendant's illegaly searched my vehicle, and removed personal from said vehicle.

   4) The defendant's violated my right's to equal protection under the law when they ignored my complaint that my property was missing from my place of residence.

   5) For reasons stated in brief submitted with this motion, these undisputed facts establish that the defendant's Investigator Larry Lynch and Patrolman William Kaminski, violated my right's to egual protections under the law, my right's against illegal search and seizure, as well as my right's to privacy. Accordingly, I am entitled to summary Judgment on my claim.

   Pursuant to 28,U.S.C.§1746,I declare under penalty of perjury that the foregoing is true and correct.

THE PLAINTIFF;

June 29, 2004
DATE

Howard John Gombert Jr.#108050
1153 East Street South
Suffield, ct. 06080

ORDER

AFTER HEARING THE FOREGOING MOTION, IT IS HEREBY ORDERED,

GRANTED / DENIED

_____          _____
DATE                            JUDGE / COURT CLERK

-CERTIFICATION-

This is to certify that a copy of the Foregoing **DECLARATION IN SUPPORT OF PLAINTIFF"S MOTION FOR PARTIAL SUMMARY JUDGMENT**, was mailed to the defendant's attorney of record, Mr. James N. Tallberg, at One State Street, Hartford, Ct. 06123. On this 29 day of June, 2004

THE PLAINTIFF:

*Howard John Gombert Jr.*
Howard John Gombert Jr. #108050
1153 East Street South
Suffield, Ct. 06080