# EXHIBIT G

CTDOCS/1651792.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR. | : PRISONER |
| | : CIVIL ACTION NO. 3:01CV1913(DJS)(TPS) |
| Plaintiff, | : |
| V. | : |
| | : |
| LARRY LYNCH & WILLIAM KAMINSKI | : |
| | : |
| Defendants. | : NOVEMBER 23, 2004 |

## AFFIDAVIT OF WILLIAM J. KAMINSKI

I, WILLIAM J. KAMINSKI, being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2. I make this affidavit based on my personal knowledge and based on my review of records created and maintained by the New Milford Police Department in the ordinary course of business.

3. At all times relevant to the complaint in this action, I was a member of the New Milford Police Department acting in my capacity as a member of said Department.

4. On February 29, 2000, at approximately 11:16 a.m., I responded to a call at New Milford Hospital regarding a domestic violence complaint made by the former live in girlfriend of

380771

plaintiff Howard J. Gombert, Jr. involving assault and sexual assault. The victim will be referred to throughout this affidavit as "J."

5. J complained to me that the plaintiff had sexually assaulted her on Sunday, February 27, 2000.

6. J complained to me that the plaintiff had bitten the nipple of her left breast hard enough to draw blood.

7. J had a blackened right eye.

8. Dr. Fred Lohse, the attending ER physician, and Kathleen Woods, R.N., examined J and completed a sex crimes kit.

9. The kit (Evidence # 00-98-PR) was sealed by Nurse Woods and taken as evidence.

10. J was photographed showing the injuries she suffered.

11. I took a handwritten detailed statement from J while at the emergency room.

12. A more detailed statement was later taken by Investigator Larry E. Lynch and Officer Wheeler at the New Milford Police Department.

13. It was determined later that day at the New Milford Police Department that the plaintiff would be arrested for sexual assault, based on the complaint made by J and the physical evidence that she had been assaulted.

380771

2

14. On February 29, 2000, at approximately 5:46 p.m., Sgt. Duda, Sgt. Buckley, Officer Marino, Officer Nunnink, and I traveled to 322A Aspetuck Ridge Road, New Milford, and arrested the plaintiff.

15. The plaintiff was confronted by the police outside 322A Aspetuck Ridge Road.

16. He fled on foot but was captured.

17. The plaintiff admitted to us that he bit J on her breast.

18. The plaintiff was charged with sexual assault in a cohabiting relationship in violation of Connecticut General Statutes § 53a-70b; risk of injury to a minor in violation of Connecticut General Statutes § 53-21; and assault in violation of Connecticut General Statutes § 53a-61.

19. The plaintiff later pleaded guilty under the Alford doctrine to the charges against him.

20. I transported the plaintiff from 322A Aspetuck Ridge Road to New Milford Police Headquarters and then I returned to 322A Aspetuck Ridge Road to safeguard the house until we could obtain a search warrant to search the residence and seize evidence.

21. On March 1, 2000, the day after the plaintiff was arrested, we obtained a search warrant and consent from J and searched the plaintiff's house.

22. A listing of the property that we seized is contained in Incident Report No. 00-167-OF, attached hereto as Exhibit 1.

380771

3

23. After March 1, 2000, the plaintiff's case was handled by the Detective Division and I had no further involvement.

I have read the foregoing affidavit consisting of four pages. It is true and accurate to the best of my knowledge.

*/s/ William J. Kaminski*
WILLIAM J. KAMINSKI
Affiant

Subscribed and sworn to before me
This 23rd day of November, 2004.

*/s/*
Commissioner of the Superior Court
Notary Public/My Commission Expires: SEPT 30, 2008

**BRIAN C. BOLLARO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2008

380771

4