UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT,<br>    Plaintiff, | : | NO. 3:01CV1913(DSJ) |
| vs. | : | |
| LARRY LYNCH and WILLIAM KAMINSKI<br>    Defendants. | : | OCTOBER 24, 2006 |

### AFFIDAVIT OF HENRY MARINO

I, HENRY MARINO, do hereby depose and swear that:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I make this affidavit based upon my own personal knowledge and observations as well as information received from credible witnesses.

3. At all times relevant to the complaint in this action, I was a member of the New Milford Police Department ("NMPD") acting in my capacity as a member of the NMPD.

4. At the time of the plaintiff's arrest on February 29, 2000, I was a Patrol Officer. I have since become an Investigator.

5. On February 29, 2000, I was one of the Officers who helped take the plaintiff into custody outside his residence at 322A Aspetuck Ridge Road, New Milford, CT (the "Residence").

6. On February 29, 2000, at approximately 5:46 p.m., when we arrived to arrest the plaintiff, he attempted to flee on foot, but was apprehended in the woods.

7. On February 29, 2000, when we arrived, there was a white Pontiac Firebird (the "Firebird") parked at the Residence.

8. When the plaintiff was arrested, the rear hatch of the Firebird was in the open position.

9. After the plaintiff was apprehended and removed from the scene, I had no further involvement with his case.

10. The foregoing is true and accurate to the best of my personal knowledge and belief.

_____
HENRY MARINO

Subscribed and sworn to before me, this 23rd day of October, 2006.

MARIANNE ARANCIO STILSON
*Notary Public*
MY COMMISSION EXPIRES FEB. 28, 2009

_____
Notary Public / Commissioner of the Superior Court