UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT : | |
|     Plaintiff, : | |
| : | Civil Action No. |
| v. : | 3:01 CV 1913 (DJS) |
| : | |
| LARRY LYNCH and WILLIAM KAMINSKI : | |
|     Defendants. : | November 7, 2006 |

**PLAINTIFF'S MOTION PURSUANT TO
RULE 56(f) IN RESPONSE TO DEFENDANTS'
RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(f), the Plaintiff, Howard John Gombert ("Gombert"), respectfully moves the Court to deny the Renewed Motion for Summary Judgment filed by Defendants Larry Lynch and William Kaminski (collectively, "Defendants"), dated October 24, 2006, or, in the alternative, order a continuance of sixty (60) days from the Court's ruling on this Motion to permit Gombert to conduct discovery. Gombert represents that the requested extension is necessary to afford him sufficient time to conduct discovery related to the factual issues raised by Defendants' summary judgment motion, particularly with respect to Defendants' newly asserted "safekeeping" or "community caretaking" exception to the Fourth Amendment's warrant requirement, and to respond to them.

**NO ORAL ARGUMENT REQUESTED /
NO TESTIMONY REQUIRED**

CTDOCS/1675024.1

In support hereof, Gombert submits his Memorandum of Law and the Affidavit of Kate K. Simon filed herewith. This is Gombert's first motion under Rule 56(f).

For the foregoing reasons, as more fully set forth in Plaintiff's Memorandum of Law and the Affidavit of Kate K. Simon, filed herewith, Gombert respectfully requests that the Court enter an order denying Defendants' Renewed Motion for Summary Judgment or, alternatively, granting him a continuance to conduct discovery necessary to respond to Defendants' Renewed Motion for Summary Judgment.

THE PLAINTIFF,
HOWARD JOHN GOMBERT

By: /s/ Kate K. Simon
    Ben M. Krowicki [ct06153]
    Kate K. Simon [ct23489]
    Brian R. Hole [ct26608]
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT 06103
    Telephone: (860) 240-2700
    Facsimile: (860) 240-2800
    ben.krowicki@bingham.com
    kate.simon@bingham.com
    brian.hole@bingham.com
    His attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on the 7th day of November, 2006, upon the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT  06107

                                                         /s/ Kate K. Simon
                                                         Kate K. Simon