# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

Howard John Gombert, Jr.

V.

Larry Lynch, et al.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1]  3:01 cv 1913 (DJS)

TO: Keeper of the Records
New Milford Police Department
49 Poplar Street, Route 202
New Milford, CT 06776

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Bingham McCutchen LLP, One State Street, Hartford, CT 06103 | September 25, 2006 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Sara Simeonidis*    Attorney for Plaintiff | September 11, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Sara R. Simeonidis, Esq. of Bingham McCutchen LLP, One State Street, Hartford, CT 06103
(860) 240-2700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE A

1. Produce any and all documents, including but not limited to training manuals, employee manuals and employee handbooks, concerning, relating, referring to or evidencing policies, procedures or practices of the New Milford Police Department ("NMPD"), operative at any point during the period beginning January 1, 2000 through the present, for:

    (a) obtaining search warrants;

    (b) conducting searches and/or seizures pursuant to a warrant;

    (c) conducting searches and/or seizures without a warrant;

    (d) collecting, processing, cataloging and/or handling seized property;[1]

    (e) collecting, processing, cataloging and/or handling property held for "safe-keeping" as that term is used by the NMPD;

    (f) documenting[2] or recording the identity of individuals and/or entities who request, receive or are granted access to seized property and/or property held for "safe-keeping," as that term is used by the NMPD;

    (g) sharing, transferring or releasing seized property and/or property held for "safe-keeping," as that term is used by the NMPD, to or with other law enforcement agencies or officials, including, but not limited to, policies, procedures or practices concerning or relating to the return, or attempts to secure the return, of any such property to the NMPD;

    (h) documenting or recording the disposition of seized property and/or property held for "safe-keeping," as that term is used by the NMPD; and

    (i) the New Milford Police Department Document Retention Policy or any other policies, procedures or practices for retaining documents including but not limited to search warrants, inventories, logs, police files or records of any investigations.

2. The NMPD's file, in its entirety, and/or any other documents and/or communications, concerning, relating or referring to Howard John Gombert and/or records of any investigation of Mr. Gombert.

3. Any and all search warrants (including any and all affidavits or statements made in support thereof) prepared, applied for or received concerning, relating or referring to Howard

---

[1] The word "property" as used herein includes, without limitation, any tangible or intangible item regardless of its form.

[2] In addition to its ordinary meaning, the word "document" as used herein includes, without limitation, any electronic or other means of storing information.

John Gombert, Jane M. Gunderman, or property taken, collected or retrieved from 322A Aspetuck Ridge Road, New Milford, Connecticut (the "Residence") or that certain Pontiac Firebird bearing Connecticut registration 234NSS (the "Firebird;" property taken, collected or retrieved from the Residence and the Firebird is collectively referred to as the "Property").

    4.    Any and all documents concerning, relating, referring to, or evidencing any and all individuals at the NMPD who:

    (a)    prepared, applied for or received a search warrant as referenced in Request No. 3;

    (b)    participated in any search of the Residence or the Firebird;

    (c)    participated in taking, collecting and/or retrieving any of the Property;

    (d)    participated in any searching, reviewing and/or viewing any of the Property.

    5.    Any and all documents concerning, relating and/or referring to any and all requests from any individual(s) and/or entity to review, view, gain access to, search or take possession of any of the Property.

    6.    Any and all documents concerning, relating, referring to or evidencing the disposition of the Property from the date it was taken, collected or retrieved, on or about March 1, 2000, through the present, including but not limited to documents concerning, relating, referring to or evidencing:

    (a)    any and all individuals or entities who had possession of any of the Property;

    (b)    the period(s) of time that each such individual or entity had possession of the Property;

    (c)    where the Property was kept, maintained or located during each such period of time;

    (d)    the purpose or reason that each such individual or entity was given possession of the Property.

    7.    Any and all documents, including but not limited to records or logs, concerning, relating, referring to or evidencing each and every time the Property was accessed, viewed or reviewed including with respect to each such access, viewing or review, information regarding:

    (a)    who was granted such access, viewing or review;

    (b)    the date(s) on which such access, viewing or review was granted;

    (c)    the location where such access, viewing or review took place;

      (d)    the purpose or reason such access, viewing or review was permitted;

      (e)    any person, including but not limited to NMPD personnel, who oversaw, supervised or was present during such access, viewing or review.

8.    Any and all documents cataloguing the Property (including, but not limited to, the specific Property located within the containers and/or bags taken, collected or retrieved from the Firebird) including, but not limited to, lists or inventories made, created or maintained by the NMPD or any other person or entity, "Possessed Property Receipts" listing items of the Property taken or received by other law enforcement agencies or officials, and any inventory list(s) created for or in response to any request or order by any court to document and/or inventory the Property.

9.    Any and all documents concerning, relating or referring to the release, return or destruction of the Property including, but not limited to, requests, motions, court orders, court decisions or other court filings and all documents concerning, reflecting or referring to the ultimate disposition or destruction of the Property.