# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR.<br>Plaintiff, | CIVIL ACTON NO.:<br>3:01 CV 1913 (DJS) |
| v. | |
| LARRY LYNCH AND WILLIAM KAMINSKI<br>Defendants. | SEPTEMBER 22, 2006 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the Plaintiff Howard John Gombert, Jr. will take the deposition upon oral examination of the Defendant Larry Lynch on October 25, 2006 at 10:00 a.m., at the offices of Bingham McCutchen LLP, One State Street, Hartford, Connecticut 06103 before a notary public or other competent authority. The deposition will be recorded by stenographic means and will continue from day to day until completed. You are invited to attend and cross-examine.

PLAINTIFF,
HOWARD JOHN GOMBERT, JR.

*/s/ Sara Simeonidis/*
Ben M. Krowicki [ct 06153]
Sara R. Simeonidis [ct25566]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: ben.krowicki@bingham.com
Email: sara.simeonidis@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, a copy of the foregoing Notice of Deposition was sent via first class U.S. certified mail, return receipt requested to the following counsel of record:

>James Newhall Tallberg, Esq.
>Karsen & Dorman LLC
>29 South Main Street
>West Hartford, Connecticut 06107

*Sara R. Simeonidis*
Sara R. Simeonidis

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, JR.<br>Plaintiff, | CIVIL ACTON NO.:<br>3:01 CV 1913 (DJS) |
| v. | |
| LARRY LYNCH AND WILLIAM KAMINSKI<br>Defendants. | SEPTEMBER 22, 2006 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the Plaintiff Howard John Gombert, Jr. will take the deposition upon oral examination of the Defendant William Kaminski on October 26, 2006 at 10:00 a.m., at the offices of Bingham McCutchen LLP, One State Street, Hartford, Connecticut 06103 before a notary public or other competent authority. The deposition will be recorded by stenographic means and will continue from day to day until completed. You are invited to attend and cross-examine.

PLAINTIFF,
HOWARD JOHN GOMBERT, JR.

*/s/ Sara Simeonidis*
Ben M. Krowicki [ct 06153]
Sara R. Simeonidis [ct25566]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: ben.krowicki@bingham.com
Email: sara.simeonidis@bingham.com

CTDOCS/1669978.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, a copy of the foregoing Notice of Deposition was sent via first class U.S. certified mail, return receipt requested to the following counsel of record:

>James Newhall Tallberg, Esq.
>Karsen & Dorman LLC
>29 South Main Street
>West Hartford, Connecticut 06107

_____
Sara R. Simeonidis