UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT, JR., | : | CIVIL ACTION NO. 3:01CV1913(DJS) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY LYNCH and WILLIAM KAMINSKI, | : | |
| Defendants | : | NOVEMBER 7, 2006 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**LOCAL RULE 56(a)1 STATEMENT OF FACTS**

Pursuant to Local Rule 56(a)2, defendants Larry Lynch and William Kaminski respectfully submit this Response to the plaintiff's Local Rule 56(a)1 Statement of Facts in Opposition to the plaintiff's Motion for Partial Summary Judgment.

**FACTS**

1. Admitted.

2. Admitted only insofar as the plaintiff was arrested by members of the New Milford Police Department ("NMPD") on February 29, 2000. Defendant Lynch was not present and did not participate in the February 29, 2000 arrest. Affidavit of Larry Lynch of 10/24/06 (hereinafter "Lynch Aff."), ¶4.

3. Admitted, only insofar as Defendant Lynch removed certain items that were inventoried. Affidavit of Larry Lynch of 10/24/06 (hereinafter "Lynch Aff."), ¶44.

4. Admitted.

5. Admitted only insofar as the March 1 warrant concerned a search of the home. Denied that the defendants were not authorized to remove items from the car for safekeeping. Lynch Aff., ¶51.

6. Admitted.

7. Denied that defendants "searched and seized." Admitted that Investigator Lynch removed items that were in plain view in the car for safekeeping. Lynch Aff., ¶51. Denied to the extent that this calls for a legal conclusion.

8. Admitted with respect to Investigator Lynch. Denied with respect to Investigator Kaminski. Lynch Aff., ¶51; Affidavit of William Kaminski of 10/24/06, ¶¶22, 24.

9. Denied that the defendants "seized" items from the plaintiff's car. Admitted that a warrant was obtained on May 8, 2000 to search contents of containers that were held for safekeeping. Lynch Aff., ¶51.

DEFENDANTS,
LARRY LYNCH and WILLIAM KAMINSKI


BY   /SS/
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Dorman, LLC
    29 South Main Street
    West Hartford, CT 06107
    Their Attorney
    Tel. 860-521-4800
    Fax. 860-521-7500
    jtallberg@karstendorman.com

## **CERTIFICATION**

I hereby certify that, on November 7, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/SS/ _____
James N. Tallberg