## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT : | |
|     Plaintiff, : | |
| : | Civil Action No. |
| v. : | 3:01 CV 1913 (DJS) |
| : | |
| LARRY LYNCH and WILLIAM KAMINSKI : | |
|     Defendants. : | January 19, 2007 |

### AFFIDAVIT OF BRIAN R. HOLE IN OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

The undersigned, being duly sworn, hereby deposes and says as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this affidavit in support of Plaintiffs' Reply Brief in Support of His Motion for Partial Summary Judgment dated January 19, 2007 and in support of Plaintiffs' Opposition to Defendants' Renewed Motion for Summary Judgment dated January 19, 2007.

3. I am an associate with the law firm of Bingham McCutchen LLP ("**Bingham**"), counsel for Plaintiff Howard J. Gombert ("**Gombert**").

4. Attached hereto as Exhibit A is a true and correct copy of the transcript of the Deposition of J dated December 13, 2006.

5. Attached hereto as Exhibit B, is a true and correct copy of the transcript of the Deposition of William J. Kaminski dated November 30, 2006.

6. Attached hereto as Exhibit C is a true and correct copy of the transcript of the Deposition of Larry E. Lynch dated December 5, 2006.

CTDOCS/1681581.1

7. Attached hereto as Exhibit D is a true and correct copy of the transcript of the Deposition of James M. Mullin dated November 29, 2006.

8. Attached hereto as Exhibit E is a true and correct copy of the May 8 Warrant documents, including Connecticut Superior Court Form JD-CR-52 Property Seized Under Search Warrant, Search and Seizure Affidavit and Application, Search and Seizure Warrant, and Inventory Form.

9. Attached hereto as Exhibit F is a true and correct copy of the New Milford Police Department Evidence Seizure Form dated May 9, 2000.

10. Attached hereto as Exhibit G is a true and correct copy of the New Milford Police Department Inventory Tracking Report dated March 26, 2004.

11. Attached hereto as Exhibit H is a true and correct copy of pictures taken by the New Milford Police Department of seized evidence dated May 9, 2000.

12. Attached hereto as Exhibit I is a true and correct copy of a New Milford Police Department memorandum to All Department Personal Regarding Department Order 89-03 - Search and Seizure, dated June 8, 1989.

13. Attached hereto as Exhibit J is a true and correct copy of the March 1 Warrant documents, including Connecticut Superior Court Form JD-CR-52 Property Seized Under Search Warrant, Search and Seizure Affidavit and Application, Search and Seizure Warrant, and Inventory Form.

14. Attached hereto as Exhibit K is a true and correct copy of New Milford Police Department's Consent to Search Form dated March 1, 2000.

15. Attached hereto as Exhibit L is a true and correct copy of the New Milford Police Department Evidence Seizure Form dated March 1, 2000.

16. Attached hereto as Exhibit M is a true and correct copy of New Milford Police Department's Consent to Search form dated April 17, 2000.

17. Attached hereto as Exhibit N is a true and correct copy of letters by and through Gombert directing the return of his property dated April 12, 2000, November 3, 2001, January 29, 2003, February 6, 2003, March 18, 2003, August 18, 2003, October 6, 2003, October 24, 2003, October 29, 2003 and August 25, 2004.

18. Attached hereto as Exhibit O is a true and correct copy of the March 31, 2004 Possessed Property Receipt signed by Lou Panico.

19. Attached hereto as Exhibit P is a true and correct copy of J's February 29, 2000 statement.

20. Attached hereto as Exhibit Q is a true and correct copy of photographs depicting certain bags located inside Gombert's Firebird taken by the New Milford Police Department on or about March 1 or March 2, 2000.

21. Attached hereto as Exhibit R is a true and correct copy of the New Milford Police Department Incident Report dated March 2, 2000.

22.     Attached hereto as Exhibit S is a true and correct copy of the New Milford Police Department Incident Report dated June 26, 2003.

23.     Attached hereto as Exhibit T is a true and correct copy of the Possessed Property Report dated March 3, 2000 signed by Randy Tompkins.

24.     Attached hereto as Exhibit U is a true and correct copy of Form JD-CR-18 Inventory of Property Seized Without A Warrant dated March 9, 2000.

25.     Attached hereto as Exhibit V is a true and correct copy of the transcript of the Deposition of Howard J. Gombert, Jr. dated August 4, 2004.

Dated at Hartford, Connecticut, this 19th day of January, 2007.

            ____/s/ Brian R. Hole_____
            Brian R. Hole

Subscribed and sworn to before me this 19th day of January, 2007.

            _____/s/ Sara R. Simeonidis____
            Commissioner of the Superior Court

**<u>CERTIFICATION</u>**

      I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on this 19th day of January, 2007, to the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
8 Lowell Road
West Hartford, CT  06119

                                    _____/s/_____
                                      Brian R. Hole