**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HOWARD JOHN GOMBERT | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:01 CV 1913 (DJS) |
| | : | |
| LARRY LYNCH and WILLIAM KAMINSKI | : | |
| Defendants. | : | January 19, 2007 |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiff, Howard John Gombert has manually filed the following

document:

Affidavit of Brian R. Hole in Support of Plaintiffs' Opposition to Defendants' Renewed

Motion for Summary Judgment with Exhibits A through V in Opposition to Defendants'

Renewed Motion for Summary Judgment.

 The document has not been filed electronically because:

[   ]    the document cannot be converted to an electronic format

[ X ]    the electronic file size of the document exceeds 1.5 megabytes

[   ]    the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d)

[   ]    Howard John Gombert is excused from electronically filing this document by Court
order.

CTDOCS/1681580.1

THE PLAINTIFF,
HOWARD JOHN GOMBERT


By:____/s/_____
    Ben M. Krowicki [ct06153]
    Sara R. Simeonidis [ct25566]
    Brian R. Hole [ct26608]
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT 06103
    Tel:  (860) 240-2700
    Fax:  (860) 240-2818
    His Attorneys

CTDOCS/1681580.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on this 19th day of January, 2007, to the following counsel of record:

James N. Tallberg, Esq.
8 Lowell Road
Karsten, Dorman & Tallberg, LLC
West Hartford, CT  06119


___/s/_____
Brian R. Hole

CTDOCS/1681580.1