```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT, JR.,:     CIVIL ACTION NO. 3:01CV1913(DJS)
     Plaintiff          :
                        :
v.                      :
                        :
LARRY LYNCH and WILLIAM :
KAMINSKI,               :
     Defendants         :     JANUARY 23, 2007
```

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLIES REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the undersigned counsel for defendants **LARRY LYNCH** and **WILLIAM KAMINSKI** respectfully moves this Court for an extension of 10 days, from January 29, 2007 to **February 8, 2007,** to file sur-replies regarding the pending Cross Motions for Summary Judgment. The basis for this request is as follows:

    1. On Friday, January 29, 2007, after 9:00 p.m., the plaintiff filed 5 separate documents regarding the pending Cross Motions for Summary Judgment, including: 1) a 39 page Memorandum in Opposition to the Defendants' Motion for Summary

Judgment; 2) a 15 page Counterstatement of Facts; 3) a 5 page Affidavit; 4) an 11 page Reply Brief in Support of Plaintiff's Motion for Summary Judgment; and 5) a 15 page Statement of Undisputed Facts.

2. On this date, January 23, 2007, the plaintiff had hand delivered to the Court, with a copy to counsel, a stack of documents that were manually filed, including plaintiff's exhibits A though V.

3. Because the plaintiff's Exhibits were too large to electronically file, they were just delivered today. The stack of documents delivered by the plaintiff today is more than 2 inches thick.

4. The defendants cannot reasonably be expected to respond to this voluminous filing within the next five business days and require at least 10 extra days to digest this information and prepare a response.

5. On January 23, 2007, the undersigned conferred with plaintiffs' counsel, Brian Hole, who indicated that he did not take a position regarding this request.

6. This is the first requested enlargement of this deadline by the undersigned; however, the request is prompted primarily by the breadth of the plaintiff's recent filing, not lack of diligence of counsel or the parties.

WHEREFORE, the defendants respectfully request this 10 day extension of the deadline to file sur-replies regarding the Cross Motions for Summary Judgment.

```
                              DEFENDANTS,
                              LARRY LYNCH and WILLIAM KAMINSKI

                              BY   /SS/
                                  James N. Tallberg
                                  Federal Bar No.: ct17849
                                  Karsten & Dorman, LLC
                                  29 South Main Street
                                  West Hartford, CT 06107
                                  Their Attorney
                                  Tel. 860-521-4800
                                  Fax. 860-521-7500
                                  jtallberg@karstendorman.com
```

## **CERTIFICATION**

I hereby certify that, on January 23, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/SS/
James N. Tallberg