1  them, just it's listing items.

2    Q.    Do you recall where those items may have
3  been taken from?

4    A.    That doesn't show me that here.

5    Q.    (Pointing.)

6    A.    Oh, a black sports bag, maroon premiere
7  collection bag with brown trim, a brown leather bag.

8    Q.    So are those, the items that you are now
9  listing off the top of those, the items that were
10 removed from the Firebird on March 1 or March 2, if
11 you recall?

12    A.    Apparently so.

13    Q.    How many items are listed on that form, NMPD
14 01103?

15    A.    I count 33.

16    Q.    If you could then also turn your attention
17 to what we previously marked as Lynch 5, and we
18 discussed this exhibit before, and I think you
19 testified that the items listed in the Exhibit likely
20 are items removed from the various bags that had been
21 previously removed from the Firebird.

22    Do you recall that?

23    A.    Right.

24    Q.    Would you agree that there are a
25 substantially larger number of items in Lynch 5 than

1 are listed in Lynch 4?

2    A.    It appears to be.

3    Q.    Can you explain the discrepancy?

4          MR. TALLBERG: Objection to form.

5    A.    I don't really have a clear recollection of
6 why. I can't explain it.

7 BY MR. HOLE:

8    Q.    Are you aware of any other document that is
9 a return to court, that's similar to the document with
10 NMPD 01103 that lists the property taken from the bags
11 on March 9 -- I'm sorry, May 9?

12         MR. TALLBERG: Objection to form.

13   A.    Not that I'm aware of.

14 BY MR. HOLE:

15   Q.    We discussed the May 9, May 8 warrant that
16 is Lynch 4 before the lunch break, and we also
17 discussed the process of photographing the evidence
18 that was inventoried pursuant to the warrant.

19         Do you recall that?

20   A.    Yes.

21   Q.    Do you recall photographing the evidence
22 that was taken from the bags on May 9?

23         MR. TALLBERG: Objection. Asked and
24 answered. You can answer again if you'd like.

25   A.    I took pictures, a lot of pictures, I know.

1  I remember that.
2  BY MR. HOLE:
3    Q.   Do you know when you took the pictures?
4         MR. TALLBERG: Objection to form.
5    A.   I don't recall the specific.
6  BY MR. HOLE:
7    Q.   Assuming you inventoried the properties from
8  the bags on May 9, which it appears that you did
9  pursuant to Lynch 5, would you also have photographed
10 those items on May 9?
11   A.   Not necessarily. Not necessarily.
12   Q.   Why wouldn't you have photographed them on
13 the day you were inventorying them?
14        MR. TALLBERG: Objection to form.
15   A.   Time. The evidence is in the evidence room
16 locked down. As I said before, when time permits, you
17 go in there and try to keep up on stuff in the
18 evidence room, at which time you can process stuff,
19 you know, some forensic stuff. You can process some
20 items, photographing things. I mean, there is nothing
21 that -- a blanket thing that says the photograph is
22 taken right then and there.
23 BY MR. HOLE:
24   Q.   Is there a policy and procedure of the
25 New Milford Police Department that was in place in the

Page 114

1  year 2000 that you are aware of with respect to
2  photographing evidence when it's being seized and
3  searched?
4              MR. TALLBERG: Objection to form.
5     A.    I believe there is some documentation to
6  that effect at the time of seizure out in the field.
7  BY MR. HOLE:
8     Q.    And would that documentation require you to
9  take photographs when you search and seize items?
10             MR. TALLBERG: Objection to form.
11    A.    At the time that's usually what's done.
12             MR. HOLE: Could you mark those,
13  please.
14             (Lynch Exhibit 8, Color photocopies
15              of original photographs produced by the
16              New Milford Police Department, 11
17              pages, marked for identification.")
18  BY MR. HOLE:
19    Q.    You've just been handed a series of
20  photographs that collectively are marked as Lynch
21  Exhibit 8, and they consist of -- they are color
22  photocopies of original photographs that were produced
23  to us by the New Milford Police Department, and it
24  consists of 11 pages worth of photographs. The
25  photographs generally appear two per page, and each

1   Q.   Do you recall taking anything from 322A
2  Aspetuck Ridge Road in April of 2000, seizing any
3  property?
4            MR. TALLBERG:  Objection to form.
5   A.   I don't remember.  I don't remember a
6  specific date.
7  BY MR. HOLE:
8   Q.   Do you recall --
9   A.   Do you have some kind of a document or
10 something like that you could refresh me with?
11  Q.   Do you recall taking any property from 322A
12 Aspetuck Ridge Road on any other date beside March 1
13 or March 2?
14           MR. TALLBERG:  Objection to form.
15  A.   I can't recall it offhand right now.
16 BY MR. HOLE:
17  Q.   Is it possible?
18           MR. TALLBERG:  Objection to form.
19  A.   I can't recall.  I don't remember.
20 BY MR. HOLE:
21  Q.   After the items were removed from
22 Mr. Gombert's car on March 1 or March 2, did there
23 ever come a time when Mr. Gombert requested them back?
24           MR. TALLBERG:  Objection to form.
25  A.   Yeah, I believe he did.

Page 134

1   Q.   You don't recall when the first time you
2 received correspondence from Howard requesting
3 property?
4   A.   I'd have to look at it.
5   Q.   Do you think it was in 2000?
6   A.   Oh, I'm sure it was after that.  Well, I
7 don't know.
8   Q.   Ordinarily in your practice, in the 30-plus
9 years that you've been a police officer, if you were
10 holding property for safekeeping and the owner
11 requested its return, would you return it?
12            MR. TALLBERG:  Objection to form.
13  A.   Yes.  If it's not a subject of a court
14 order.
15 BY MR. HOLE:
16  Q.   You also mentioned Lou Panico, that he came
17 to the New Milford Police Department requesting Howard
18 Gombert's property.
19            Do you recall that?
20  A.   Yes.
21  Q.   Did you have more than one conversation with
22 Lou Panico regarding Howard Gombert's property?
23  A.   Gee, I don't remember really.  I don't
24 remember.
25  Q.   Do you have any specific recollection of any

1 consent to search and making the papers that resulted

2 in the March 1 search warrant, were you investigating

3 Howard Gombert for a crime other than the alleged

4 crime against J?

5           MR. TALLBERG:  Objection to form.

6    A.    No.  I was not the architect of this consent

7 to search.  My signature is on the search warrant, and

8 that's what I was dealing with.

9 BY MR. HOLE:

10   Q.    I understand.  But when you were putting --

11 when these papers were being put together, your

12 signature on Mullin 8, and you said that you had seen

13 this consent to search in Mullin 9 previously, do you

14 know whether Howard Gombert was being investigated for

15 crimes other than the alleged crime against J?

16          MR. TALLBERG:  Objection to the form.

17   A.    To my knowledge, no.

18 BY MR. HOLE:

19   Q.    To your knowledge, he was not being

20 investigated for other crimes?

21   A.    Are you referring to the New York State

22 thing?

23   Q.    Anything.

24   A.    To my knowledge, we were dealing with the

25 complaint of J.

```
 1  know -- and Jane had been making some noise about the
 2  car being over there, so --
 3     Q.   When you say Jane --
 4          MR. TALLBERG:  J.
 5     A.   Or I mean J.
 6  BY MR. HOLE:
 7     Q.   -- J was making noise about the car being
 8  over there, can you describe that for me?
 9     A.   Just said the car was over there.
10     Q.   Did she make noise about the car being over
11  there to you?
12     A.   No.  I heard that, I think, from other
13  officers that reported their findings to me.
14     Q.   Do you remember from whom you heard it?
15     A.   No, I don't.
16     Q.   Did you hear it on March 1?
17     A.   I probably did at the house, yeah.
18     Q.   Do you recall hearing about the white
19  Firebird or like vehicle located on the property at
20  any point before March 1?
21     A.   I didn't hear about it, no.
22     Q.   If you could take another look at Mullin 15,
23  please, do you recall looking at this document before?
24     A.   Yes.
25     Q.   And it is an April 27, 2000 statement from
```

Page 177

1   Q.   So you based the removal of items from the
2 Firebird on the fact that no one would be around to
3 protect it?
4   A.   Right.
5   Q.   And Jane was not staying --
6            MR. TALLBERG:   Objection.
7 BY MR. HOLE:
8   Q.   And J was not staying at the residence on
9 March 1 or 2 because she feared that Howard would be
10 released from jail; is that correct?
11  A.   I would presume that, yeah, she was
12 concerned if he made bond.
13  Q.   Have you conducted in your 30-plus years of
14 police work any safekeeping searches?
15           MR. TALLBERG:   Objection to form.
16  A.   I don't use that term "safekeeping
17 searches." Safekeeping is the status of property. It
18 has nothing to do with how you obtain it.
19 BY MR. HOLE:
20  Q.   How would you obtain property that's held
21 for safekeeping?
22  A.   It could be turned in to you. It could be
23 lost or stolen -- not lost or stolen, but lost. It
24 could be found property.
25  Q.   Were you keeping the items removed from the

12/5/2006                    Gombert v. Lynch                    Larry Lynch

Page 178

```
 1  Firebird for safekeeping?
 2              MR. TALLBERG:  Objection to form.
 3       A.     Yes.  On the basis of the information that I
 4  had at the time, and given that whole scenario of how
 5  it got there, what it was, yes.
 6  BY MR. HOLE:
 7       Q.     Were there items in the residence that you
 8  didn't take from the residence?
 9       A.     Oh, yeah.
10       Q.     Were there items in the Firebird that you
11  didn't take from the Firebird?
12              MR. TALLBERG:  Objection to form.
13       A.     I suppose I didn't take everything.
14  BY MR. HOLE:
15       Q.     Do you recall whether the keys were in the
16  ignition of the Firebird?
17       A.     No.
18       Q.     You don't recall that?
19       A.     I don't recall that, no.
20       Q.     After you removed items from the Firebird,
21  and before you left the scene, did you secure the
22  Firebird?
23       A.     That, I don't know.  I don't recall.
24       Q.     You don't recall whether --
25       A.     I don't recall myself doing it.
```

Brandon Smith Reporting Service
Brandon Smith Reporting