UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * *
                                                *
HOWARD JOHN GOMBERT, JR.,     *
     Plaintiff,               *
                                * PRISONER
VS.                             * CIVIL ACTION NO.
                                * 3:01CV1913(DJS)
LARRY LYNCH AND WILLIAM       *
KAMINSKI,                   *
     Defendants.             *
                                *
* * * * * * * * * * * * * * *

DEPOSITION OF J▆▆▆ ▆▆▆▆▆▆▆▆

Taken on behalf of the Defendants in the above-entitled cause, before Patricia Tyszka, Registered Merit Reporter, Notary Public, in and for the State of Connecticut, on Wednesday, December 13, 2006, at 10:10 a.m., at the law offices of Carmody & Torrance, 50 Leavenworth Street, Waterbury, Connecticut, pursuant to the Federal Rules of Civil Procedure.

TYSZKA COURT REPORTING SERVICES
189 Old Forge Road
West Hartland, Connecticut 06091
pattyszka@cs.com  Phone/Fax (860)379-7955

```
 1      Q    Do you recall approximately when you would have
 2  been at the courthouse on that date?
 3      A    By 9:00 o'clock.  First thing.  I remember she
 4  picked me up and I was out of it, and I had no clothes.
 5      Q    Do you recall where you went after you left the
 6  courthouse on March 1st, 2000?
 7      A    I'm not sure, but I know that I was staying with
 8  my friend on Hilltop Lane.
 9      Q    Do you know if you went back to the New Milford
10  Police Department on March 1st, 2000?
11      A    Honestly?  I don't remember.  I do know that
12  night I had to do the search with them.
13      Q    Do you recall what time that night, being
14  March 1st, 2000, the search took place?
15      A    It was night.
16      Q    Do you recall how you were transported to --
17      A    I had to drive myself there.
18      Q    You're doing well, but you've got to let me
19  finish.
20           When you say there was a search, you're
21  referring to a search at 322-A Aspetuck Ridge Road,
22  correct?
23      A    Correct.
24      Q    And you drove yourself to that property that
25  evening?
```

1  Q    Let me just identify for the record you're
2  pointing to Defendants' Exhibit 5 which has a number "NMPD
3  00524" at the bottom, and you're pointing to the
4  beige-colored box?
5  A    Mm-hmm.
6  Q    Do you recall seeing that box in the Firebird on
7  the evening of March 1st, 2000?
8  A    I don't remember.
9  Q    Okay.
10         THE WITNESS:  Can I go off the record a
11     minute?
12         MR. TALLBERG:  Yes.  We can go off the
13     record.
14         (Brief discussion held off the record.)
15         MR. TALLBERG:  Back on the record.
16  BY MR. TALLBERG:
17  Q    Ms. ████████, I think you testified that you had
18  given the police your consent to search the house on the
19  evening of March 1, 2000?
20  A    That's correct.
21  Q    Do you recall having any conversation with them
22  about whether they could remove contents of the Firebird?
23  A    I removed it.
24  Q    Why did you do that?
25  A    Because it was raining and it was getting wet,

1   and I moved it into the basement and closed the car up.
2       Q   Of the white Firebird?
3       A   Yes.
4       Q   Do you recall when you did that?
5       A   When we were down in the basement searching and
6   found my underwear with my name on it and couple other
7   things that were just -- not nice for females.
8       Q   And can you describe for us the items that you
9   removed from the Firebird on the evening of March 1st,
10  2000?
11      A   On N -- New Milford Police Department 00527, No.
12  4, the bags that were in the back.
13      Q   Do you recall how many bags there were that you
14  removed?
15      A   Quite -- I thought there was more than that.  I
16  thought there was two more than that, but I'm not sure --
17  you know, I can't be sure.  I know I removed bags from
18  there and put them in the basement.  Most of them had
19  clothes in it.
20      Q   Did you open and look in any of the bags that you
21  removed from the Firebird that night?
22      A   I did.
23      Q   What did you find?  What did you see?
24      A   I saw clothes, but they found something else.
25  But I don't know.  That's when Karst became involved from

# CERTIFICATE

STATE OF CONNECTICUT  )
                      ) SS:  West Hartland, Connecticut
COUNTY OF HARTFORD    )

I, Patricia Tyszka, a Notary Public duly commissioned and qualified in and for the County of Hartford, State of Connecticut, do hereby certify that pursuant to notice there came before me on the 13th day of December 2006, at 10:10 a.m., the following named person, to wit: ▓▓▓ ▓▓▓▓▓▓▓ who was by me duly sworn to testify to the truth and nothing but the truth of her knowledge touching and concerning the matters in controversy in this cause; and that she was thereupon carefully examined upon her oath and her testimony reduced to writing under my direction; that the deposition is a true record of the testimony given by the witness; that the deposition may be signed before a Notary Public.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

In witness whereof, I have hereunto set my hand and affixed my notarial seal this ____ day of _____, 2007.

_____
Patricia Tyszka, LSR, RMR
Notary Public
License No. 00046

My Commission Expires
May 31, 2010