COPY

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------)
HOWARD JOHN GOMBERT, JR.,         )
                                  )
    Plaintiff,                    ) Civil Action No.
                                  )
        vs.                       ) 3:01 CV 1913 (DJS)
                                  )
LARRY LYNCH AND WILLIAM KAMINSKI, )
                                  )
    Defendants.                   )
---------------------------------)


DEPOSITION OF:  JAMES M. MULLIN

DATE:  NOVEMBER 29, 2006

HELD AT:
BINGHAM McCUTCHEN, LLP
ONE STATE STREET
HARTFORD, CONNECTICUT
- - -


Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
(800) 852-4589

44 Capitol Avenue            Six Landmark Square
Hartford, Ct. 06106          Stamford, Ct. 06901
(860) 549-1850               (203) 316-8591

1  A.  I believe that Duda was a sergeant and Henry
2 was a patrolman.
3  Q.  How were you brought into Mr. Gombert's
4 case? How does that work when a complaint is made and
5 it needs to be investigated?
6  A.  If you happen to be there, you are going,
7 pretty much.
8  Q.  So you just were in the office and so they
9 said, Mr. Mullin, we'd like you to get involved?
10  A.  Yeah.
11  Q.  Did you know who Mr. Gombert was prior to
12 getting involved in his investigation?
13  A.  No.
14  Q.  Had Mr. Gombert come through the New Milford
15 Police Department prior to this investigation?
16       MR. TALLBERG: Object to the form.
17  A.  He may have. I mean, to other people, not
18 to me.
19 BY MS. SIMEONIDIS:
20  Q.  That you know.
21  A.  That I know of, no.
22  Q.  Prior to getting involved with Mr. Gombert's
23 investigation, like you said, maybe the end of
24 February, maybe the beginning of March, had you been
25 assisting any other law enforcement agencies with any

Page 123

1    Q.    What was your involvement in the
2  investigation into Mr. Gombert's case the week after
3  March 1st, 2000?
4    A.    There was a lot of correspondence between
5  Carmel and us.
6    Q.    What about?
7    A.    Robin Murphy.
8    Q.    Specifically, what was Carmel asking for or
9  corresponding with you about?
10   A.    I think just where we were at with our case,
11 and I'm sure they were talking with J about it, too.
12   Q.    Was Carmel asking for specific things from
13 the New Milford Police Department?
14         MR. TALLBERG:  Object to the form.
15   A.    I don't think they were asking for anything
16 specific.  I think they were just conducting their own
17 investigation into Gombert's relationship and any
18 involvement into the missing person.
19 BY MS. SIMEONIDIS:
20   Q.    What about your involvement in the
21 New Milford Police Department investigation of
22 Mr. Gombert, what was your involvement the week after
23 Mr. Gombert's arrest?
24   A.    I don't remember exactly what the week
25 after.  I know that I had done a warrant for him for

Page 179

1                    C E R T I F I C A T E

2  STATE OF CONNECTICUT

3         I, SANDRA V. SEMEVOLOS, a Registered Merit
   Reporter/Notary Public within and for the State of
4  Connecticut, do hereby certify that I reported the
   deposition of JAMES M. MULLIN on NOVEMBER 29, 2006, at
5  the offices of BINGHAM McCUTCHEN, LLP, ONE STATE
   STREET, HARTFORD, CONNECTICUT.
6
          I further certify that the above-named
7  deponent was by me first duly sworn to testify to the
   truth, the whole truth and nothing but the truth
8  concerning his/her knowledge in the matter of the case
   of HOWARD JOHN GOMBERT, JR., vs. LARRY LYNCH AND
9  WILLIAM KAMINSKI, now pending In The United States
   District Court, For The District of Connecticut.
10
          I further certify that the within testimony
11 was taken by me stenographically and reduced to
   typewritten form under my direction by means of
12 COMPUTER ASSISTED TRANSCRIPTION; and I further certify
   that said deposition is a true record of the testimony
13 given by said witness.

14        I further certify that I am neither counsel
   for, related to, nor employed by any of the parties to
15 the action in which this deposition was taken; and
   further, that I am not a relative or employee of any
16 attorney or counsel employed by the parties hereto,
   nor financially or otherwise interested in the outcome
17 of the action.

18        WITNESS my hand and seal this 13th day of
   December, 2006.
19

20                         _Sandra Semevolos_ (signature)

21                         _____
                           Sandra V. Semevolos, RMR/CRR
22                         Notary Public

23 My Commission Expires:  September 30, 2010
   License Registration Number:  74
24

25