## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT : | |
|    Plaintiff, : | |
| : | Civil Action No. |
| v. : | 3:01 CV 1913 (DJS) |
| : | |
| LARRY LYNCH and WILLIAM KAMINSKI : | |
|    Defendants. : | February 20, 2007 |

### AFFIDAVIT OF SARA R. SIMEONIDIS IN SUPPORT OF PLAINTIFF'S SUR-REPLY

The undersigned, being duly sworn, hereby deposes and says as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this affidavit in support of Plaintiff's Sur-Reply Brief in Support of His Motion for Partial Summary Judgment dated February 20, 2007.

3. I am an associate with the law firm of Bingham McCutchen LLP ("**Bingham**"), counsel for Plaintiff Howard J. Gombert ("**Gombert**").

4. Attached hereto as Exhibit A is a true and correct copy of the transcript of the testimony of Larry Lynch of February 27, 2002 in the matter of *State v. Gombert*, CR00-0110385S.

Dated at Hartford, Connecticut, this 20th day of February, 2007.

                                                                                                 /s/ Sara R. Simeonidis
                                                                                                    Sara R. Simeonidis

Subscribed and sworn to before me this 20th day of February, 2007.

                                                                                                 /s/ Brian H. Hole
                                                                           Commissioner of the Superior Court

CTDOCS/1683798.1

## **CERTIFICATION**

      I hereby certify that a true and accurate copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail, postage prepaid, on this 20th day of February, 2007, to the following counsel of record:

James N. Tallberg, Esq.
Karsten & Dorman and Tallberg, LLC
8 Lowell Road
West Hartford, CT  06119

                                                _____/s/_____
                                            Sara R. Simeonidis