UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:01CV1913 (DJS) |
| : | |
| LARRY LYNCH and, : | |
| WILLIAM KAMINSKI, : | |
| : | |
| Defendants. : | |

PARTIAL JUDGMENT

This action having come on for consideration of the Plaintiff's Motion for Summary Judgment **(dkt. # 97)** and Defendants' Motion for Summary Judgment **(dkt. # 101)** before the Honorable Dominic J. Squatrito, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its Memorandum of Decision and Order, it is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's motion for summary judgment **(dkt. # 97)** is **GRANTED** and Defendants' motion for summary judgment **(dkt. # 101)** is **DENIED.** Judgment shall enter in favor of the Plaintiff with regard to his Fourth Amendment claim as contained in Claim II of the complaint.

Dated at Hartford, Connecticut, this 28th day of March 2008.

ROBIN D. TABORA, Clerk

By _____
Terri Glynn
Deputy Clerk