UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY LYNCH and WILLIAM KAMINSKI,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:01 CV 1913 (DJS)<br><br><br>MAY 16, 2008 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance on behalf of Plaintiff Howard John Gombert, Jr. There is good cause for the Court to grant this Motion because the undersigned has resigned from his position with Bingham McCutchen LLP. The Defendant will continue to be represented in this action by Ben K. Krowicki, Esq. and Sara R. Simeondis, Esq. of Bingham McCutchen LLP, who have previously entered an appearance in this action.

A/72538950.1

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

PLAINTIFF
HOWARD J. GOMBERT, JR.

By: _____
Ben M. Krowicki [ct 06153]
Brian R. Hole [ct 26608]
Sara R. Simeonidis [ct 25566]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2700
(860) 240-2818 (fax)
ben.krowicki@bingham.com
brian.hole@bingham.com
sara.simeonidis@bingham.com
His Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on the 16th day of May, 2008, a copy of the Motion to Withdraw Appearance was sent via the Court's electronic notification system to all counsel of record as follows:

James N. Tallberg, Esq.
Karsten Dorman & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

                                                        _____
                                                        Brian R. Hole