UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWARD JOHN GOMBERT, <br><br> Plaintiff, <br><br> v. <br><br> LARRY LYNCH and WILLIAM KAMINSKI, <br><br> Defendants. | CIVIL ACTION NO.<br>3:01 CV 1913 (DJS)<br><br><br>MAY 20, 2008 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw the appearance of Meghan Freed Pelletier on behalf of Plaintiff Howard John Gombert, Jr. There is good cause for the Court to grant this Motion because Ms. Pelletier has resigned from her position with Bingham McCutchen LLP over a year ago. The Defendant will continue to be represented in this action by Ben K. Krowicki, Esq. and Sara R. Simeondis, Esq. of Bingham McCutchen LLP, who have previously entered an appearance in this action.

A/72541840.1

-2-

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

                PLAINTIFF
                HOWARD J. GOMBERT, JR.

By: *Sara Simeonidis* (signature)
     Ben M. Krowicki [ct 06153]
     Sara R. Simeonidis [ct 25566]
     BINGHAM MCCUTCHEN LLP
     One State Street
     Hartford, CT 06103-3178
     (860) 240-2700
     (860) 240-2818 (fax)
     ben.krowicki@bingham.com
     sara.simeonidis@bingham.com
     His Attorneys

A/72541840.1

-3-

## CERTIFICATION OF SERVICE

This is to certify that on the 20th day of May, 2008, a copy of the Motion to Withdraw Appearance was sent via the Court's electronic notification system to all counsel of record as follows:

James N. Tallberg, Esq.
Karsten Dorman & Tallberg, LLC
8 Lowell Road
West Hartford, CT  06119

_____
Sara R. Simeonidis