UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOWARD JOHN GOMBERT
    Plaintiff,

CIV. NO.3:01 CV 1913 (DJS)

v.

LARRY LYNCH and WILLIAM KAMINSKI,
    Defendants.

## WRIT OF HABEAS CORPUS

TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:

By authority of the United States of America, you are hereby commanded to bring **Howard John Gombert**, inmate no. 108050, who is now confined at MacDougall-Walker Correctional Institution, Suffield, Connecticut 06078, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 3rd day of October, 2008, at 9:30 a.m., to participate in a settlement conference in a civil matter pending before this court.

Dated at Hartford, Connecticut, this 28th day of August, 2008.

BY ORDER OF THE COURT

/s/ Thomas P. Smith, USMJ

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE