# **FEDERAL CIVIL CASE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**Howard John Gombert, Jr.,**
    **Plaintiff**,

                                                                     **PRISONER**
**V.**                                                **CIV. NO. 3:01cv01913 (DJS)**

**Larry Lynch,**
    **Defendant**

## **WRIT OF HABEAS CORPUS**

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:**

By authority of the United States of America, you are hereby commanded to bring Howard John Gombert, Jr., inmate no. **108050**, who is now confined at MacDougall-Walker Correctional Institution before the United States District Court for the District of Connecticut, at Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, on the 3rd day of October, 2008, at **2:00 p.m.**, to participate in a settlement conference in a **federal civil matter** pending before this court.

This is a facility transfer, the inmate must be transported directly from his facility to the federal building. A Department of Correction officer must be assigned to the prisoner for the duration of the hearing. THE UNITED STATES MARSHALS SERVICE WILL NOT TRANSPORT OR SUPERVISE THE INMATE.

The clerk is directed to fax a copy of this writ directly to the facility listed above.

**Dated at Hartford, Connecticut, this 4th day of September, 2008.**

                                                **BY ORDER OF THE COURT**

                                          **/s/ Thomas P. Smith**
                                          **THOMAS P. SMITH**
                                          **UNITED STATES MAGISTRATE JUDGE**